UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON STATE

| | | |
|---|---|---|
| Myriam Zayas<br><br>vs.<br><br>Annette Messitt<br>Ann Danieli<br>Jeffrey Whitney<br>Amber Whitney<br>David LaRaus<br>Jennie Cowan<br>Pauline Duke | PLAINTIFF,<br><br><br><br><br>DEFENDANT, | NO.   20-CV-00747 JCC<br><br>RESPONSE ON MOTION TO STRIKE |

In response to the motion to strike, my name is Myriam Zayas and ironically I myself at the state level have been trying for the life of me, to strike the forged Shelter Care Hearing order and the Dependency Petition which was filed to the docket 10 months ago, both missing many signatures. I have been unsuccessful; Judge Ramseyer stated during my trial "It is very common for binding contracts to be missing many signatures." I am my own lawyer since mine committed forgery by covering the forgery. I have had possibly 4 different judges so far and all have continued to cover the forgery that exists on the docket March 17th, 2020, at the Maleng Regional Justice Center on Fourth Avenue in Kent. The person who committed the forgery is Kelsey Owens, who I originally sued in complaint number 20-cv-00650 at the time I had no clue this document existed. Can't sue her again but I am already suing her boss which I wanted to

keep separate from this since the reasons for both are vastly different, one is racism the other is title funding, judicial bias, and felony forgery. How do I know its forgery? Because there are 2 different versions of this document, I received one via email with 2 additional signatures of 2 attorneys WSBA #50261 and #45516. There also missing Ann Danieli's WSBA number anywhere on this document. The one on the docket for March 17th, 2020 is the one that only contains former commissioner Danielis' signature, no one else. This is because if they would have signed on that day their signature and filed that document to the docket they would be in trouble, then again, they also may have gotten away with it had they done that. Because as it stands their avoidance of this document and the striking similarity's this forged signature has with Kelsey Owens handwriting, along with her using one pen to write the word commissioner and a totally different pen to sign Ann Danieli, is a dead giveaway. Judge Ramseyer said she will terminate my rights for dirty pee, she too agrees this document is valid. A person can possess a small amount of drugs and simply get a ticket without going to jail. CPS will continue their mission to steal and sell all infants 5 and under, unlawfully for a parent's dirty pee. I did not plan on these events and I was supposed to be finishing my bachelor's degree right now but have spent all of my tuition on filing lawsuits to try and save my five-year-old from being sold for adoption assistance. David LaRaus has suborned perjury from the social workers at my trial. Pauline Duke has committed perjury herself. This is all in an effort to keep my kid because they are afraid of their crimes. I think its nice they want what's best for me, but they only do this to white parents, my children's fathers were both allowed to use drugs, abandon and molest my oldest kids, which was no accident.

3/12/2020 [date]
_Kelly_ (signature)
Signature
Kelsey Owens  CPS Investigator
Type or Print Name/Title/Agency

Dated: MAR 17 2020

Commissioner
Ann Danieli

This is a federal felony against a 6-year-old child, for dirty pee. My last dependency lasted 6 years I would not doubt if they still have her when the trials begins for these cases. A state official loses all immunity when they violate clearly established law. RCW 9A.60.020 Forgery is clearly established law. I don't mind if they strike out, or whatever I have lost faith in any form of justice at this point just make sure and keep the active felons on the list of Defendants.

I, MYRIAM ZAYAS, hereby certify under criminal penalty of perjury, that to the best of my knowledge and memory, the statements, assertions and allegations made in the foregoing document are true and correct; that I have not included any false, fabricated or made up information herein; and I submit the foregoing document in good faith.

Respectfully submitted,

Dated: 12/02/2020

Name: MYRIAM ZAYAS
Title: Pro Se Plaintiff

CERTIFICATE OF SERVICE

I, MYRIAM ZAYAS, do hereby certify that I have this day EMAILED, a true and correct copy of the above and foregoing to all parties via electronic service:

THIS the 2 day of November 2020.

Sign: _____