

FILED
LODGED
RECEIVED

DEC 28 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON STATE

| | |
|---|---|
| MYRIAM ZAYAS )<br>        PLAINTIFF, )<br> )<br> )<br>vs. )<br> )<br>ANNETTE MESSITT, )<br>ANN DANIELI, )<br>JEFFREY WHITNEY, )<br>AMBER WHITNEY, )<br>DAVID LARAUS, )<br>PAULINE DUKE, )<br>JENNIE COWAN, )<br> )<br>        DEFENDANTS, ) | NO.  20-cv-00747 JCC<br><br>Reply to Motion to Dismiss from Ann Danieli |

    Plaintiff MYRIAM ZAYAS is self-represented and would request to stay that way, however she can not pay for her PACER account right now so would like to switch back to postal mail she can not read the Motion to Dismiss submitted by Ann Danieli, all parties are aware she is locked out of her PACER account and none have attempted to email her copies of the Motion to Dismiss or any other documents then again its not their job to do that either.

    In response to the Motion to Dismiss by Ann Danieli the Plaintiff realleges all charges in every single complaint she has ever written for all cases, in both state and federal court, she has absolutely no regrets, and none of what she has written is a lie, nor is it intended to mislead or "get her child back" she has lost them all due to corrupt state officials and not due to child

abuse or neglect. Plaintiff has the proof, the emails to and from Annette Messitt from her official court email where she attempts to "trick" the Plaintiff into believing she is Ann Danieli. Ultimately of course the Plaintiff will make plenty of mistakes, she is not a lawyer so if they are attempting to dismiss based on mistakes then sure they likely have a ton of mistakes, but none are as big as felony forgery. Which was and still is a crime against a 5-year-old child. The only other excuse would be an attempt to prove she works for King County Government who is the employer that authorized their employees to commit and cover forgery as they please with absolutely zero consequences. Instead they get away with calling the Plaintiff delusional, which she does not deny, and it is the state of Washington Child Protective Services fault for her insanity. CPS drove the car that took the Plaintiff to a mental state where she can not come back from. Does this mean she abused her child? No, if she had on a bunny rabbit suit, and a crack pipe hanging out of her mouth, these judges still have no right removing her child unless that child has been hurt by her period. Ann Danieli will not take the stand and say she ever met the Plaintiff and if they quote any case law they can not because their has never been a case like this in US history, where a judge, social worker, attorney general, and parents attorney commit forgery to remove a child, forgery is "clearly established law" so that a reasonable person would know, which would also bar any kind of immunity they are attempting to claim.

Very Truly Yours,

Ann E. Danieli



Dated: MAR 17 2020

Comm. ES[...]

Ann Danieli

Page 2 of 3

14

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this REPLY: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the REPLY otherwise complies with the requirements of Rule 11.

Dated: 12/19/2020

Respectfully submitted

PRINTED NAME: MYRIAM ZAYAS
Title: Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I, MYRIAM ZAYAS, do hereby certify that I have this day mailed, U.S. Mail Certified, postage prepaid, a true and correct copy of the above and foregoing to at the following address also send an email to the email listed: ATTORNEY GENERAL state of WASHINGTON.

THIS date 12/19/2020.

Sign:

SEATTLE WA 980

21 DEC 2020 PM 3 L

Myriam Zayas
27369 109th Pl. SE
Kent WA 98030

FILED
LODGED
RECEIVED

MAIL

DEC 28 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

The Honorable John C. Coughenour
United States Courthouse
700 Stewart Street Suite 16229
Seattle WA 98101-9906

For Clerk: 2:20-cv-00747-JCC