The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>               Plaintiff,<br><br>   v.<br><br>ANNETTE MESSITT, JEFFREY WHITNEY, AMBER WHITNEY, et al.,<br><br>               Defendants. | NO. 2:20-cv-00747 JCC<br><br>DECLARATION OF BRENDAN LENIHAN IN SUPPORT OF DEFENDANTS JEFFREY WHITNEY, AMBER WHITNEY & DAVID LA RAUS' MOTION TO DISMISS PURSUANT TO 12(b)(6) |

Brendan Lenihan hereby declares as follows:

1. I am over the age of 18 and am competent to testify about the matters stated herein. I am an Assistant Attorney General, and I represent Defendants Jeffrey Whitney and Amber Whitney in this case. As such, I am familiar with the contents of the case file in the matter. I make this declaration based on my personal knowledge and the records in this case.

2. *Exhibit 1* of this declaration is a true and correct copy of Kelsey Owens' Amended Dependency Petition, dated March 16, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

DECLARATION OF BRENDAN LENIHAN IN SUPPORT OF DEFENDANTS JEFFREY WHITNEY, AMBER WHITNEY AND DAVID LA RAUS' MOTION TO DISMISS -NO. 2:20-cv-00747 JCC

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

3.     **Exhibit 2** of this declaration is a true and correct copy of the Order to Take Child Into Custody and Place in Shelter Care, dated March 16, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

4.     **Exhibit 3** of this declaration is a true and correct copy of the Shelter Care Hearing Order, dated March 17, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

5.     **Exhibit 4** of this declaration is a true and correct copy of the Order Continuing Fact-Finding/Trial, dated July 6, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

6.     **Exhibit 5** of this declaration is a true and correct copy of the Pretrial Conference Order, dated August 24, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

7.     **Exhibit 6** of this declaration is a true and correct copy of the Order of Dependency as to mother, Myriam Zayas, dated October 8, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

I declare under penalty of perjury of law under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED in Olympia, Washington on this 28th day of January 2021.

*/s/ Brendan Lenihan*
BRENDAN LENIHAN, WSBA No. 56066
Assistant Attorney General

DECLARATION OF BRENDAN LENIHAN IN SUPPORT OF DEFENDANTS JEFFREY WHITNEY, AMBER WHITNEY AND DAVID LA RAUS' MOTION TO DISMISS -NO. 2:20-cv-00747 JCC

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2021, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

<u>Electronic Service to:</u>
JULIE DEE COOK
Julie.Cook@kingcounty.gov
For Defendants Pauline Duke, Debbie Cowan, Annette Messitt and Ann Danieli

<u>Mailed to:</u>
MYRIAM ZAYAS
27369 129th Place SE
Kent, WA 98030

/s/ *Brendan M. Lenihan*
BRENDAN M. LENIHAN, WSB No. 56066
Assistant Attorney General

DECLARATION OF BRENDAN LENIHAN IN SUPPORT OF DEFENDANTS JEFFREY WHITNEY, AMBER WHITNEY AND DAVID LA RAUS' MOTION TO DISMISS -NO. 2:20-cv-00747 JCC

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300