UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON STATE

FILED
LOGED
RECEIVED
MAIL
FEB 04 2021
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

MYRIAM ZAYAS
**PLAINTIFF,**

**VS.**

ANNETTE MESSITT
ANN DANIELI
JEFFREY WHITNEY
AMBER WHITNEY
DAVID LARAUS
PAULINE DUKE
JENNIE COWAN
**DEFENDANTS,**

20.cv.00747.JCC

REPLY ON RESPONSE FOR MOTION TO DISMISS

---

The Plaintiff was told that if she wanted to sue multiple people for the same issue they had to be put together in the same lawsuit. The Plaintiff can not help that they all have different capacities or immunities, or whatever.

The Defendants David La Raus, Jennie Cowan, Pauline Duke, Annette Messitt, Ann Danielli all except Ann Danieli have access to the discovery and all information that is listed in the following Exhibits they have had this information for many months. They do see what is happening and they do ignore the blatant violation of the law and the violation of the Plaintiff parental rights, and right to not be a victim of their fraudulent document scheme created and upheld by the Defendant SH in 20.cv.00981 JLR.TLF. The Exhibits prove repeat IIED and repeat 4th amendment, and 14th amendment violations, as well as custom policy and unwritten policy's followed.

The foster parents have violated the Plaintiffs right to be religion free by forcing her 5.yo into Christianity, teaching her how to pray, taking her to church after the Plaintiff specifically asked the social workers not do this many times, and "common sense" would hopefully apply. What "reasonable" person forces a child that is not theirs into their religion? Now her 6 year old attends full time Christian school she is the only colored child in the entire school, privately paid for by the new "Mommy and Daddy" her child now has 2 Daddies that both owe 6 years of backpay in child support because the Plaintiff was unaware they were the Daddies of her child, however she will be waiting to receive past due support for confusing her child to benefit their ego. Their "cousins" "other children" other "grandma" or anything are not her childs relatives so please enjoin the Defendants Amber and Jeffrey Whitney and all foster parents from playing house with the Plaintiffs child or anyone's child. The Plaintiff is not Christian in fact completely opposite, yet she is forced to hear her 6.yo preach for 4 hours a week as she refers to her mother as stupid for not believing in God. Unable to react appropriately as she is the Plaintiffs princess and is always right so her mother can not tell her she is wrong. This was not what she was taught at home, nobody has ever asked the Plaintiff what she was taught at home. The Plaintiff is the sole custodian of her child no "other parent" would be able to force her child into religion.

The state official Defendants were added as they approved during the trial the Shelter Care Hearing Order and agree to its authenticity, in their attempt to continue to trick the Plaintiff into believing their fraud and forgery. Likely telling the world around them they are saving a child from being abused, yet the Plaintiffs drug screen

was clean on the day her child was picked up, and not one of them can formulate a sentence describing how her child was abused without mentioning the Plaintiff therefore the Plaintiffs rights had to have been violated.

> *"An officer may still be liable even if he or she did not commit the act that injured the plaintiff. An officer who is present and fails to intervene to prevent other law enforcement officers from violating a person's constitutional rights is liable under Section 1983. Byrd v. Brishke, 466 F.2d 6 (7th Cir. 1972) (an officer who knows about the unlawful conduct and has a realistic opportunity to intervene and prevent harm from occurring is liable)."*

The Defendants violated her civil rights and discriminated against the Plaintiff as a result her liberty was restrained; she also incurred past and future injuries that are physical, emotional, past, and future legal costs and fees, past and future mental health care and mental health diagnosis incurring lifetime medication costs. and for nominal, declaratory relief, as well as punitive damages for the past loss of Plaintiffs' constitutional rights. Resulting in her injuries and these injuries are due to last a lifetime.

As a direct and proximate result of Defendants' violation of the Equal Protection Clause of the Fourteenth Amendment, Plaintiffs have suffered irreparable harm, including the loss of her constitutional rights, entitling her to declaratory and injunctive relief and nominal damages.

*The following "particular rights" apply to the Defendants actions:*

## First Amendment

Establishment Clause: Foster parents provide a public function serving the "public" generally and receiving federal grant money are not permitted for forcing Christianity

or any one religion as supreme and recognized solely above all others. Foster parents should also not be able to decide the education of a child they did not birth.

## Fourth Amendment

Unreasonable Search and Seizure
Unreasonable Search w/o Consent
Unreasonable Seizure of Property

## Fourteenth Amendment

Equal Protection
Interference with Parent/Child Relationship
Deliberate or Reckless Suppression of Evidence
Deliberate Fabrication of Evidence

*JM is Jamia McRae CPS is child protective services*

*Her son is now 18 so if we missed redacting a few its okay by him. For the others my apologies, rookie mistake.*

1. **Exhibit 1997** In all Plaintiffs Dependency she unknowingly signed the termination petition which was hidden in small writing in order to start funding for "adoption assistance" Her 14-year-old daughter ended up being adopted by complete strangers for the adoption incentive bonus. Despite her parenting a newborn at the time and being capable of taking her back home.
2. **Exhibit 1997-1** Adoption and Safe Families Act of 1997 requires the filing of the Termination Petition.
3. **Exhibit 05.08**.2008 Plaintiffs rights were clearly established when the social worker asked for permission to speak with her 5-year-old child.(2008)
4. **Exhibit 09,25**.2009 Social workers interrogate Plaintiffs 6 and 8 yo children before violently ripping them from their school for a dog biting one child.

5. **<u>Exhibit 09.25</u>**.2009 Plaintiffs sons father calls CPS and never gives information on how she abused her child only lists the defects he assumed she suffered from.
6. **<u>Exhibit 10.06</u>**.2009 Supervisor informs the Plaintiffs sister that they plan on making it more difficult for the Plaintiff to get her children back. Her sister confirms this unwritten policy she too learned in college.
7. **<u>Exhibit 10.23</u>**.2009 Jamia McRae failed to mention the missed drug screen for an African American man and is ready to place her children with him ASAP. Never requires that he attend drug treatment which she required from the Plaintiff yet refused to pay for drug treatment for the Plaintiff.
8. **<u>Exhibit 03.16.2010</u>** Sons father misses only drug screen he is ever sent for and does not have to go to drug treatment at all. Receives custody after JM forces dependency to stay open until his release from prison in 2015. Does not complete any court ordered services even in prison.
9. **<u>Exhibit 08.10</u>**.2012 JM is informed via email that the reason he wanted her son removed from his home because he wanted to be alone with her daughter.
10. **<u>Exhibit 07.10.</u>**2013 <u>No founded child abuse findings for an African American man despite performing actual child abuse against his child for 2 years.</u>
11. **<u>Exhibit 2012</u>** The Plaintiff wrote many letters to all parties via email and postal mail. Nobody ever responded or cared what she was complaining about even senator of Washington sent her complaint back to CPS and they closed it regarding racial discrimination.

12. **Exhibit 2014** The Plaintiffs child is a victim of sexual misconduct by her father and it is minimized by the social worker.

13. **Exhibit 11.09**.2016 Plaintiffs 2-year-old child is interviewed at her daycare center by a social worker for a dirty diaper. The Plaintiff took off the diaper the night before so she could go swimming and the Plaintiff saved the diaper since it was dry and the daycare marked the diaper, called even though the diaper was still clean in the morning stating she never changed her daughters diaper, CPS showed up same day to interview child.

14. **Exhibit 12.11**.2017 Shae Hopfauf who is the same area administrator now was informed that the Plaintiff did retain custody of her son, because his father disappeared.

15. **Exhibit 12.17**.2019 an intake is made and alleges the Plaintiff abused her son for him being stabbed after his father left him homeless, and she took him in her home. No founded child abuse findings for an African American man who abandoned his son and left him homeless at the age of 14.

16. **Exhibit 07.15**.2019 The social worker says she can't help the Plaintiff get her son into treatment.

17. **Exhibit 08.01**.2019 Social worker places therapy for the Plaintiffs son in his home no questions asked like , where have you been? No child abuse finding, would not even ask him to drug test after abandoning her son 3years prior.

18. **Exhibit 08.01**.2019 Social worker threatens Plaintiff that she needs to give her son back to his father and does not even ask him for a drug screen after he left

his son homeless on a crack binge in 2017 then suddenly shows up after his son is hit by

19. **Exhibit 03.12** 2020 Plaintiffs 5-year-old child is interrogated during school and the social worker lacked the proper education, no probable cause and during the pandemic. Emergency order 6 went into effect on the 10th of March and was signed on the 16th of March.
20. **Exhibit 03.13.**.2020 Clean drug screen on the 13th of March 2020
21. **Exhibit 03.18**.2020 message from Plaintiffs physician explaining drug screen results may possibly be from medication.
22. **Exhibit 03.23.**2020 Dr writes letter to the court for the Plaintiff for possible medication false positive results.
23. **Exhibit 10.16**.2020 No minutes for the 16th or 17th of March no hearing for warrant or shelter care for the Plaintiff and her child.
24. **Exhibit 419** Mrs. Boyett text messages to and from since day one of kindergarten.
25. **Exhibit 419** Mrs. Boyett fraud, possibly an actress.
26. **Exhibit 11.20**.2019 Plaintiffs childs attendance records. Not showing “many” absences.
27. **Exhibit 10.19**.2019 Plaintiffs childs awards from school.
28. **Exhibit 02.18**.2020 Hospital calls central intake to report mother went AMA due to not having a place for her child to go while she stay in the hospital.
29. **Exhibit 02.19**.2020 Social worker refused voluntary placement of the Plaintiffs child when she called to voluntarily place her child.

30. **Exhibit 03.13**.2020 Defendants social workers are given clean drug screen results after the dirty one they picked up her child anyway.
31. **Exhibit 06.26**.2020 the new foster parents signed the agreement stating, "mother requests that she not participate in religious activities."
32. **Exhibit 01.15**.2021 Letter from ombudsman after filing complaint, did nothing but stated that it would change even though Shea Hopfauf hid it from the Plaintiff deliberately for 4 months. Furthermore, the education part of the Shelter Care Hearing Order is void since its invalid and forged.
33. **Exhibit 12.57**pm Supervisor sends email 20 minutes after receiving clean UA that they will take plaintiffs child for the dirty UA from almost 2 weeks prior, never even mentions the clean drug screen she just received.
34. **Exhibit 04.01**.2020 Social worker commits perjury during trial and said the Plaintiff did not complete a drug assessment.
35. **Exhibit 01.20**.2021_DCYF has no founded findings since 2009.(2020)

May contain many mistakes as far as numbering apologies. This document and its exhibits will be submitted for case 20-cv-00981 JLR-TLF for proof of repeat civil rights violations and repeat injury over the course of 15 years. The state officials should be able to describe her child being abused without mentioning the plaintiff at all if this is not possible, they should not be permitted to removing her children. Prostitution, drug use, is not child abuse. Child abuse is CHILD ABUSE. Not "neglect."

*(And if I wasn't supposed to do this then please let me know because I don't know.)*

02/03/2021

Respectfully Submitted

Myriam Zayas

Myriam Zayas

+13606021444

16677 2/1/2010 00100

Exhibit 1997

[X] That the matter be set for a review hearing on the 23 day of February, 2010, at 3 a.m./p.m.

[ ] That a petition seeking termination of the parent and child relationship be filed.

DATED this 1 day of Feb, 2010

JUDGE/COURT COMMISSIONER

MARY E. DICKE

Presented by:

ROBERT M. MCKENNA
Attorney General

OHAD M. LOWY, WSBA
Assistant Attorney General

FILED
JCD 2
IN OPEN COURT
FEB 01 2010
PIERCE COUNTY, Clerk
By DEPUTY

Copy Received; Approved for Entry; and Notice of Presentation Waived:

Child(ren)'s Mother

Attorney for Mother, WSBA #

Child(ren)'s Father

Attorney for Father, WSBA #

Child(ren)'s Guardian ad Litem

Attorney for GAL, WSBA #

Supervising Agency

Attorney for Supervising Agency

Notice: A petition for permanent termination of the parent-child relationship pursuant to RCW 13.34.180 may be filed.

Notice: You remain financially responsible for the foster care costs to the extent you can afford to pay.

ATTORNEY GENERAL OF WASHINGTON
1019 Pacific Avenue South 3rd Floor
Tacoma, WA 98402-4411

Exhibit 1997

[redacted] contact with the child is specified in his Agreed Order of Dependency with DCFS. [redacted] Mr. Cumal's authorized

The Department shall make a good-faith effort to complete referrals for and facilitate as needed the following services by 11/21/14: random urinalysis, PCAP, parenting coaching sessions to address feeding and safety issues, and newborn support program.

The permanent plan for the child is to return home to the ☒ mother ☐ father ☐ other:

☐ DSHS is authorized to consent to travel by the child with his/her licensed foster parent/relative caregiver/other suitable person placement for up to two weeks to other states within the United States. If the travel will interfere with scheduled visits between the child and a parent, DSHS shall give 10 calendar days' notice to that parent so that a plan for make-up visits can be made. The licensed foster parent/relative caregiver/other suitable person placement may consent to emergency medical and dental care during these trips.

Dated: November 19, 2014.

Judge/Commissioner Jennie Laird

Presented by:

[redacted] for AAG
Assistant Attorney General
WSBA [redacted]

Notice: A petition for permanent termination of the parent-child relationship may be filed if the child is placed out-of-home under an order of dependency. (RCW 13.34.180.)

Copy Received; Approved for Entry; Notice of Presentation Waived:

MYRIAM ZAYAS
Mother

[redacted]
Mother's Attorney

Exhibit 1997

☒ DCYF is authorized to consent to travel by the child with their licensed foster parent/relative caregiver/other suitable person placement for up to two weeks within Washington State or to other states within the United States. If the travel will interfere with scheduled visits between the child and a parent, DCYF shall give 10 calendar days' notice to that parent so that a plan for make-up visits can be made. The licensed foster parent/relative caregiver/other suitable person placement may consent to emergency medical and dental care during these trips.

Dated:

**Judge/Commissioner**

Presented by:

DAVID LA RUAS
Assistant Attorney General
WSBA #33715

**Notice: A petition for permanent termination of the parent-child relationship may be filed if the child is placed out-of-home under an order of dependency. (RCW 13.34.180.)**

AGREED; approved for entry: Notice of Presentation Waived:

☒ Signature of **Mother, Miriam Zayas**
☒ Pro Se, Advised of Right to Counsel

☐ Signature of Child's **GAL**

Print Name

☐ Signature of Lawyer for the Child's GAL

Print Name WSBA No.

Signature of **DCYF Representative**
Jamaal Magee

Exhibit 1997-1

Public Law 105–89
105th Congress

# An Act

To promote the adoption of children in foster care.

Nov. 19, 1997
[H.R. 867]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

Adoption and Safe Families Act of 1997.

**SECTION 1. SHORT TITLE; TABLE OF CONTENTS.**

(a) SHORT TITLE.—This Act may be cited as the "Adoption and Safe Families Act of 1997".

42 USC 1305 note.

(b) TABLE OF CONTENTS.—The table of contents of this Act is as follows:

Sec. 1. Short title; table of contents.

TITLE I—REASONABLE EFFORTS AND SAFETY REQUIREMENTS FOR FOSTER CARE AND ADOPTION PLACEMENTS

Sec. 101. Clarification of the reasonable efforts requirement.
Sec. 102. Including safety in case plan and case review system requirements.
Sec. 103. States required to initiate or join proceedings to terminate parental rights for certain children in foster care.
Sec. 104. Notice of reviews and hearings; opportunity to be heard.
Sec. 105. Use of the Federal Parent Locator Service for child welfare services.
Sec. 106. Criminal records checks for prospective foster and adoptive parents.
Sec. 107. Documentation of efforts for adoption or location of a permanent home.

TITLE II—INCENTIVES FOR PROVIDING PERMANENT FAMILIES FOR CHILDREN

Sec. 201. Adoption incentive payments.
Sec. 202. Adoptions across State and county jurisdictions.
Sec. 203. Performance of States in protecting children.

TITLE III—ADDITIONAL IMPROVEMENTS AND REFORMS

Sec. 301. Authority to approve more child protection demonstration projects.
Sec. 302. Permanency hearings.
Sec. 303. Kinship care.
Sec. 304. Clarification of eligible population for independent living services.
Sec. 305. Reauthorization and expansion of family preservation and support services.
Sec. 306. Health insurance coverage for children with special needs.
Sec. 307. Continuation of eligibility for adoption assistance payments on behalf of children with special needs whose initial adoption has been dissolved.
Sec. 308. State standards to ensure quality services for children in foster care.

TITLE IV—MISCELLANEOUS

Sec. 401. Preservation of reasonable parenting.
Sec. 402. Reporting requirements.
Sec. 403. Sense of Congress regarding standby guardianship.
Sec. 404. Temporary adjustment of Contingency Fund for State Welfare Programs.
Sec. 405. Coordination of substance abuse and child protection services.
Sec. 406. Purchase of American-made equipment and products.

TITLE V—EFFECTIVE DATE

Sec. 501. Effective date.

Exhibit (997-1

(B) in paragraph (5)—

(i) in subparagraph (A), in the matter preceding clause (i), by inserting "a safe setting that is" after "placement in"; and

(ii) in subparagraph (B)—

(I) by inserting "the safety of the child," after "determine"; and

(II) by inserting "and safely maintained in" after "returned to".

**SEC. 103. STATES REQUIRED TO INITIATE OR JOIN PROCEEDINGS TO TERMINATE PARENTAL RIGHTS FOR CERTAIN CHILDREN IN FOSTER CARE.**

(a) REQUIREMENT FOR PROCEEDINGS.—Section 475(5) of the Social Security Act (42 U.S.C. 675(5)) is amended—

(1) by striking "and" at the end of subparagraph (C);

(2) by striking the period at the end of subparagraph (D) and inserting "; and"; and

(3) by adding at the end the following:

"(E) in the case of a child who has been in foster care under the responsibility of the State for 15 of the most recent 22 months, or, if a court of competent jurisdiction has determined a child to be an abandoned infant (as defined under State law) or has made a determination that the parent has committed murder of another child of the parent, committed voluntary manslaughter of another child of the parent, aided or abetted, attempted, conspired, or solicited to commit such a murder or such a voluntary manslaughter, or committed a felony assault that has resulted in serious bodily injury to the child or to another child of the parent, the State shall file a petition to terminate the parental rights of the child's parents (or, if such a petition has been filed by another party, seek to be joined as a party to the petition), and, concurrently, to identify, recruit, process, and approve a qualified family for an adoption, unless—

"(i) at the option of the State, the child is being cared for by a relative;

"(ii) a State agency has documented in the case plan (which shall be available for court review) a compelling reason for determining that filing such a petition would not be in the best interests of the child; or

"(iii) the State has not provided to the family of the child, consistent with the time period in the State case plan, such services as the State deems necessary for the safe return of the child to the child's home, if reasonable efforts of the type described in section 471(a)(15)(B)(ii) are required to be made with respect to the child.".

(b) DETERMINATION OF BEGINNING OF FOSTER CARE.—Section 475(5) of the Social Security Act (42 U.S.C. 675(5)), as amended by subsection (a), is amended—

(1) by striking "and" at the end of subparagraph (D);

(2) by striking the period at the end of subparagraph (E) and inserting "; and"; and

(3) by adding at the end the following:



## NARRATIVE

Case Note 1 of 1 Entered By : J. DIESCH Date Entered : 09/25/2009
Time Entered : 07:51 AM

9/16/09 11:25

IFF with also present was and Ms. the school office manager.

Worker explained to about CPS and asked her if she has ever heard about CPS, she said that she has never heard of CPS but understood what worker said. She said that she would tell the truth, not answer if she didn't k now the answer and if she didn't want to answer to say so. She agreed to do so.

She answered that Mom lives at home, worker asked if that was all, she said that just her mom lived there, worker asked where lived, she answered that she and her brother lived ther also. and he lives in Kent. sees her father on the weekends, said that her father is . is in the 4th grade, she said tha she really likes school, her favorite subject is soccer.

Discussed dog bite, she said that it happened at house. She said tha is their babysitter.

said that the dog bit Theresa's son also, her son is 18 but "he got hurt worse than said that the dog is part pit and part shepherd. said that the dog is gone and they don't go to house.

Discussed if her mother had a boyfriend, named she said that he is a friend of her mother's but he is not her boyfriend. Sh said that he does not live with them, he lives at his cousins house, but "he is at our house a lot". Asked if has ever hit her mother, she denied. Ms. asked if her mother has ever had a black eye, she said that this was not a black eye, but it was "make up".

At this point in the interview, worker observed that was getting tears in her eyes.

Worker asked her if her mother had said that CPS was coming to talk with her, she said that yes, she her mother said not to talk to CPS. She started crying and she said that she didn't want to "leave my mother". Worker asked if her mother had said that CPS would make her leave her mother. She said yes. Worker asekd her if she has ever been taken from her mother by CPS she answered yes. Worker said tha if she did not want to talk with worker she just had to say so, she was crying and asked worker to talk with her mother.

Worker advised her that sometimes CPS does have to put children in s safe place when parents can't protect their children from harm, but that CPS wasn't families to stay together and will try to help keep children at home. She said that she understood.

| Case Name: ZAYAS, MYRIAM | Case ID: 481288 | Case Note ID: 31395300 | Note Finalized ☒ |
|---|---|---|---|
| Case Note Category: CPS | | Case Note Type: Investigation | |
| Date Occurred: 09/16/2009 | | Time Occurred: 11:30 AM | |
| Date Entered: 09/25/2009 08:11 AM | | Note Entered by: J. | |
| Related Participants and Collaterals: -ZAYAS | | Related Intakes: 09/08/2009 10:02 AM 2105426 | |





| ACTIVITIES | |
|---|---|
| Activity: Chil[illegible] Initial Face to Face with Child Location: School Time: 11:30 AM | Participant: [redacted] [redacted]-ZAYAS TCM: No |

**CONTACTS**

**NARRATIVE**

Case Note 1 of 1 Entered By : [redacted] J. [redacted] Date Entered : 09/25/2009
Time Entered : 08:11 AM

[redacted] [redacted] 9/16/09 11:30
[redacted] present, as was coworker [redacted] [redacted] and Ms. [redacted] office manager for the school.
Rapport was established, [redacted] promised to tell the truth , tell if he did not understand or did not remember, also agreed to tell worker if he did not want to answer the question.
Worker explained about CPS, he said that he understood. Worker asked if his mother told him not to speak with CPS, he said that his mother told him not to let CPS into the house, but denied that his mother did not tell him not to speak to CPS at school.
Worker observed that [redacted] has a large semi-circular scar on his left cheek, the scar starts about his cheek bone and circles around his cheek to and along the bottom of his jaw. Worker asked him about the dog bite. He said that he was playing with the dog when it bit him. Worker asked him if the dog had bit anyone before, he said that "yes" the dog bit [redacted] son, " He was bit worse than me". He said that the dog bit her son, "close to his eye". [redacted] said that That [redacted] does not live with them, but "lives somewhere else".
Worker asked [redacted] if [redacted] was still their babysitter, he said "no, [redacted] is our babysitter". Asked where [redacted] lives, he said that [redacted] lives with them, and he just got out of jail yesterday. He does not know [redacted] other name.
Worker asked if he has seen any fighting between his mother and [redacted] he said "yes, he was beating her up", he said it was in front of him. Worker asked him to describe what happened, he said that "[redacted] was yelling at mom and she was yelling back, that then he jumped on her and choked her, and Mom had a black eye". He denied that the police came to their house. He said that this is the only time he has seen [redacted] hit his mother. He said that he was scared.
Worker asked where he was when the fight happened, he said he was in the bathtub and told worker that [redacted] was at school. Worker said was this after the dog bit you, because school only started last week, he said "No, [redacted] was at a friend's" house.
Worker asked if [redacted] has ever hit [redacted] he said that yes. Worker said when was the last time, he said a "long time ago, in the summer", he wasn't in school yet this year. He said that [redacted] hit him with an open hand on the leg, it happens in the car. He answered the it has happened "10 times".
Worker asked [redacted] if there was food in the house, he answered "not too much" he had toast for breakfast. He ate lunch at school. Worker asked him what he had for dinner last night, he said "fried chicken". Asked him where he ate it, he said that his mom cooked it. Worker asked if he were there, he said he was there, worker asked if he were watching and how did his mom cook the chicken, he said that he wasn't watching her cook it. Asked what they had with it, he said macaroni.
Asked [redacted] about drugs, he seemed confused, Ms. [redacted] asked if anyone was taking pills or medicine, he said that yes, his mother and [redacted] take pills "to make her feel good", he said that the pills are in the bathroom.
Discussed if [redacted] was taking any medications, he denied.

4th



**PLAINTIFF'S EXHIBIT**
09-25

| ZAYAS, MYRIAM | 481288 | 31387729 |
|---|---|---|
| Case Note Category: CPS | | Case Note Type: Supervision |
| Date Occurred: 09/23/2009 | | Time Occurred: 11:00 AM |
| Date Entered: 09/23/2009 11:59 AM | | Note Entered by: MCDONALD, ███ █ SW |
| Related Participants and Collaterals: Myriam Zayas ████ ███-ZAYAS | | Related Intakes: 09/08/2009 10:02 AM 2105426 |

### ACTIVITIES

Activity: Monthly Supervisor Review    Participant: Myriam Zayas    Location: Children's Administration Office    Time: 11:00 AM    TCM: No

### CONTACTS

### NARRATIVE

Case Note 1 of 1    Entered By : ████ ■ MCDONALD, SW    Date Entered : 09/23/2009    Time Entered : 11:59 AM

IFF completed but Subject interview not completed. Parent not cooperating with CPS. Safety plan unable to complete due to non compliance with CPS. SW has concerns and believea safety plan needs to be done.

| Case Name: ZAYAS, MYRIAM | Case ID: 481288 | Case Note ID: 31395273 | Note Finalized ☒ |
|---|---|---|---|
| Case Note Category: CPS | | Case Note Type: Investigation | |
| Date Occurred: 09/09/2009 | | Time Occurred: 11:45 AM | |
| Date Entered: 09/25/2009 07:47 AM | | Note Entered by: ████ KATHERINE, J. | |
| Related Participants and Collaterals: ████ ██████-ZAYAS | | Related Intakes: 09/08/2009 10:02 AM 2105426 | |

### ACTIVITIES

Activity: Parent - Bio/Adopt or Guardian - Initial Contact    Participant: ████ ██████
████    Location: By Phone    Time: 11:45 AM    TCM: No

### CONTACTS

### NARRATIVE

Case Note 1 of 1    Entered By : KATHERINE J. ████    Date Entered : 09/25/2009    Time Entered : 07:47 AM

ATCT Mr. ████ 11:45 9/9/09
Left Message ████

Mr. ████ called worker right back. He said that ████ is not in school, he is enrolled but hasn't attended yet because of the dog bite. He said that ████ was in the hospital for a couple of days and just came home on Monday. ████ was in Mary Bridge Hospital. Mr. ████ does


① of ②

*imminent danger*

2009

PLAINTIFF'S EXHIBIT 10-06

Case Note 1 of 1 Entered By : KATHERINE J. [redacted]
Time Entered : 05:05 PM

Worker returning phone calls to Ms. Zayas, advised her that worker was off on Friday and Monday and just returning phone calls this date. She advised that she has a visit scheduled with the children on Thursday morning at 9:00. She wanted more information about the FTDM on Thursday, gave her the info and asked if her parents were coming, she said that they were coming. She asked about her sister [redacted] [redacted] worker said that she is next for a phone call from worker. Current phone for Ms. Zayas, [redacted]-2651.

| **Case Name:** ZAYAS, MYRIAM | **Case ID:** 481288 | **Case Note ID:** 31443232 | **Note Finalized** ☒ |
|---|---|---|---|
| **Case Note Category:** CPS | | **Case Note Type:** Investigation | |
| **Date Occurred:** 10/06/2009 | | **Time Occurred:** 03:00 PM | |
| **Date Entered:** 10/06/2009 05:11 PM | | **Note Entered by:** [redacted] KATHERINE, J. | |
| **Related Participants and Collaterals:** Myriam Zayas | | **Related Intakes:** 09/08/2009 10:02 AM 2105426 | |

**ACTIVITIES**

Activity: Contact - Collateral Participant: Myriam Zayas Location: By Phone Time: 03:00 PM TCM: No

**CONTACTS**

**NARRATIVE**

Case Note 1 of 1 Entered By : KATHERINE J. DIESCH Date Entered : 10/06/2009
Time Entered : 05:11 PM

Telephone call to [redacted] [redacted] sister of Myriam Zayas. 253-[redacted]-[redacted] or [redacted]. Ms. [redacted] is married, her husband is in the Army they live about 6 hours away from Tacoma in eastern Washington. Ms. [redacted] said that she and her husband have been "discussing if we could take the children" recently. Worker asked why, she said that "I love my sister" and then stopped. Worker advised her that this is not just about getting info on her sister but in order to be able to protect the children. She said that she understood. She ahs been concerned that Ms. Zayas is back using drugs and when worker mentioned prostituting, she said that Myriam told her that she "was taking the children away from the house" when she did so, and this is when [redacted] got mauled by the dog.
This worker asked her if she would be able to particpite in the FTDM, she said that she could by phone and that she and her husband are willing to take the children. Worker explained that it is much more difficult when children have been in care before, she stated she understood. Ms. Gomez did an internship for CPS when she was in college.

unwritten, custom, policy and practice to make it more difficult if the children have been in care before.

| **Case Name:** ZAYAS, MYRIAM | **Case ID:** 481288 |
|---|---|
| **Case Note Category:** CPS | |

1 of 1

unwritten policy

**PLAINTIFF'S EXHIBIT**

10-23

| **Date Entered:** 10/23/2009 04:57 PM | **Note Entered by:** [redacted] KAREN |
|---|---|
| **Related Participants and Collaterals:**<br>[redacted] Y. [redacted]<br>MYRIAM ZAYAS<br>[redacted] N. ZAYAS<br>[redacted] D. [redacted]<br>[redacted] [redacted]-ZAYAS | **Related Intakes:** |

**ACTIVITIES**

Activity: Monthly Supervisor Review Participant: [redacted] Y. [redacted] Location: Children's Administration Office Time: 04:45 PM TCM: No
Activity: Monthly Supervisor Review Participant: [redacted] N. ZAYAS Location: Children's Administration Office Time: 04:45 PM TCM: No
Activity: Monthly Supervisor Review Participant: MYRIAM ZAYAS Location: Children's Administration Office Time: 04:45 PM TCM: No
Activity: Monthly Supervisor Review Participant: [redacted] [redacted]-ZAYAS Location: Children's Administration Office Time: 04:45 PM TCM: No
Activity: Monthly Supervisor Review Participant: [redacted] D. [redacted] Location: Children's Administration Office Time: 04:45 PM TCM: No

**CONTACTS**

**NARRATIVE**

Case Note 1 of 1 Entered By : KAREN [redacted] Date Entered : 10/23/2009 Time Entered : 04:57 PM

This case remains in shelter care status. The contested fact finding is 10/29/09. Father, Mr. [redacted] is visiting the children regularly. The SW and CASA visited his home in Kent. It is a studio apartment. There were no safety concerns with the home. Mr. [redacted] is working. He would like to have J[redacted] placed in his care but will need to complete a parenting assessment and follow any recommendations prior. The previous dependency's parenting assessment recommended services he did not comply with at that time. He reports he is clean and sober. The SW referred random UA's to begin 10/26/09.

Mr. [redacted] visited once with his son. He is waiting for his sister's background check to come back and then she will be the visit supervisor if approved by the Department. Mother is visiting every week with the exception of last week when she reported she was beat up by a former boyfriend. The social worker has been given information about mother soliciting herself on Craigslist. Mother is aware the Department has this negative information. She is trying to find a job.

The health and safety visit for both children occurred on 10/09/09. They are doing well in Cedar House program. They are no longer crying at night. The children are very bonded with each other.

Racial, Gender

| **Case Name:**<br>ZAYAS, MYRIAM | **Case ID:**<br>481288 | **Case Note ID:**<br>31516183 | **Note Finalized** ☒ |
|---|---|---|---|
| **Case Note Category:** CPS | | **Case Note Type:** Contact | |



10/20/2009 16:16 FAX 253 476 6835 EAST PIERCE 001/001

STERLING Reference Laboratories

Page 1 of 1

Unable to add to Random

P:1 (800) 442-0438 **Mandatory fields are in red, will not print if incomplete.**

**CA - U/A ORDER / AUTHORIZATION FORM**

| | | |
|---|---|---|
| **DONOR NAME** (Last name, first) | Du[redacted] | **DONOR PHONE #** (253) 315 - 1440 |
| **CASE or REFERRAL #** 481288 | (SRL enter in Patient ID) | REQUIRED - COLLECTOR PLACE SMALL LABEL "TAB" HERE. Large matching # label to be placed on bottle. No hand written # |
| **SW SELECT COLLECTION SITE** (collector verify your site is listed) | | |
| **SRL Agency Number** 9037<br>US HEALTH WORKS - KENT,<br>24031 104TH AVENUE SOUTH EAST, ,<br>KENT, WA 98030<br>Telephone(253) 852-1824 Alt. Phone<br>Fax(253) 859-5139 | NO SHOW<br>OCT 21 2009<br>SRL | |

| | | |
|---|---|---|
| **SOCIAL WORKER'S OFFICE** (Report Delivery to this Location) CA R5 - TACOMA - UNIT 4 (253) 983-6200 SRL CLIENT ID 047198 | | |
| **SOCIAL WORKER** | Phone ( 253 ) 476 - 6826<br>Fax ( 253 ) 476 - 6835 | Date 10 / 20 / 2009 (mm/dd/yyyy) |
| **SSPS** | 45MJ01 6-digit SSPS ID | SRL enter in SW name field |
| **SOCIAL WORKER** | McRae , J | Last name, 1st initial |

| | | | | |
|---|---|---|---|---|
| **SELECT A TEST** | 6 DRUG | NONE | NONE | NONE |
| **LIST MEDICATIONS** | | | | |

**One Time U/A** - Collection due by: (Time) ○ AM ○ PM Date: / / (mm/dd/yyyy)

* Collector: if donor arrives on time proceed w/collection. If late collect specimen & notify SW, if a no show notify SW

**Random U/A** - complete ONLY if collection site offers random: #/week OR #/Month 2

Start Date 10 / 21 / 2009 (mm/dd/yyyy) End Date 11 / 21 / 2009 (mm/dd/yyyy)

* Collector: If multiple collections are ordered, keep original Order Form as master. Make photocopy from original for subsequent collections (this will facilitate SW not having to send a form for each collection).

**SW Signature** [signature] Supv. Initials KB

**COLLECTOR TO COMPLETE THE FOLLOWING:** **COLLECTION DATE** / /

**COLLECTOR** Verify &/or complete all * fields. If "SW Signature" is not entered, do not collect. Contact SW to correct missing data, or enter problem in comments section below & fax form back to SW.

| | | | |
|---|---|---|---|
| * **DONOR IDENTIFIED BY** | Photo ID ☐ | SW Escort ☐ | Attested to by collection site ☐ |

**DONOR CONSENT** - Donor to complete: I certify the specimen submitted is mine, was accurately labeled, & securely sealed in my presence, & released to collection agent. I authorize SRL to test this specimen & release results to ordering agency.

* **DONOR SIGNATURE:**

| | | | |
|---|---|---|---|
| * **Type of Collection** | Observed: Y N | Temp within 90 - 99F: Y N | Transport to SRL via: Mail Courier |
| * **COLLECTOR SIGNATURE** | | | |

* **After placing small "TAB" label on this Form,** make a copy for your record. Place tamper evident sealed bottle into security bag pouch (pouch w/absorbant pad) & seal flap. Place this Form, with label on it, into other pouch of security bag & ship to SRL.

*Collection site comments:* ____

SRL use: Specimen rec'd with specimen ID & tamper evident seal intact: Y N Date: / / Received at lab by____

Print

SRL-CA HOME | SRL COLLECTION SITES | CA - U/A ORDER/AUTHORIZATION FORM | HANDBOOK | BLANK

http://www.sterlingreflabs.com/ca/careq.asp 2 of 2 10/20/2009

Oct. 21. 2009 7:02PM No. 2077 P. 4

03/15/2010 MON 10:25 FAX

STERLING Reference Laboratories

PLAINTIFF'S EXHIBIT 03.16.2010

P:1 (800) 442-0438 **Mandatory fields are in red, will not print if incomplete.** CA - U/A

| | | | |
|---|---|---|---|
| DONOR NAME (Last name, first) | B [redacted] | DONOR PHONE # | ( 253 ) [redacted] |
| CASE or REFERRAL # | 481288 (SRL enter in Patient ID) | | |
| SW SELECT COLLECTION SITE (collector verify your site is listed) | | | REQUIRED - COLLECTOR PLACE SMALL LABEL "TAB" HERE Large matching # label to be placed on bottle No hand written # |

SRL Agency Number 9137
SRL COMMENCE BAY - PATIENT SERVICE CENTER,
3716 PACIFIC AVENUE, STE C,
TACOMA, WA 98418
Telephone(253) 472-0458 Alt. Phone
Fax(800) 605-9415

NO SHOW
MAR 1 6 2010
SRL

SOCIAL WORKER'S OFFICE (Report Delivery to this Location)
CA R5 - TACOMA - UNIT 45 (253) 983-6200 SRL CLIENT ID 052970

| | | |
|---|---|---|
| SOCIAL WORKER | Phone ( 253 ) 476 - 6826 | Date 03 / 12 / 2010 (mm/dd/yyyy) |
| | Fax ( 253 ) 476 - 6835 | |
| SSPS | 45MJ01 6-digit SSPS ID | SRL enter in SW name field |
| SOCIAL WORKER | McRae J. | Last name, 1st initial |

| | | | | |
|---|---|---|---|---|
| SELECT A TEST | 6 DRUG | NONE | NONE | NONE |
| LIST MEDICATIONS | | | | |

**One Time U/A** - Collection due by: (Time) ◯ AM ◯ PM Date / / (mm/dd/yyyy)

* Collector: If donor arrives on time proceed w/collection. If late collect specimen & notify SW, if a no show notify SW

**Random U/A** - complete ONLY if collection site offers random: #/week OR #/Month 2

Start Date 03 / 16 / 2010 (mm/dd/yyyy) End Date 08 / 16 / 2010 (mm/dd/yyyy)

* Collector: If multiple collections are ordered, keep original Order Form as master. Make photocopy from original for subsequent collections (this will facilitate SW not having to send a form for each collection).

| | | |
|---|---|---|
| SW Signature | [signature] | Supv. Initials KR BW |

COLLECTOR TO COMPLETE THE FOLLOWING: COLLECTION DATE / /

**COLLECTOR** Verify &/or complete all * fields. If "SW Signature" is not entered, do not collect. Contact SW to correct missing data, or enter problem in comments section below & fax form back to SW.

| | | | |
|---|---|---|---|
| * DONOR IDENTIFIED BY | Photo ID ☐ | SW Escort ☐ | Attested to by collection site ☐ |

**DONOR CONSENT** - Donor to complete: I certify the specimen submitted is mine, was accurately labeled, & securely sealed in my presence, & released to collection agent. I authorize SRL to test this specimen & release results to ordering agency.

* DONOR SIGNATURE:

| | | | |
|---|---|---|---|
| * Type of Collection | Observed: Y N | Temp within 90 - 99F: Y N | Transport to SRL via: Mail Courier |

* COLLECTOR SIGNATURE

* After placing small "TAB" label on this Form, make a copy for your record. Place tamper evident sealed bottle into security bag pouch (pouch w/absorbant pad) & seal flap. Place this Form, with label on it, into other pouch of security bag & ship to SRL.

*Collection site comments:* ____

SRL use: Specimen rec'd with specimen ID & tamper evident seal intact: Y N Date: / / Received at lab by____

Print

SRL-CA HOME | SRL COLLECTION SITES | CA - U/A ORDER/AUTHORIZATION FORM | HANDBOOK | BLANK

Unable To place into Random

http://www.sterlingreflabs.com/ca/careq.asp 03/12/2010

Mar. 16. 2010 7:04PM No. 3028 P. 9/9

**OFFENDER COURT INVOLVEMENT:**

[redacted] [redacted] has the following CONVICTIONS:

1. FELONY Robbery 2 1988
2. FELONY Theft 1 1988
3. FELONY Burglary 2 1988
4. FELONY Manslaughter 2 1991
5. FELONY VUCSA 2000
6. FELONY PSP1 2003
7. FELONY Veh. Homicide 2003
8. FELONY Hit & Run Injury 2003
9. GROSS MIS Crim Tress 1987
10. GROSS MIS Obstruction 2002
11. Class Unknown Firearms 1995
12. Class Unknown VUCSA 2000
13. Class Unknown Crim. Tres 2002

Mr. [redacted] is Pending Trial on new charges of UPCS with Intent to Deliver, and a Parole Violation; Trial is set for January.

**Myriam Zayas** has the following CONVICTIONS:
FELONY VUCSA Manufacture/Deliver/Conspiracy 2001

PLAINTIFF'S EXHIBIT
2011

Reserved (Pages)

Exhibit 2012

To whom it may concern: 9-5-12

My name is Myriam Zayas and I have two children [redacted] [redacted]-Zayas and J[redacted] Zayas. In September 2009 both of my children were kidnapped from their school, CPS workers covered their mouths as they yelled screamed and cried for each other and their mother and were ripped from all they ever knew and loved and placed in a foster home. Since then I have watched them deteriorate and wither away.

I have asked many times can we go to trial only to get the run around, see in Beverly Grants courtroom if you aren't black you don't even get heard, she just blows you off like everything you are saying is not important. I showed her photographs of my daughters obvious hair loss and she basically called me a liar stating no she is not losing her hair, I have endless photos and videos of my daughter, the photo was so obvious it was like she was calling the sky red by saying it wasn't true, we all know the sky isn't red and she obviously doesn't see my daughter as much as I do so how would she know she doesn't even know why they were taken in the first place and always mistakes me for someone else.

On August 20th of 2012 my daughter was hospitalized for a ruptured appendix, apparently had been ruptured for a while and infected the outside of her uterus, and they had to do emergency surgery and remove it. She stayed in the hospital 4 days. Two weeks prior my son was removed from Mr. D[redacted]s home because the CPS worker stated he was being treated unfairly and Mr. D[redacted] said he wanted him out now, because he could not afford him anymore and could only afford his daughter. They separated my children something they said they would never do, because what Mr. D[redacted] wants Mr. D[redacted] gets.

Mr. D[redacted] has only known my kids a few years he has ***never*** been a pa[illegible] [illegible]s life and beat my son black and blue once so I never let them go back to his house again, The kids have always been deathly afraid of him you can read it is all over the counseling notes, they didn't want to go there in the first place and are too afraid to tell him that they don't even really like him for fear of being beat. CPS knew all of this and even heard it straight from my kids and yet still they placed them there. My parents came forward as a placement option but were left out because the state made up a lie and Mr. D[redacted] followed suit in hopes to claim them both on his income tax which he tried to do even when they were in foster care and I put a stop to it by alerting the IRS.

In 2011 I wasn't able to see my kids for 6 weeks straight, and when I finally did get a hold of his number T[redacted] D[redacted] said "don't you think you owe me for taking in your kids? We need a date with the kids not around." I couldn't believe my ears and almost thought he was setting me up to get me into trouble I was shocked. If I had known what his intentions were to get me in bed from the start I would have told the state that. But when I told them after he said that they did not believe me despite the facebook messages he was sending me and I still have copies of, they said I was lieing. I'm sorry why would I wait 2 years later to bring up that lie?

Raul Grende

2012

## RE: RE:

McRae, Jamia (DSHS/CA) <MCRJ300@dshs.wa.gov>
Fri 8/10/2012 12:39 PM
**To:** myriam zayas <marandjazzmom@live.com>

Myriam,

We have the placement hearing for J[redacted] on the 21st, at 9am. If you show up..please tell the court your concerns and why you want J[redacted] out the home. If you feel he is going to molest J[redacted].or have some information on him molesting kids please let me know. As a department, if we have no allegations, no prior history of him molesting kids, then I can't use that a reason to remove his daughter. While buying kids things.like toys and games should be happening, as long as he is buying the basics of food, clothing, and shelter, then we are okay. That is his biological daughter. Please tell me the information you have. I don't get why you correlate not buying things for them or combing her hair would lead to him molesting Ja[redacted]

PLAINTIFF'S
EXHIBIT
08-10

Thanks,

**Jamia McRae, MSW**
Department of Social and Health Services
CFWS Social Worker III
(253) 476-6826

**CONFIDENTIALITY NOTICE**: This e-mail may contain confidential information which is legally privileged. Any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this e-mail in error, please notify me by return e-mail and delete this message.

---

**From:** myriam zayas [mailto:marandjazzmom@live.com]
**Sent:** Friday, August 10, 2012 8:17 AM
**To:** McRae, Jamia (DSHS/CA)
**Subject:** RE:

and you knew t[redacted] beat them black and blue that aint even his child are you serious he told me i owed him sex now wtf do you think he wants m[redacted] out for?? think about it you guys are so damn BLIND i swear dont you so he doesnt love them he has never bought them anything and takes everything they have and then trys to make them feel bad about it!! he has never given either of my kids a damn thing why do you think he treats j[redacted] better?? get a fucking clue child molesters do the same thing they befriend their victims duh!!! i i told you dont take my sone outta there now i want my daughter with my mom please my mom is dying what they accused my parents of was a lie bold faced lie. my daughter needs out and you guys are repeating history i cant believe this is happening she has no phone my god

---

From: MCRJ300@dshs.wa.gov
To: marandjazzmom@live.com
Subject: RE:
Date: Thu, 9 Aug 2012 18:38:50 +0000

1 of 2 11ED

Good Morning,

At yesterday's court hearing..it was ruled by the judge that M[redacted] had to be placed with his paternal cousin Ms. [redacted]. I have never forgotten about your parents nor have the department forgotten what we heard in the 1st FTDM of the allegations against your parents. Whether they were true or not, I was not allowed to go forward with looking at your parents for placement. This is not a racial issue at all..in fact far from it.

Thanks,

**Jamia McRae, MSW**
Department of Social and Health Services
CFWS Social Worker III
(253) 476-6826

**CONFIDENTIALITY NOTICE**: This e-mail may contain confidential information which is legally privileged. Any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this e-mail in error, please notify me by return e-mail and delete this message.

---

**From:** myriam zayas [mailto:marandjazzmom@live.com]
**Sent:** Wednesday, August 08, 2012 11:02 AM
**To:** McRae, Jamia (DSHS/CA)
**Subject:**

i dont know why you always seem to forget i have parents, but they are white so they prob never will get my kids

racial/gender

**Cordant** Health Solutions™

AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D2043123
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 150584043
**Reference #:** 8592113
**Requested By:**

**Agency:** CA REGION 4-DSHS-#01109
**Sub-Agency:** CA R4 - KING WEST

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 6/2/2015 12:00 AM
**Received:** 6/4/2015 03:49 PM
**Reported:** 6/4/2015 08:35 PM
**External ID:** NA
**Patient ID:** 481288

**MEDICATIONS:**

Exhibit 2015

**Additional Information**

**Donor ID:** 481288
**Collection Site:** CA- SQUARE ONE

**NAME:** WILSON
**Title:** Social Worker

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 20 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ECSTASY (MDMA) | | | | | |
| MDMA Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 223.3 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 5.7 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 70 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D2043123

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

All positive screening test results and semi-quantitative values obtained from a screening test should be considered presumptive until confirmed with a specific and sensitive alternate method such as GC/MS or LC/MS/MS.

*Dr. Janetta Bryksin*

*** END OF REPORT ***

Cordant Health Solutions™

AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D2043123
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 150622855
**Reference #:** 8592118
**Requested By:**

**Agency:** CA REGION 4-DSHS-#01109
**Sub-Agency:** CA R4 - KING WEST

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 6/9/2015 12:00 AM
**Received:** 6/11/2015 12:27 PM
**Reported:** 6/12/2015 04:26 PM
**External ID:** NA
**Patient ID:** 481288

**MEDICATIONS:**

**Additional Information**

**Donor ID:** 481288
**Collection Site:** CA- SQUARE ONE

**NAME:** WILSON
**Title:** Social Worker

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS(THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 20 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ECSTASY (MDMA) | | | | | |
| MDMA Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 172.6 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 7.7 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 8 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D2043123

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

All positive screening test results and semi-quantitative values obtained from a screening test should be considered presumptive until confirmed with a specific and sensitive alternate method such as GC/MS or LC/MS/MS.

[signature] *Dr. Janetta Bryksin*

*** END OF REPORT ***

Cordant Health Solutions™

AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D2043123
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 150670351
**Reference #:** 8592123
**Requested By:**

**Agency:** CA REGION 4-DSHS-#01109
**Sub-Agency:** CA R4 - KING WEST

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 6/17/2015 12:00 AM
**Received:** 6/19/2015 01:55 PM
**Reported:** 6/19/2015 07:08 PM
**External ID:** NA
**Patient ID:** 481288

**MEDICATIONS:**

**Additional Information**

**Donor ID:** 481288
**Collection Site:** CA- SQUARE ONE

**NAME:** WILSON
**Title:** Social Worker

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS(THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 20 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ECSTASY (MDMA) | | | | | |
| MDMA Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 213.6 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 5.4 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 0 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D2043123

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

All positive screening test results and semi-quantitative values obtained from a screening test should be considered presumptive until confirmed with a specific and sensitive alternate method such as GC/MS or LC/MS/MS.

*Dr. Janetta Bryksin*

*** END OF REPORT ***



AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D2043123
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 150702065
**Reference #:** 8592132
**Requested By:**

**Agency:** CA REGION 4-DSHS-#01109
**Sub-Agency:** CA R4 - KING WEST

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 6/23/2015 12:00 AM
**Received:** 6/25/2015 05:50 PM
**Reported:** 6/26/2015 08:12 AM
**External ID:** NA
**Patient ID:** 481288

**MEDICATIONS:**

**Additional Information**

**Donor ID:** 481288
**Collection Site:** CA- SQUARE ONE

**NAME:** WILSON
**Title:** Social Worker

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS(THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 20 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ECSTASY (MDMA) | | | | | |
| MDMA Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 201.4 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 5.0 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 59 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D2043123

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

All positive screening test results and semi-quantitative values obtained from a screening test should be considered presumptive until confirmed with a specific and sensitive alternate method such as GC/MS or LC/MS/MS.

*Dr. Janetta Bryksin*

*** END OF REPORT ***

Cordant Health Solutions™

AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D2043123
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 150793623
**Reference #:** 104287843
**Requested By:**

**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 7/11/2015 12:00 AM
**Received:** 7/13/2015 11:19 PM
**Reported:** 7/14/2015 02:28 PM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

**Additional Information**

**Donor ID:** NA

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 146.0 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 8.7 | NORMAL | pH Meter | 4.5 - 8.9 | |
| Nitrite | 45 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D2043123

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

*Dr. Janetta Bryksin*

*** END OF REPORT ***

Cordant Health Solutions™

AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D2043123
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

## Specimen Information

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 150830978
**Reference #:** 104287878
**Requested By:**
**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 7/18/2015 12:00 AM
**Received:** 7/20/2015 10:50 PM
**Reported:** 7/22/2015 01:09 PM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

## Additional Information

**Donor ID:** NA

## Specimen Final Outcome - Screen and Confirmation Results

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

## Validity Testing

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 184.9 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 5.6 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 70 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

## Additional Comments

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

*Dr. Janetta Bryksin*

*** END OF REPORT ***



AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0165 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D2043123
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 150904892
**Reference #:** 104162273
**Requested By:**

**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 8/1/2015 12:00 AM
**Received:** 8/3/2015 09:55 PM
**Reported:** 8/4/2015 07:12 AM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

**Additional Information**

**Donor ID:** NA

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 181.2 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 5.2 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 37 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

*Dr. Janetta Bryksin*

*** END OF REPORT ***

AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D2043123
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 150940608
**Reference #:** 104162347
**Requested By:**

**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 8/8/2015 12:00 AM
**Received:** 8/10/2015 07:46 PM
**Reported:** 8/11/2015 11:23 AM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

**Additional Information**

**Donor ID:** NA

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| THC/Creatinine Ratio | - | | | | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 91.4 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 9.1 | **INVALID** | pH Meter | 4.5 - 8.9 | |
| Nitrite | 22 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

*Dr. Janetta Bryksin*

*** END OF REPORT ***



AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6674
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D0891660
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

## Specimen Information

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 150978080
**Reference #:** 104162369
**Requested By:**

**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 8/15/2015 12:00 AM
**Received:** 8/17/2015 08:12 PM
**Reported:** 8/18/2015 07:28 AM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

## Additional Information

**Donor ID:** NA

## Specimen Final Outcome - Screen and Confirmation Results

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| THC/Creatinine Ratio | - | | | | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

## Validity Testing

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| pH | 8.6 | NORMAL | pH Meter | 4.5 - 8.9 | |
| Creatinine | 122.5 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| Nitrite | 37 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

## Additional Comments

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

*Dr. Janetta Bryksin*

*** END OF REPORT ***



AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D0891660
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 151015458
**Reference #:** 104371249
**Requested By:**

**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 8/22/2015 12:00 AM
**Received:** 8/24/2015 10:23 PM
**Reported:** 8/25/2015 01:09 PM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

**Additional Information**

**Donor ID:** NA

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| THC/Creatinine Ratio | - | | | | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 144.8 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 8.0 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 24 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

*Dr. Janetta Bryksin*

*** END OF REPORT ***


AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D0891660
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 151052648
**Reference #:** 104371210
**Requested By:**

**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 8/29/2015 12:00 AM
**Received:** 8/31/2015 11:23 PM
**Reported:** 9/1/2015 03:45 PM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

**Additional Information**

**Donor ID:** NA

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| THC/Creatinine Ratio | - | | | | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 284.9 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 6.7 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 47 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

*Dr. Janetta Bryksin*

*** END OF REPORT ***



AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D0891660
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

## Specimen Information

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 151097375
**Reference #:** 104371184
**Requested By:**

**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 9/5/2015 12:00 AM
**Received:** 9/9/2015 09:50 PM
**Reported:** 9/10/2015 08:06 AM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

## Additional Information

**Donor ID:** NA

## Specimen Final Outcome - Screen and Confirmation Results

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| THC/Creatinine Ratio | - | | | | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

## Validity Testing

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| pH | 8.8 | NORMAL | pH Meter | 4.5 - 8.9 | |
| Creatinine | 126.2 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| Nitrite | 42 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

## Additional Comments

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

*Dr. Janetta Bryksin*

*** END OF REPORT ***



AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-5574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D0891660
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

***Specimen Information***

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 151121256
**Reference #:** 104371304
**Requested By:**

**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 9/12/2015 12:00 AM
**Received:** 9/14/2015 09:41 PM
**Reported:** 9/15/2015 02:38 PM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

***Additional Information***

**Donor ID:** NA

***Specimen Final Outcome - Screen and Confirmation Results***

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| THC/Creatinine Ratio | - | | | | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

***Validity Testing***

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 173.1 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 7.5 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 95 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

***Additional Comments***

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

*Dr. Janetta Bryksin*

****** END OF REPORT ******



AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D0891660
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 151159374
**Reference #:** 104371348
**Requested By:**

**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 9/19/2015 09:35 AM
**Received:** 9/21/2015 10:03 PM
**Reported:** 9/22/2015 08:05 AM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

**Additional Information**

**Donor ID:** NA

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| THC/Creatinine Ratio | - | | | | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 211.7 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 7.5 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 153 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

*Dr. Janetta Bryksin*

*** END OF REPORT ***

Cordant Health Solutions™

AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D0891660
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 151195346
**Reference #:** 104371371
**Requested By:**

**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 9/26/2015 09:45 AM
**Received:** 9/28/2015 10:28 PM
**Reported:** 9/29/2015 05:18 AM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

**Additional Information**

**Donor ID:** NA

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| THC/Creatinine Ratio | - | | | | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 173.1 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 7.6 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 25 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

*Dr. Janetta Bryksin*

*** END OF REPORT ***



| | | | | |
|---|---|---|---|---|
| **AFTS Labs** | **Forensic Laboratories** | **SECON of New England** | **Sterling Reference Laboratories** |
| CLIA # 33D1103254 | CLIA # 06D0982654 | CLIA # 22D0928629 | CLIA # 50D0891660 |
| Toll Free: (888) 214-8444 | Toll Free: (800) 282-6574 | Local: (508) 831-0703 | Toll Free: (800) 442-0438 |
| Local: (631) 923-0166 Fax: (631) 923-0171 | Local: (303) 469-8042 | Fax: (508) 831-0803 | Local: (253) 552-1551 Fax: (253) 552-1549 |

### Specimen Information

| | | |
|---|---|---|
| **Donor Name:** MYRIAM ZAYAS | **Test Reason:** | **MEDICATIONS:** |
| **DOB:** | **Type (Matrix):** Urine | |
| **Specimen ID:** 151232257 | **Collected By:** | |
| **Reference #:** 104567257 | **Collected:** 10/3/2015    12:00 AM | |
| **Requested By:** | **Received:** 10/5/2015    10:51 PM | |
| | **Reported:** 10/6/2015    04:15 AM | |
| **Agency:** NEW LIFE RECOVERY SOLUTIONS | **External ID:** NA | |
| **Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS | **Patient ID:** 706612 | |

### Additional Information

**Donor ID:** NA

### Specimen Final Outcome - Screen and Confirmation Results

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| **AMPHETAMINES** | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| **BENZODIAZEPINES** | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| **METHADONE** | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| **OPIATES** | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| **OXYCODONE** | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| **CANNABINOIDS (THC)** | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| THC/Creatinine Ratio | - | | | | |
| **COCAINE** | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| **ETHANOL** | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| **ETG/ETS** | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

### Validity Testing

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 125.7 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 8.6 | NORMAL | pH Meter | 4.5 - 8.9 | |
| Nitrite | 7 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

### Additional Comments

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

*Laura Bechtel*    Dr. Laura Bechtel

*** END OF REPORT ***



Cordant Health Solutions™

AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D0891660
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

## Specimen Information

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 151268932
**Reference #:** 104567372
**Requested By:**

**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 10/10/2015 12:00 AM
**Received:** 10/12/2015 10:43 PM
**Reported:** 10/13/2015 02:24 AM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

## Additional Information

**Donor ID:** NA

## Specimen Final Outcome - Screen and Confirmation Results

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS(THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| THC/Creatinine Ratio | - | | | | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

## Validity Testing

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| pH | 8.3 | NORMAL | pH Meter | 4.5 - 8.9 | |
| Creatinine | 105.1 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| Nitrite | 11 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

## Additional Comments

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

Laura Bechtel *Dr. Laura Bechtel*

*** END OF REPORT ***

Health Solutions℠

AFTS Labs
CLIA # 33D1103254
Toll Free: (888) 214-8444
Local: (631) 923-0166 Fax: (631) 923-0171

Forensic Laboratories
CLIA # 06D0982654
Toll Free: (800) 282-6574
Local: (303) 469-8042

SECON of New England
CLIA # 22D0928629
Local: (508) 831-0703
Fax: (508) 831-0803

Sterling Reference Laboratories
CLIA # 50D0891660
Toll Free: (800) 442-0438
Local: (253) 552-1551 Fax: (253) 552-1549

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 151305968
**Reference #:** 104524615
**Requested By:**

**Agency:** NEW LIFE RECOVERY SOLUTIONS
**Sub-Agency:** NEW LIFE RECOVERY SOLUTIONS

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 10/17/2015 12:00 AM
**Received:** 10/19/2015 11:49 PM
**Reported:** 10/20/2015 11:18 AM
**External ID:** NA
**Patient ID:** 706612

**MEDICATIONS:**

**Additional Information**

**Donor ID:** NA

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| METHADONE | | | | | |
| EDDP Screen | | NEGATIVE | EIA | 300 ng/mL | Methadone Metabolite |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS(THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 50 ng/mL | |
| THC/Creatinine Ratio | - | | | | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 133.1 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 6.3 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 70 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Sterling Reference Laboratories, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions does not verify provided medication history. The treating provider must make all clinical decisions and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant Health Solutions does not assume any responsibility for patient outcomes based upon this information.

Laura Bechtel

*Dr. Laura Bechtel*

*** END OF REPORT ***

| ZAYAS, MYRIAM | 481288 | 42618426 | |
|---|---|---|---|
| **Case Note Category:** CPS | | **Case Note Type:** Investigation | |
| **Date Occurred:** 11/07/2016 | | **Time Occurred:** 01:30 PM | |
| **Date Entered:** 11/09/2016 09:53 AM | | **Note Entered by:** ████ █ D. | |
| **Related Participants and Collaterals:**<br>████ █ █ Zayas | | **Related Intakes:**<br>11/02/2016  1:48 PM 3495469 | |

## ACTIVITIES

Activity: Child - Initial Face to Face with Child    Participant: ████ █ █ Zayas
Location: School    Time: 01:30 PM    TCM: No

## CONTACTS

## NARRATIVE

Case Note 1 of 1    Entered By : ████ D. ████    Date Entered : 11/09/2016
Time Entered : 09:53 AM

Met with daycare staff at the YMCA CDC, Bellevue to discuss ████ presentation as she is in school today. They reported that she is in a really good mood and happy today. No present concerns. Diaper was clean. ⟵

When I met with ████ she was laying on a mat covered with a blanket and smiling. I introduced myself to her as she actively listened and participated. Dress and groom appropriate. She was playful and talkative.

SW: Can you tell me what makes you happy?
Child: Mommy
SW: What did you have for breakfast?
Child: A sandwich
SW: Have you had lunch yet?
Child: No, I will have macaroni. Look at my socks.
SW: Those are pretty. I like them. Do you like your socks?
Child: Yeah
SW: You have a pretty dress on. What color is your dress?
Child: Pointing at her dress and pulling it up to show it off. Proceeded to show this writer her finger nail polish.
SW: Very pretty. Who helped you do that?
Child: Mommy
SW: Where is mommy?
Child: She at home
SW: What makes you sad?
Child: No response to this question.
SW: Are you scared of anyone?
Child: No
SW: Where do you sleep at night?
Child: With Mommy

████ rolled on her other side in attempt to take her nap. Her eyes were heavy. SW sat with her and held her hand as she went to sleep.

PLAINTIFF'S
EXHIBIT
11-09

Page 1

From: ████████ (DSHS/CA) ████████ @dcyf.wa.gov>
To: Hopfauf, Shea (DSHS/CA) <HOPFASH@dshs.wa.gov>
Date: 12/11/2017 9:28:07 AM
Subject: Myriam Zayas 481288
Attachments: Intake_FAR.pdf

Hi Ms. Shea, so we looked into the other children. SC██ay does not have six children as we discussed. Mother only has █████ee. ████████ was placed out of home along with in Texas. Mother obtained ████ dependency was dismissed and he wa█ returned to his biological father. Mother's rights were terminated for ███████ has been adopted and lives mother. Mother has since had another child ████ back after the father left him with the aunt after becoming homeless. Aunt kept ████████ or two months and then gave him back to the has an open FAR case in Tacoma. Father has been █████ and ████ currently has both █████ and █████ her care. I have attached the intake for your view. Also the farther of in the Tacoma services and has refused to U/A for ████ unable to locate. Mother stated that she would participate in services once she was located. Mother has not participated them too.

Keja'na Black
CPS Supervisor – Region 2
Kent CA Office
1313 W. Meeker St.
Kent, WA 98032
Cell : 206-914-6317

PLAINTIFF'S EXHIBIT
P-11

Zayas, Myriam - Email Search
202007-PRR-164
DCYF - 001833

**Case ID:** 481288

**ALLEGATIONS:**

| VICTIM | SUBJECT | CA/N | FINDING |
|---|---|---|---|
| [redacted]-ZAYAS, [redacted] (2474611) | Zayas, Myriam (1227958) | Negligent Treatment or Maltreatment | |

**Describe the nature and extent of the alleged maltreatment or concern:**

Open CPS case, Kent South-East OFfice

The mother, Myriam Zayas, age 37 lives with her children.
The children are: [redacted] [redacted]-Zayas, age 3 and [redacted] [redacted]-Zayas, age 15.

Referrer reports that Marcel was going out of his mother's home to see his friend in Tacoma today. [redacted] got stabbed by a stranger who took his wallet and ran away. The youth is now at Madigan Army Hospital in Lakewood being treated but will be discharged back home with his mother today. Referrer reports that the mother immediately responded, came over to the hospital, has been appropriate with her son and appeared to be very concerned.

Referrer reports the father, [redacted] [redacted] has the legal custody of [redacted] but [redacted] has been staying with his great aunt [redacted] [redacted] had visitation with his mother until about a month ago. However, [redacted] was kicked out of his father's and aunt's place and went to his mother and has been living with her since. The father is reportedly on drugs and his whereabouts are unknown at this time.

PLAINTIFF'S EXHIBIT
12-17

Racial/Gender



PLAINTIFF'S
EXHIBIT
08-01

**ACTIVITIES**

Activity: Contact - Law Enforcement Participant: Myriam Zayas Location: By Phone Time: 04:00 PM TCM: No

**CONTACTS**

**NARRATIVE**

Case Note 1 of 1 Entered By : Mariah J. Krause Date Entered : 08/01/2019 Time Entered : 09:38 AM
Collateral Contact: Kent PD

On 07/23/2019 SW Krause spoke with Kent PD because the father was having them assist him with picking up his son from the mothers home.

| **Case Name:** ZAYAS, MYRIAM | **Case ID:** 481288 | **Case Note ID:** 46409249 | **Note Finalized** ☒ |
|---|---|---|---|
| **Case Note Category:** FAR | | **Case Note Type:** Assessment | |
| **Date Occurred:** 07/24/2019 | | **Time Occurred:** 08:30 AM | |
| **Date Entered:** 08/01/2019 09:48 AM | | **Note Entered by:** Krause, Mariah, J. | |

Gender



**ACTIVITIES**

Activity: Parent - Bio/Adopt or Guardian Contact (Includes face-to-face) Participant: █ Y. █ Location: By Phone Time: 08:30 AM TCM: No

**CONTACTS**

**NARRATIVE**

Case Note 1 [illegible] Entered By : Mariah █ █ Date Entered : 08/01/2019 Time Entered : 09:48 AM

On 07/24/2019 SW █ spoke with █ █ stated that █ is in his care and that he is going to get him into treatment. He stated that █ is being cooperative and wanted to go with his father. SW █ stated that she had placed therapy in the home and that he also needed to get back to the Dr. and the dentist. █ stated that he will make the appointments.

| **Case Name:** ZAYAS, MYRIAM | **Case ID:** 481288 | **Case Note ID:** 46409260 | **Note Finalized** ☒ |
|---|---|---|---|
| **Case Note Category:** FAR | | **Case Note Type:** Assessment | |
| **Date Occurred:** 07/31/2019 | | **Time Occurred:** 09:00 AM | |
| **Date Entered:** 08/01/2019 09:53 AM | | **Note Entered by:** █ Mariah, █ | |
| **Related Participants and Collaterals:** █ | | **Related Intakes:** █ | |

Exhibit 07-15

On Mon, Jul 15, 2019, 1:09 PM [redacted]@dcyf.wa.gov> wrote:

Your case is closed. So the we are not a part of anything anymore :/

Thank you,

[redacted]
CPS Investigator
Social Worker 3
Region 4 DCYF/ King South East
Cell: [redacted]

**From:** loving happy <amiya.angel@gmail.com>
**Sent:** Monday, July 15, 2019 12:55 PM
**To:** [redacted]@dcyf.wa.gov>
**Subject:** Re: My son Marcel needs to go to inpatient drug treatment.

My sons father says he is taking marcel away from us ill let him explain why 253.248.9897

On Mon, Jul 15, 2019, 9:16 AM [redacted] (DCYF) [redacted]@dcyf.wa.gov> wrote:

Hello Myriam,

I am sorry I am just now getting back to you but unfortunately we are not able to help with getting him into inpatient. That needs to be something he is willing to do, we cannot make a child do that.

I also wanted to let you know that you need to call Working Connections ASAP to continue getting the daycare for free. This is how the year will start. 1-844-626-8687 and let them know I have made the referral begin for today. If you don3t do this Amiya3s daycare will not be paid for any longer. So please call them ASAP to continue keeping her in daycare.

Thank you,

Gender Discrimination



**Denver Lab** CLIA # 06D0982654 1701 Chambers Rd. Unit J Aurora, CO 80011 855-895-8090

**Long Island Lab** CLIA # 33D1103254 789 Park Avenue Huntington, NY 11743 855-895-8090

**Tacoma Lab** CLIA # 50D0891660 2617 East L Street Tacoma, WA 98421 855-895-8090

**Worcester Lab** CLIA # 22D0928629 415 Main Street, 4th Floor Worcester, MA 01608 855-895-8090

***Specimen Information***

**Donor Name:** MYRIAM ZAYAS
**DOB:** 11/15/1980
**Specimen ID:** 159857965
**Reference #:** 8989006
**Requested By:**

**Agency:** CA REGION 4-DSHS-#01109
**Sub-Agency:** CA R4 - KING SOUTH EAST

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 3/11/2020 None Provided
**Received:** 3/12/2020 09:31 AM
**Reported:** 3/13/2020 12:18 PM
**External ID:** NA
**Patient ID:** 481288

**MEDICATIONS:**

PLAINTIFF'S EXHIBIT
03-13

***Additional Information***

**Donor ID:** 481288
**Collection Site:** CA - STOP - KENT

**NAME:** KELSEY OWENS
**Title:** Social Worker

***Specimen Final Outcome - Screen and Confirmation Results***

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ECSTASY (MDMA) | | | | | |
| MDMA Screen | | NEGATIVE | EIA | 500 ng/mL | |

***Validity Testing***

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 106.5 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 5.5 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 7 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

***Additional Comments***

Testing performed at Cordant Health Solutions - Tacoma Lab, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions™ does not verify provided medication history. The treating provider must make all clinical decisions, and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant does not assume any responsibility for patient outcomes based upon this information.

Tests were developed and performance characteristics determined by Cordant Health Solutions™. The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research.

*Irene Shu, Ph.D., DABCC (CC,TC), F-ABFT*

****** END OF REPORT ******

4th




PLAINTIFF'S
EXHIBIT
03-12

SW provided that to Ms. Zayas back in text massage. SW also provided STOP's contact info per Ms. Zayas request.

| Case Name: ZAYAS, MYRIAM | Case ID: 481288 | Case Note ID: 47224966 | Note Finalized ☐ |
|---|---|---|---|
| Case Note Category: CPS | | Case Note Type: Investigation | |
| Date Occurred: 03/12/2020 | | Time Occurred: 11:45 AM | |
| Date Entered: 03/12/2020 12:55 PM | | Note Entered by: Owens, Kelsey, L. | |
| Related Participants and Collaterals: ████ █ ████ Zayas | | Related Intakes: 02/18/2020 6:26 AM 4319255<br>02/09/2020 10:41 AM 4319498 | |

**ACTIVITIES**

Activity: Child - Face to Face with Child Participant: ████ A. ████ Zayas Location: School Time: 11:45 AM TCM: No

**CONTACTS**

**NARRATIVE**

Case Note 1 of 1 Entered By : Kelsey L. Owens Date Entered : 03/12/2020 Time Entered : 12:55 PM
Contact- Child

On 3/12/2020, SW Owens met with ████ at school. ████ declined to have anyone in the room with her. When SW asked if she remembered SW, she stated yes and put her head down. SW asked if she was okay, she shrugged her shoulders. SW asked if there was something that would make her feel better, she stated her dog. SW asked if she could show her SW's dogs. ████ appeared interested and stated yes. SW showed her two dogs. SW asked ████ about what she likes to do with mommy. She stated nothing. SW asked who she does stuff with, she stated her puppy. ████ stated her puppy will poop and pee in the room. ████ reported that mommy gets mad when the puppy does that. SW asked what does mommy do at home, ████ stated i don't know. ████ reported that she missed her older brother because he's never coming back. ████ began talking about her dad, she stated that her dad punched her in the nose really hard. SW asked how she knew that, she reported that her mom told her. SW asked if she visits her dad, she stated yes but now she doesn't. SW asked about the last time she saw her dad, she stated two weeks ago. SW asked so you've seen your dad since you been five, she stated yes. ████ stated that she likes hanging out with her dad at his house and the boys. SW attempted to ask about the boys, and ████ stated she didn't know. ████ began putting her head down and disengaging when SW would ask about her mom. SW ended the visit due to ████ya disengaging.

| Case Name: ZAYAS, MYRIAM | Case ID: 481288 | Case Note ID: 47228426 | Note Finalized ☐ |
|---|---|---|---|
| Case Note Category: CPS | | Case Note Type: Investigation | |

Exhibit 02-19

# Chat with +1 360-602-1444

2/19/2020 10:57:32 AM - 4/2/2020 7:13:41 PM

**Export Details:**

Device Phone Number +1 (253) 289-8863

Device Name DSHSCA[illegible]2911-Kelsey Owens-iPhone

Device ID 2d62f5d580d5557a0aff173c6e814cd20711d219

Backup Date Monday, May 11, 2020 2:35 PM

Backup Directory C:\Users\tranlc-a\AppData\Roaming\Apple Computer\MobileSync\Backup\2d62f5d580d5557a0aff173c6e814cd207

iOS 13.4.1

Current Time Zone (UTC-08:00) Pacific Time (US & Canada)

Created with iExplorer v4.3.4.0

**Participants:**

+1 360-602-1444

Wednesday, February 19, 2020

+1 360-602-1444
Kelsey this the girl you met last night — 10:57 AM

+1 360-602-1444
Myriam i need your help I'm in the hospital — 10:58 AM

+1 360-602-1444
But I don't have any minutes on my phone so I'm texting you — 10:58 AM

Me
Need help with what? — 10:58 AM

+1 360-602-1444
I have no one to pick up [redacted] at 5 from daycare — 10:58 AM

+1 360-602-1444
[redacted] — 10:59 AM

Me
I cannot pick up [redacted] she is not in our care. — 10:59 AM

+1 360-602-1444
Ok — 10:59 AM

Exhibit 135



**Electronic Court Records**

Dept. of Judicial Administration, Office of the Superior Court Clerk's Office

Case Selection | Report Problems | Logout | Help

Get Case

PLAINTIFF'S EXHIBIT 10-16

# 20-7-00666-0

Case Number: **20-7-00666-0 SEA**

Case Title: [redacted]-ZAYAS

Activity Log

Filter by Group: All

View Selected Documents | Print

Clear All
Select All

| Select | Sub # | Date | Description | Pages |
|---|---|---|---|---|
| ☐ | 1 | 3/16/2020 | Dependency Petition | 9 |
| ☐ | 2 | 3/16/2020 | Order Setting Case Schedule - Dependency | 4 |
| ☐ | 3 | 3/16/2020 | Case Information Cover Sheet | 1 |
| ☐ | 4 | 3/16/2020 | Note for Calendar | 1 |
| ☐ | 5 | 3/16/2020 | Notice and Summons | 3 |
| ☐ | 6 | 3/16/2020 | Dependency Petition - REMOVE ALGD FATH /AMENDED | 8 |
| ☐ | 7 | 3/16/2020 | Notice and Summons - AMENDED | 3 |
| ☐ | 8 | 3/16/2020 | Order to Take Child Into Custody | 2 |
| ☐ | 9 | 3/16/2020 | Motion and Affidavit / Declaration - TO TAKE CHILD INTO CUSTODY | 8 |
| ☐ | 10 | 3/18/2020 | Notice of Appearance and Request for Discovery | 4 |
| ☐ | 11 | 3/17/2020 | Shelter Care Order | 11 |
| ☐ | 12 | 3/17/2020 | Order and Authorization Re Health Care and Education | 3 |
| ☐ | 13 | 3/26/2020 | Notice of Appearance and Request for Discovery | 2 |
| ☐ | 14 | 3/26/2020 | Notice - RE TESTIMONY | 1 |
| ☐ | 15 | 3/26/2020 | Affidavit / Declaration / Certificate Of Service | 1 |
| ☐ | 16 | 3/30/2020 | Return of Service | 2 |
| ☐ | 17 | 4/6/2020 | Response - MOTHER'S TO DCYF | 6 |
| ☐ | 19 | 4/6/2020 | Objection / Opposition - MOTHER'S RE DCYF REPORT | 6 |
| ☐ | 20 | 4/6/2020 | Declaration | 2 |
| ☐ | 21 | 4/6/2020 | Affidavit / Declaration / Certificate Of Service | 1 |
| ☐ | 22 | 4/6/2020 | Motion and Affidavit / Declaration - MOTHER'S FOR RETURN HOME | 2 |
| ☐ | 23 | 4/6/2020 | Affidavit / Declaration / Certificate Of Service | 1 |
| ☐ | 26 | 4/8/2020 | Affidavit / Declaration / Certificate Of Service | 1 |
| ☐ | 27 | 4/8/2020 | Note for Calendar - 72 HR/30 SHELTER CARE | 1 |
| ☐ | 28 | 4/8/2020 | Affidavit / Declaration / Certificate Of Service | 1 |
| ☐ | 30 | 4/8/2020 | Affidavit / Declaration / Certificate Of Service | 1 |
| ☐ | 31 | 4/9/2020 | Notice of Appearance | 1 |
| ☐ | 32 | 4/9/2020 | Affidavit / Declaration / Certificate Of Service | 1 |
| ☐ | 33 | 4/9/2020 | Faulty Document Notice | 1 |
| ☐ | 34 | 4/9/2020 | Faulty Document Notice | 1 |
| ☐ | 35 | 4/9/2020 | Correspondence - FROM MOTHER, MYRIAM ZAYAS | 4 |
| ☐ | 36 | 4/9/2020 | Correspondence - EMAIL FROM MOTHER, MYRIAM ZAYAS | 3 |
| ☐ | 37 | 4/9/2020 | Correspondence - FROM MOTHER MYRIAM ZAYAS | 10 |
| ☐ | 38 | 4/9/2020 | Correspondence - EMAIL FROM MOTHER MYRIAM ZAYAS | 10 |
| ☐ | 39 | 4/9/2020 | Correspondence - REGARDING MOTHER, MYRIAM ZAYAS | 2 |
| ☐ | 40 | 4/9/2020 | Correspondence - EMAILS FROM MOTHER, MYRIAM ZAYAS | 5 |
| ☐ | 41 | 4/9/2020 | Correspondence - EMAIL REGARDING MOTHER, MYRIAM ROGERS | 3 |
| ☐ | 43 | 4/10/2020 | Faulty Document Notice | 1 |
| ☐ | 44 | 4/10/2020 | Faulty Document Notice | 1 |

Name: Myriam Zayas | DOB: 11/5/1980 | MRN: U2306528 | PCP: Unknown PCP

# Message Center

, MD

03/18/2020 09:00 AM

## RE: when i come for my appt next week?

Hi Myriam,

I am so sorry that you have had all of these issues recently.

Firstly I want to start by saying [redacted] I have openings today and would be happy to see you at any time that works for you. [redacted] If you have persistent shortness of breath, chest pain, palpitations, visual changes, weakness, or persistent headache please go to the emergency department. Please seek care immediately if your blood pressure is >160 systolic or >110 diastolic.

Regarding your toxicology screen it is difficult for me to interpret the results because I did not prescribe the labetalol and also do not know the timing of the toxicology screen and when/what medications you were taking. I acknowledge there have been case reports of false positive drug screens with labetalol use. The next steps would depend on timing of the toxicology screen and if the sample is still available. We can address this more if you come in to be seen.

Please call [redacted] to schedule an appointment.

Thank you,

[redacted], MD

This message is too old to be replied to.

----- Message -----

From:Myriam Zayas

Sent:3/17/2020 2:49 PM PDT

To:[redacted], MD

Subject:RE: when i come for my appt next week?

CPS TOOK MY 5 YEAR OLD AND I NEVER USED ANY DRUGS, THE MEDS YOU PRESCRIBED ME ARE THE REASON

----- Message -----

From:Office of [redacted], MD

Sent:3/17/2020 2:27 PM PDT

To:Myriam Zayas

Subject:RE: when i come for my appt next week?

From: Rita Marchuk <rita.marchuk@stopwa1.onmicrosoft.com>
To: Magee, Jamaal (DCYF) <jamaal.magee@dcyf.wa.gov>
Date: 4/1/2020 3:37:12 PM
Subject: Myriam Zayas
Attachments: zayas_mariam_cd eval 4-1-20.pdf

Hi there,

Here is the cd eval for Ms. Zayas.

Bes* wishes,

[redacted], CDPT
Program Counselor

Social Treatment Opportunity Programs
1019 West James Street, Suite 102
Kent, WA 98032
Phone: 253-234-1190
Fax: 253-859-0043
www.stopwa.com

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not an intended recipient of this message or if this message has been addressed to you in error, please immediately notify the sender and delete this message and any attachments. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.



# DEPARTMENT OF CHILDREN, YOUTH and FAMILIES

## INTAKE REPORT

**Intake Type:** CPS

**Intake Received:** 02/18/2020 6:26 AM
**Intake ID:** 4319255
**Case:** ZAYAS, MYRIAM (481288)

| | | |
|---|---|---|
| **Final Decision:** Screen Out<br>**Date of Alleged Maltreatment:** 02/18/2020 | **Response Time:** N/A | **Reason:** No specific CA/N allegation or Risk |

### INTAKE

**Intake Name:** Zayas, Myriam

| | |
|---|---|
| **ADDRESS**<br>27369 129TH PL SE Kent, WA 98030-8930<br>**Home:** (360) 602-1444 **Alt:** (206) 484-7102<br>**Mobile** (253) 208-4272 | **INCIDENT**<br>27369 129TH PL SE Kent, WA 98030-8930<br>**Phone:** (360) 602-1444 **Alt:** (206) 484-7102<br>**CELL:** (253) 208-4272 |

### ALLEGATIONS

| VICTIM | SUBJECT | SUBJECT RELATIONSHIP TO VICTIM | CA/N |
|---|---|---|---|
| [redacted] Zayas, [redacted] (101657902)<br>07/06/2014 5 years, 7 months | Zayas,Myriam (1227958)<br>11/05/1980 39 years, 3 months | Parent Birth/Adoptive | Negligent Treatment or Maltreatment |

### SCHOOL INFORMATION

| CHILD'S NAME | SCHOOL NAME | SCHOOL ADDRESS | PHONE NUMBER |
|---|---|---|---|
| [redacted] Zayas, [redacted] A(101657902) | Pine Tree Elementary School | 27825 118th SE Kent WA 98031-8778 | (253) 373-7687 |

### NARRATIVE - ALLEGATION/CONCERN

**Describe the nature and extent of the alleged maltreatment or concerns. Describe the surrounding circumstances accompanying the maltreatment or concerns.**

Allegations. The mother went AMA from the hospital due to not having anyone to care for her 5-year-old daughter. It was recommended that mother be admitted for postpartum pre-eclampsia. The mother had no caregivers for her daughter and did not want DCYF to take the child. The referrer believes that the child appeared healthy and well cared for.

Household Members:

PLAINTIFF'S EXHIBIT 02-18

Mother: Myriam Zayas
Child: [redacted] [redacted]-Zayas age 5:

The referrer is calling from MultiCare Covington Medical Center. The referrer stated that the mother and Amiya came into the emergency department at around 2430 this morning, 02/18/20. The mother left against medical advice at around 0630 hours.

The mother was diagnosed with postpartum pre-eclampsia. The mother's blood pressure was high. The mother had given birth on 02/09/20 to a baby girl. The child is with adoptive parents. The mother had pre-eclampsia at delivery. The referrer said that the medical staff was able to get the mother's blood pressure under control. However, it was recommended that mother be admitted to the hospital.

The mother signed the AMA because she had no caregiver for [redacted] There were several unsuccessful attempts to contact family members to help with [redacted] could not stay at the hospital.

The referrer said that the mother was aware that she should stay at the hospital but did not want [redacted] be placed in DCYF

PLAINTIFF'S EXHIBIT 419.2

Sent from my iPhone

> On May 11, 2020, at 12:39 PM, RCW 13.50.100 wrote:
>
> Good Afternoon ,
>
> I am thrilled to hear from you! I have been so worried about and am very happy to hear that she has landed in a safe place! I will happily send you some information about how to get her started using Microsoft Teams, which is how to have been sending out all of our learning activities. She will need computer access, so if you do not have a computer for her to use please let me know and I can work with district to get one. I schedule video calls with students every Friday, I would love to be able to work with again.
>
> Please note that she uses iReady for math and reading online activities, she also has a Teach Your Monster to Read account. I will provide you with the login information in a follow up email. Microsoft teams also includes all of the sight words she is working on.
>
> As for her achievements in the classroom, she had a very tough home life and was often in survival mode. We worked hard together for her to be able to communicate her needs and emotions. She was at grade level in both math and reading but did struggle to maintain focus, needing many reminders to complete her work. However, I do think it had a lot to do with what she was dealing with outside of school and lack of stability.
>
> The grade scale for the year means that teachers will be referring to student achievement prior to the closing of school, I will grade her based on where she was in early march. She will move to first grade next year, teachers will be adjusting to meet the needs of students, especially with our unique situation this year.
>
> Feel free to message me anytime, I want to assist 's growth as much as possible.
>
>
> RCW 13.50.100
> Kindergarten Teacher
> RCW 42.56.250(4)
>
>
>
> -----Original Message-----
> From: RCW 42.56.250(4)
> Sent: Monday, May 11, 2020 9:46 AM
> To: RCW 13.50.100
> Subject:
>
> Hello
>

The Plaintiffs rent is less than her light bill.

Exhibit 10-19
Your student was seen being
respectful, responsible and
safe during recess today.
Your student was seen being
respectful, responsible and
safe during recess today.



PLAINTIFF'S EXHIBIT 419

Sent from my iPhone

> On May 11, 2020, at 12:39 PM, RCW 13.50.100 wrote:
>
> Good Afternoon ,
>
> I am thrilled to hear from you! I have been so worried about and am very happy to hear that she has landed in a safe place! I will happily send you some information about how to get her started using Microsoft Teams, which is how to have been sending out all of our learning activities. She will need computer access, so if you do not have a computer for her to use please let me know and I can work with district to get one. I schedule video calls with students every Friday, I would love to be able to work with again.
>
> Please note that she uses iReady for math and reading online activities, she also has a Teach Your Monster to Read account. I will provide you with the login information in a follow up email. Microsoft teams also includes all of the sight words she is working on.
>
> As for her achievements in the classroom, she had a very tough home life and was often in survival mode. We worked hard together for her to be able to communicate her needs and emotions. She was at grade level in both math and reading but did struggle to maintain focus, needing many reminders to complete her work. However, I do think it had a lot to do with what she was dealing with outside of school and lack of stability.
>
> The grade scale for the year means that teachers will be referring to student achievement prior to the closing of school, I will grade her based on where she was in early march. She will move to first grade next year, teachers will be adjusting to meet the needs of students, especially with our unique situation this year.
>
> Feel free to message me anytime, I want to assist 's growth as much as possible.
>
>
> RCW 13.50.100
> Kindergarten Teacher
> RCW 42.56.250(4)
>
>
>
> -----Original Message-----
> From: RCW 42.56.250(4)
> Sent: Monday, May 11, 2020 9:46 AM
> To: RCW 13.50.100
> Subject:
>
> Hello
>

The Plaintiffs rent is less than her light bill.

1soatr106.p 05-4 Pine Tree Elementary 11/20/20 Page:1
05.20.10.00.00 Student Attendance History for 1900 to 9999 2:36 PM

Student: C[redacted] Zayas, A[redacted]
Guardian:

| Year | Grade | Entity | Absence Total | Member Days | Days Possible | Days Excused | Days UnExcused | Days Other | Periods Tardy | Date Updated | Time Updated | User Updated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | K2 | 166 | 15.00 | 124.00 | 124.00 | 10.00 | 5.00 | 0.00 | 4.00 | 06/18/2020 | 5:01 am | VASSAKAR000 |

************************ End of report ************************

Exhibit 11-20

es. Previous FP has also sat on her lap and rocks and that also seems to

ing virtual visits with her mother. Mother is requesting in-person visits and the
the placement and locating a visitation provider to make visits happen in person sooner

milk.

**ent a safety concern for the child or caregiver?** Yes

vant her child in CPS and has historically made threats of her child going to Texas to
ed new born sibling. Mother also activated the "Find MT iPad" function which
ereabouts of and Ms. Zayas has made threats of going to the home.
are serious concerns with the mother's mental health and the way she is presenting.
unicating on this case; in addition to her unaddressed substance issues.

**mmediate attention, or anything that the caregiver should know to make the**

on and the mother requests that she not participate in religious activities.

ATTACHMENTS

cement, there may be physical, emotional, medical, sexual, or other behavioral issues
dren, Youth, and Families worker is unaware of at this time. It is difficult to predict the
abused and/or neglected children, therefore **close supervision of the child is**
any questions about the care or supervision of this child, contact the assigned worker.

r state and federal law. It is shared with the child's caregiver for the benefit of the child
giver is prohibited by law from sharing this information with others unless the
who is responsible for the treatment or care of the child. This form and attachments
e of placement. As additional information is known, the Department of Children, Youth,
the caregiver.

RCW 42.56.250(4) FamLink Provider ID: RCW 42.56.250(4)

Date:

RCW 42.56.250(4) Zayas, Myriam - Final Search

Page 2





STATE OF WASHINGTON
**OFFICE OF THE FAMILY AND CHILDREN'S OMBUDS**
*6840 FORT DENT WAY, SUITE 125*
*TUKWILA, WA 98188*
*(206) 439-3870 • (800) 571-7321 • FAX (206) 439-3877*

January 15, 2021

Myriam Zayas
rentmefee@gmail.com

Dear Ms. Zayas:

I am writing in reference to your complaint that was received by our office on December 18, 2020. We in the Office of the Family and Children's Ombuds (OFCO) sincerely appreciate you taking time to contact us with your concerns regarding the Department of Children, Youth and Families (DCYF), Children and Family Welfare Services (CFWS).

Your complaint alleges that the DCYF CFWS did not notify you and obtain your consent prior to your daughter's enrollment in a private Christian school. After careful review of the information you provided and the agency records, we substantiated this allegation. Agency rules require that a foster parent must be sensitive to a child's religion or spiritual practices. A foster parent may not require any child to participate in practices against their beliefs. Additionally, state law provides that parental authority is appropriate in areas that are not connected with the abuse or neglect that resulted in the dependency. I contacted the area administrator, and supervisor about the concerns you raised and am now satisfied that the Department is working with you to establish an academic plan for your daughter.

Although we are closing your complaint, please be assured that we have documented the issues you've raised concerning parental rights and will include them in our annual report to the Governor and to the Legislature.

Again, thank you for taking the time to contact us, and please do not hesitate to contact us again if we can be of assistance to you.

Sincerely,

Director

# State of Washington Secure Email Portal

This message will expire after February 19, 2021 6:39:34 PM, PST

**From:** "Founded Findings (DCYF)" <dcyf.foundedfindings@dcyf.wa.gov>
**To:** "amiya.angel@hotmail.com" <amiya.angel@hotmail.com>
**Cc:** "Founded Findings (DCYF)" <dcyf.foundedfindings@dcyf.wa.gov>
**Subject:** DCYF Request for Review and Records [secure]
**Sent:** January 20, 2021 6:39:27 PM, PST
**Importance:** High
**Attachments:** Request for Certificate of Parental Improvement.docx (52.4kB)
Zayas, Myriam Request for Records 17-041A.docx (64.9kB)
All: attachments.zip

Hello Myrian,

Thank you for speaking with me today. As discussed, I researched whether you had any founded findings and have included the information for you below.

It appears there are two, one from 2001 and 2009. It appears you may have received a certified letter for the one in 2009 but I don't know if you received it for the one in 2001.
Intake # 2105426 (9/8/09) Assessment ID 71783037 Completed 10/7/2009 (Puyallup)
Intake ID's 1232742, 1218936, 1206127, 1181549 are all related to Founded Finding, Assessment ID: 31569701 - Completed 2001

Attached is the public disclosure form with instructions if you would like a copy of your investigative reports. I have added the case # and Intakes for the investigations. Please fill out the rest of the attached form and send by fax or email to the Public Disclosure Unit along with a copy of your identification:

Public Disclosure Email: DCYF.PublicDisclosure@dcyf.wa.gov
Public Disclosure Fax: (360) 407-5571
Public Disclosure Intake Line: (360) 407-5520

***The information shared is confidential under chapter RCW 13.50.100 and 42.56.230(2) and can only be released outside DSHS as authorized by those laws.***

The link to the Office of Administrative Hearings is here: http://www.oah.wa.gov/

The link to the Northwest Justice Project is here: https://nwjustice.org/home

You may also be eligible for a Certificate of Parental Improvement (CPI). A CPI removes a barrier for individuals with a founded finding of child abuse or neglect made by DCYF or a Washington state court under RCW 13.34.030(6)(b) when they apply to work in an assisted living facility or nursing home, provide long-term care services, or seek unsupervised access under a DCYF program. You may request a CPI by filling out the attached form and sending it by email to: dcyf.cpi@dcyf.wa.gov or mailing it to: CPI PO Box 40993 Olympia, WA 98504. If you have questions you may call the CPI unit at 1-800-998-3898, option 8. You may also find more information about this program at the following link: https://www.dcyf.wa.gov/safety/can-founded-findings/cpi.

Thank you,

Sincerely,

[redacted]

[redacted] LICSW | **Provider Supports Compliance Manager**
Eligibility and Provider Supports Division
[redacted]

Washington State Department of
CHILDREN, YOUTH & FAMILIES

PLAINTIFF'S EXHIBIT
01-20

NOTICE: This communication may contain confidential information. If you have received this e-mail or attachment in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing its contents. Thank you.

ASFA 2

**Washington**

In order to be eligible for State-funded adoption assistance a child must be a special needs child as defined below, is in state funded foster care, or likely to be placed in foster care.

- Six years of age or older at the time of adoption
- Minority ethnic or racial background. State discrimination
- Member of a sibling group of three or more; or if a sibling group of two, at least one sibling has a disability or meets the special needs criteria
- Was previously adopted and eligible for Title IV-E reimbursement
- Diagnosed with a physical, mental, developmental, cognitive or emotional disability.
- At risk for a diagnosis a physical, emotional, or disabling condition

**West Virginia**

In order to be eligible for State-funded adoption assistance a child must be a special needs child as defined below, legally free for adoption, and a dependent of the Department of Health and Human Resources in the custody of the state of West Virginia or a child welfare agency licensed to place children for adoption in West Virginia.

- Eight years of age and older and under the age of eighteen
- Member of a racial or ethnic minority
- Member of a sibling group needing placement together
- An emotional, physical, mental or medical disability

**Wisconsin**

In order to be eligible for State-funded adoption assistance a child must be a special needs child as defined below and legally free for adoption. If the child is an American Indian, adoption procedures shall be in accordance with 25 USC 1901-1963 as outlined in Administrative Code, Department of Children and Families 54.05 (http://docs.legis.wisconsin.gov/code/admin_code/dcf/021_099/54/05/2).

- Ten years of age or older (if age is the only factor in determining eligibility)
- Member of a minority race and children of that minority race cannot be readily placed due to a lack of appropriate placement resources
- Member of a sibling group of three or more children
- For an adoption assistance agreement entered into **before July 1, 2011,** child exhibits special need characteristics judged to be moderate or intensive under the schedule of difficulty-of-care levels specified in s.DCF 50.12(3) (http://docs.legis.wisconsin.gov/code/admin_code/dcf/021_099/50/12/3)
- For an adoption assistance agreement entered into **on or after July 1, 2011,** child exhibits five or more needs identified as moderate or intensive in the areas listed in s.DCF 56.23(2)(a)1.a. to e., in the rate schedule under s.DCF 56.23(2) (a) (http://docs.legis.wisconsin.gov/code/admin_code/dcf/021_099/56/23/2)
- At high risk of developing a moderate or intensive level of special needs as outlined above and based on any of the following:
  - Either or both of the child's birth parents have a documented medical diagnosis or medical history that could later result in moderate or intensive level of special care needs as described above
  - Documented evidence in medical or hospital records that the child's birth mother received inappropriate prenatal care that could later result in moderate or intensive level of special care needs as described above
  - Documented evidence in medical, hospital, law enforcement, or court records that the birth mother used harmful drugs or alcohol during pregnancy which could later result in the child developing a moderate or intensive level of special care needs as described above.
  - The child has experienced 4 or more placements with extended family or in foster homes that could affect the normal attachment process
  - The child experienced neglect in the first 3 years of life or sustained physical injury or physical disease that could have a long-term effect on physical, emotional, or intellectual development

**Wyoming**

In order to be eligible for State-funded adoption assistance a child must be a special needs child as defined below:

PLAINTIFF'S EXHIBIT
03/7

3.10 **Restraining Order:**

☐ The court signed a separate restraining order on this date.

☐ The restraining order entered pursuant to RCW 26.44.063 is incorporated into this order.

Placement of the child with ____________________ is contingent on continued compliance with the terms of this restraining order. Failure to comply with any and all terms of this order may result in removal of the child.

The person having physical custody of the child has an affirmative duty to assist in the enforcement of this restraining order and to notify law enforcement, DCYF, and the court as necessary to request assistance and/or report violations of the order.

3.11 **Child's Indian Status:**

Any party who subsequently receives information that provides a reason to know the child is an Indian child under 25 C.F.R. § 23.107 shall inform the court.

3.12 All parties shall appear at the next scheduled hearing (see page one).

3.13 Other:

☐ The child shall remain in court-ordered placement and comply with all rules of placement. Failure to comply may result in a finding of contempt and sanctions.

Dated: MAR 17 2020

Commissioner
Ann Danieli

Presented by:
[REDACTED]

Assistant Attorney General
WSBA # [REDACTED]

Copy Received. Approved for entry, notice of presentation waived.

Signature of Child

☐ Signature of Child's Lawyer

Print Name WSBA No.

☐ Signature of Mother
☐ Pro Se, Advised of Right to Counsel

[REDACTED]
☐ Signature of Mother's Lawyer

[REDACTED] [REDACTED]
Print Name WSBA No.

## Diversity in the Legal Profession

**48. Please briefly describe your understanding of the issue of "diversity within the legal profession."**

The people that work in the legal profession should be representative of the society they serve. We must strive to promote and encourage people of all races, religions or sexual orientations to fully participate at all levels. Diversity also includes those who come into the system should have equal treatment and access to justice be they minority, disabled, poor, gay, lesbian, bisexual or transgender.

## References

**It is useful for evaluators to speak with attorneys and non-attorneys who are familiar with you. One or more participants in the evaluation process may contact each of your references. All telephone numbers should be current and legible. If a reference is unreachable, your rating/evaluation may be delayed.** Please use a separate piece of paper for each list. **You may contact references in advance if you so desire. Individuals not listed by you as a reference may be contacted to obtain information about you.**

**49. If you have been in practice within the past fifteen years, list the names and phone numbers of ten opposing counsels who know you best, including at least three opposing counsels on cases that went to trial.**

**50. If you have been a judge or otherwise have served as a neutral decision-maker within the past fifteen years, please list the names and phone numbers of the last ten attorneys who have appeared before you.**

**51. List the names and phone numbers of up to six non-attorney references whose opinions or observations – particularly with respect to your commitment to improving access to the judicial system for indigent populations, people of color, and disenfranchised communities – would assist in the consideration of your application.**

**52. For the last five trials in which you participated (whether as trial lawyer or decision-maker), list as appropriate the following for each: case name, subject matter, Court, judge (w/ phone number), and opposing counsel or counsel appearing before you (w/ phone number).**

**53. List the names and phone numbers of ten additional attorneys familiar with your professional qualifications, skills, experience or attributes.**

## Certification

**54.**

**By signing below, I declare under penalty of perjury under the laws of the State of Washington that the information provided by me in responding to this questionnaire is true and correct to the best of my knowledge.**

**Date:** 6/21/2008 **Signature:** [signature]

RECEIVED
2009 JAN 20 PM 3:56

**Ann E. Danieli**

Dear King County Council,

I would be truly honored to serve as King County District Court Judge. I am, therefore, pleased to submit my application for the appointment.

I currently serve as a Judge Pro Tem for King County Superior, District and Municipal Courts. During my time on the bench, I have worked hard to earn a reputation for being a highly respected, reliable and efficient Judge with sound legal judgment, common sense and a strong sense of fairness.

I have been rated as **"Exceptionally Well Qualified"** by the **King County Bar Association, the Loren Miller Bar Association** and the **Latina/o Bar Association.** In addition, I received the highest approval rating of any Judge in Seattle Municipal Court in the **2005 Judicial Evaluation Survey** conducted by the King County Bar Association.

In addition to my judicial experience I have 26 years of practice as an attorney. I served as a King County Prosecutor and Public Defender. I have litigated civil matters and worked as a manager and supervisor. I have also volunteered my time to help our community and I have sat on many Court Operations committees.

In short, I hope you will seriously consider my application. I assure you that if appointed I will serve the Court with fairness, integrity and with a deep commitment to justice

Very Truly Yours,

Ann E. Danieli



Denver Lab
CLIA # 06D0982654
1701 Chambers Rd, Unit J
Aurora, CO 80011
855-895-8090

Long Island Lab
CLIA # 33D1103254
789 Park Avenue
Huntington, NY 11743
855-895-8090

Tacoma Lab
CLIA # 50D0891660
2617 East L Street
Tacoma, WA 98421
855-895-8090

Worcester Lab
CLIA # 22D0928629
415 Main Street, 4th Floor
Worcester, MA 01608
855-895-8090

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:** 11/15/1980
**Specimen ID:** 159857965
**Reference #:** 8989006
**Requested By:**

**Agency:** CA REGION 4-DSHS-#01109
**Sub-Agency:** CA R4 - KING SOUTH EAST

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 3/11/2020 None Provided
**Received:** 3/12/2020 09:31 AM
**Reported:** 3/13/2020 12:18 PM
**External ID:** NA
**Patient ID:** 481288

**MEDICATIONS:**

**Additional Information**

**Donor ID:** 481288
**Collection Site:** CA - STOP - KENT

**NAME:** KELSEY OWENS
**Title:** Social Worker

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ECSTASY (MDMA) | | | | | |
| MDMA Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 106.5 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 5.5 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 7 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Cordant Health Solutions - Tacoma Lab, 2617 E L St Ste A, Tacoma, WA 98421. CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions™ does not verify provided medication history. The treating provider must make all clinical decisions, and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant does not assume any responsibility for patient outcomes based upon this information.

Tests were developed and performance characteristics determined by Cordant Health Solutions™. The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research.

*Irene Shu, Ph.D., DABCC (CC,TC), F-ABFT*

*** END OF REPORT ***

Cordant Health Solutions™

Denver Lab
CLIA # 06D0982654
1701 Chambers Rd, Unit J
Aurora, CO 80011
866-895-8090

Long Island Lab
CLIA # 33D1108254
789 Park Avenue
Huntington, NY 11743
866-895-8090

Tacoma Lab
CLIA # 50D0891660
2617 East L Street
Tacoma, WA 98421
866-895-8090

Worcester Lab
CLIA # 22D0928629
415 Main Street, 4th Floor
Worcester, MA 01608
855-895-8090

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:** 11/5/1980
**Specimen ID:** 159914281
**Reference #:** 8999335
**Requested By:**

**Agency:** CA REGION 4-DSHS-#01109
**Sub-Agency:** CA R4 - KING SOUTH EAST

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 3/24/2020 None Provided
**Received:** 3/25/2020 09:42 AM
**Reported:** 3/26/2020 10:26 AM
**External ID:** NA
**Patient ID:** 481288

**MEDICATIONS:**

**Additional Information**

**Collection Site:** CA - STOP - KENT
**NAME:** KELSEY OWENS
**Title:** Social Worker

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ECSTASY (MDMA) | | | | | |
| MDMA Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 91.7 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 8.1 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 13 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Cordant Health Solutions - Tacoma Lab, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions™ does not verify provided medication history. The treating provider must make all clinical decisions, and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant does not assume any responsibility for patient outcomes based upon this information.

Tests were developed and performance characteristics determined by Cordant Health Solutions™. The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research.

*Irene Shu, Ph.D., DABCC (CC,TC), F-ABFT*

*** END OF REPORT ***

Cordant
Health Solutions™

Denver Lab
CLIA # 06D0982554
1701 Chambers Rd, Unit J
Aurora, CO 80011
855-895-8090

Long Island Lab
CLIA # 33D1103254
789 Park Avenue
Huntington, NY 11743
855-895-8090

Tacoma Lab
CLIA # 50D0891660
2617 East L Street
Tacoma, WA 98421
855-895-8090

Worcester Lab
CLIA # 22D0928629
415 Main Street, 4th Floor
Worcester, MA 01608
855-895-8090

## Specimen Information

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 159924739
**Reference #:** 108575561
**Requested By:**

**Agency:** STOP
**Sub-Agency:** STOP - KENT

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 3/27/2020 01:23 PM
**Received:** 3/31/2020 02:14 PM
**Reported:** 4/1/2020 12:09 PM
**External ID:** NA
**Patient ID:** 4613342

**MEDICATIONS:**

## Additional Information

**NAME:** RM
**Title:** Counselor

## Specimen Final Outcome - Screen and Confirmation Results

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BARBITURATES | | | | | |
| Barbiturates Screen | | NEGATIVE | EIA | 200 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 20 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ECSTASY (MDMA) | | | | | |
| MDMA Screen | | NEGATIVE | EIA | 500 ng/mL | |
| ETG ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

## Validity Testing

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 125.6 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 6.8 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 26 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

## Additional Comments

Testing performed at Cordant Health Solutions - Tacoma Lab, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions™ does not verify provided medication history. The treating provider must make all clinical decisions, and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant does not assume any responsibility for patient outcomes based upon this information.

Tests were developed and performance characteristics determined by Cordant Health Solutions™. The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research.

*Irene Shu, Ph.D., DABCC (CC,TC), F-ABFT*

*** END OF REPORT ***

Cordant Health Solutions™

Denver Lab
CLIA # 06D0982654
1701 Chambers Rd, Unit J
Aurora, CO 80011
855-895-8090

Long Island Lab
CLIA # 33D1103254
789 Park Avenue
Huntington, NY 11743
855-895-8090

Tacoma Lab
CLIA # 50D0891660
2617 East L Street
Tacoma, WA 98421
855-895-8090

Worcester Lab
CLIA # 22D0928629
415 Main Street, 4th Floor
Worcester, MA 01608
855-895-8090

**Specimen Information**

**Donor Name:** MARIAM ZAYAS
**DOB:**
**Specimen ID:** 159961890
**Reference #:** 108727034
**Requested By:**

**Agency:** STOP
**Sub-Agency:** STOP - KENT

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 4/16/2020 10:03 AM
**Received:** 4/17/2020 03:49 PM
**Reported:** 4/18/2020 11:25 AM
**External ID:** NA
**Patient ID:** 4632882

**MEDICATIONS:** Quetiapine

**Additional Information**

**NAME:** RJG **Title:** Counselor

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BARBITURATES | | | | | |
| Barbiturates Screen | | NEGATIVE | EIA | 200 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 20 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ECSTASY (MDMA) | | | | | |
| MDMA Screen | | NEGATIVE | EIA | 500 ng/mL | |
| ETHANOL | | | | | |
| Ethanol Screen | | NEGATIVE | EIA | 20 mg/dL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 117.5 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 4.9 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 27 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Cordant Health Solutions - Tacoma Lab, 2617 E L St Ste A, Tacoma, WA 98421. CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions™ does not verify provided medication history. The treating provider must make all clinical decisions, and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant does not assume any responsibility for patient outcomes based upon this information.

Tests were developed and performance characteristics determined by Cordant Health Solutions™. The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research.

*Irene Shu, Ph.D., DABCC (CC,TC), F-ABFT*

***** END OF REPORT *****

Cordant Health Solutions™

Denver Lab
CLIA # 06D0982654
1701 Chambers Rd, Unit J
Aurora, CO 80011
855-895-8090

Long Island Lab
CLIA # 33D1103254
789 Park Avenue
Huntington, NY 11743
855-895-8090

Tacoma Lab
CLIA # 50D0891660
2617 East L Street
Tacoma, WA 98421
855-895-8090

Worcester Lab
CLIA # 22D0928629
415 Main Street, 4th Floor
Worcester, MA 01608
855-895-8090

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 159984422
**Reference #:** 108727006
**Requested By:**

**Agency:** STOP
**Sub-Agency:** STOP - KENT

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 4/23/2020 04:29 PM
**Received:** 4/28/2020 02:50 PM
**Reported:** 5/6/2020 08:37 AM
**External ID:** NA
**Patient ID:** 4613342

**MEDICATIONS:**

**Additional Information**

**NAME:** RJG **Title:** Counselor

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BARBITURATES | | | | | |
| Barbiturates Screen | | NEGATIVE | EIA | 200 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 20 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ECSTASY (MDMA) | | | | | |
| MDMA Screen | | NEGATIVE | EIA | 500 ng/mL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 0.6 mg/dL | **INVALID** | Colorimetric | >= 20 mg/dL | |
| Specific Gravity | 1.0066 | **INVALID** | Refractometry | 1.003 - 1.019 | |
| pH | 3.1 | **ADULTERATED** | pH Meter | 4.5 - 8.9 | |
| Nitrite | 28 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Cordant Health Solutions - Tacoma Lab, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions™ does not verify provided medication history. The treating provider must make all clinical decisions, and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant does not assume any responsibility for patient outcomes based upon this information.

Tests were developed and performance characteristics determined by Cordant Health Solutions™. The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research.

*Irene Shu, Ph.D., DABCC (CC,TC), F-ABFT*

****** END OF REPORT ******

Cordant
Health Solutions™

Denver Lab
CLIA # 06D0982664
1701 Chambers Rd, Unit J
Aurora, CO 80011
855-895-8090

Long Island Lab
CLIA # 33D1108254
789 Park Avenue
Huntington, NY 11743
855-895-8090

Tacoma Lab
CLIA # 50D0891660
2617 East L Street
Tacoma, WA 98421
855-895-8090

Worcester Lab
CLIA # 22D0928629
415 Main Street, 4th Floor
Worcester, MA 01608
855-895-8090

**Specimen Information**

**Donor Name:** MYRIAM ZAYAS
**DOB:**
**Specimen ID:** 160458185
**Reference #:** 108904360
**Requested By:**

**Agency:** STOP
**Sub-Agency:** STOP - KENT

**Test Reason:**
**Type (Matrix):** Urine
**Collected By:**
**Collected:** 9/17/2020 None Provided
**Received:** 9/21/2020 10:02 AM
**Reported:** 9/22/2020 01:48 PM
**External ID:** NA
**Patient ID:** 4613342

**MEDICATIONS:** Quetiapine

**Additional Information**

**NAME:** MM **Title:** Counselor

**Specimen Final Outcome - Screen and Confirmation Results**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| AMPHETAMINES | | | | | |
| Amphetamine Screen | | NEGATIVE | EIA | 1000 ng/mL | |
| BARBITURATES | | | | | |
| Barbiturates Screen | | NEGATIVE | EIA | 200 ng/mL | |
| BENZODIAZEPINES | | | | | |
| Benzodiazepines Screen | | NEGATIVE | EIA | 200 ng/mL | |
| OPIATES | | | | | |
| Opiates Screen | | NEGATIVE | EIA | 300 ng/mL | |
| OXYCODONE | | | | | |
| Oxycodone Screen | | NEGATIVE | EIA | 100 ng/mL | |
| CANNABINOIDS (THC) | | | | | |
| Cannabinoids Screen | - | NEGATIVE | EIA | 20 ng/mL | |
| COCAINE | | | | | |
| Cocaine Screen | | NEGATIVE | EIA | 300 ng/mL | |
| ECSTASY (MDMA) | | | | | |
| MDMA Screen | | NEGATIVE | EIA | 500 ng/mL | |
| ETG/ETS | | | | | |
| Ethyl glucuronide Screen | | NEGATIVE | EIA | 500 ng/mL | |

**Validity Testing**

| Test | Result | Outcome | Method | Cutoff | Notes |
|---|---|---|---|---|---|
| Creatinine | 86.2 mg/dL | NORMAL | Colorimetric | >= 20 mg/dL | |
| pH | 8.7 | NORMAL | Colorimetric | 4.5 - 8.9 | |
| Nitrite | 19 mcg/mL | NORMAL | Colorimetric | 500 mcg/mL | |

**Additional Comments**

Testing performed at Cordant Health Solutions - Tacoma Lab, 2617 E L St Ste A, Tacoma, WA 98421, CLIA # 50D0891660

Key Summary comments and notations do not represent a diagnosis and are for informational purposes only. Consistency determinations are based solely on the medication history provided with each specimen. Cordant Health Solutions™ does not verify provided medication history. The treating provider must make all clinical decisions, and the provider is responsible for the interpretation of this data for the treatment of the individual patient's medical condition. Cordant does not assume any responsibility for patient outcomes based upon this information.

Tests were developed and performance characteristics determined by Cordant Health Solutions™. The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research.

*Irene Shu, Ph.D., DABCC (CC,TC), F-ABFT*

**** END OF REPORT ****




Exhibit [redacted] 419

Remind Updates: This is the thread for Remind messages from Erin Boyett. You can save this number to your contacts.

Text @LEAVE to unsubscribe.

Erin Boyett: Welcome! My name is Erin Boyett, I will be your child's kindergarten teacher. We will be holding Wakids conferences Thursday August 29th, Friday August 30th and Tuesday September 3rd. Does one of those days work better for you?

[redacted] · Aug 22, 2019

Friday the 30th after 330

Aug 23, 2019

Erin Boyett: I have a 3:30 slot available

Erin Boyett: Actually let's push it to 4:00

(419) [redacted] g 23, 2019

Awesome

Perfect

I dont think [redacted] ould ever have access to sharpee markers but we will talk at the meeting it was on the supplies list.

Aug 23, 2019

Erin Boyett: Here is our list for Pine Tree kindergarteners, we definitely agree with our young kiddos not having access to sharpies and don't require they bring any in with their supplies. Thank you for voicing your concern.



419)

KING COUNTY SUPERIOR COURT L ZAYAS

Aug 2_, 2019

Erin Boyett: Here is our list for Pine Tree kindergarteners, we definitely agree with our young kiddos not having access to sharpies and don't require they bring any in with their supplies. Thank you for voicing your concern. rmd.me/Z1c9c4grE5l

(419) Aug 23, 2019

Mrs. Boyett's Kind: If you need to reschedule your time, please contact me ASAP! Thank you rmd.me/ylZJAqhiFmB
-
Tap the link above to view attachment

(419) Aug 28, 2019

Mrs. Boyett's Kind: Kindergarten will begin September 4th
-
Text back to reply

(419) Aug 29, 2019

Mrs. Boyett's Kind: If you are picking up your child, I need to know if you will be walking or driving. rmd.me/FlQtepUw0fK
-
Text back to reply

Mrs. Boyett's Kind: It is very important that you stick with your pick up decision and keep me informed so I can get your child home safely each day

(419 Aug 30, 2019

She prefers daycare so she can have afternoon snack so we will go with that. Thank you.

Aug 30, 2019

Erin Boyett: Hello, she had a wonderful first day. Amiya was a little grumpy by the end of the day but we were able to talk it out. It'll just take awhile for her to adjust.

Mrs. Boyett's Kind: We had a wonderful first day! Thank you for sharing your sweet little ones with me, I'm looking forward to a great year together!

Sep 4, 2019

(419█

Erin Boyett: Hi Myriam, ██ had a much more challenging day today. She had a meltdown right before lunch time and I was able to talk it out with her to figure out why she was angry. At the end of music class, she had another meltdown and was screaming when I arrived to pick up the class. She told me, she didn't know why she was mad, so I am guessing she is just overly tired. I just wanted to keep you informed, we will keep working on adjusting to the new schedule.

Sep 5, 2019

(419█

She was extremely tired and not used to not being able to take a nap she usually takes a 2-hour nap a day

Keeping her up all day is killing her I can see it she's so tiny and can't handle it

Her appetite is not big enough to handle the energy she needs to stay up all day she doesn't eat enough food and she's too small she needs to have a nap

She doesn't eat as much as most kids do which doesn't benefit her at all I don't try to force it but when she doesn't get enough food or enough sleep which is now that she has no afternoon nap everyday she doesn't get enough sleep

I knew this would happen she has to have a nap or she will freak out

Poor thing

appetite since her belly is very small which limits her energy and food intake I don't know how else to explain it except like that

Sep 5, 2019

Can i pick her up today?

Ok i will take that as a no

Sep 6, 2019

Erin Boyett: has had such a wonderful day so far today, we have worked together to be very proactive. I know she will be able to make the adjustment to full day kindergarten over time, don't stress about it, we are patient with our kinders. You absolutely welcome to pick her up, I will have her with me in the parent pick up area, you will see the line of cars.

(419 Sep 6, 2019

Ok omw

Blue g6 dont know if u will c me

Sep 6, 2019

She prefers being picked up with the van so i will not be picking her up from school she can go with the daycare

Sep 9, 2019

Mrs. Boyett's Kind: Parents who pick up, your child MUST say goodbye to me at the end of the day so I ensure they get home safely.

-

Text back to reply

come talk to us about why fire safety is so important. The kids did great!

(419) 482-1194 · Sep 10, 2019

ok i will tell her

Sep 10, 2019

Mrs. Boyett's Kind: Just a reminder, today is early release. School dismisses at 1:55pm.
-
Text back to reply

(419) 482-1194 · Sep 11, 2019

I hope which ever kid thought it was funny to jump over my daughter because she is small is punished

Sep 12, 2019

Mrs. Boyett's Kind: Open House is tomorrow from 5:30- 7:00pm. I hope to see you all here!
-
Text back to reply

(419) 482-1194 · Sep 16, 2019

Hopefully [redacted] was able to retrieve her jacket from the lost and found today? She prob showed up without one because i assumed she left one at her daycare and i was wrong

Sep 16, 2019

Erin Boyett: She arrived with a zip up sweatshirt on and has the jacket that was left Friday

(419) 482-1194 · Sep 16, 2019

Sep 16, 2019

I need to buy amiya some more long sleeve shirts this week i apologize for her summer dresses with no sleeves we are going clothing shopping tomorrow.

Sep 17, 2019

Mrs. Boyett's Kind: Red Folders are coming home today, please be sure to check them! Don't forget we dismiss at 1:55 this afternoon.
-
Text back to reply

Mrs. Boyett's Kind: Please be sure to write your child's name in their jacket. Our lost and found is filling up very quickly!
-
Text back to reply

(419) 482-1194 • Sep 18, 2019

Erin Boyett: I will speak with the principal about this issue, teachers are not on the playground during lunch or afternoon recess, the office staff attend recess with the children. There are cameras on the playground and we will review the footage.

I tell all children to stay away from anyone who is mean to them and to seek out adult help. The safety of all students is a priority to us.

(419) 482-1194 • Sep 19, 2019

Mrs. Boyett's Kind: We are starting our apple unit. We need green and yellow apples, please let me know if you can donate. Thank you!
-
Text back to reply

Sep 23, 2019

Shoot i forgot the apples!!

Please tell amiya i love her and im sorry i was upset with her for losing her brand new coat at school

If someone does find it can they give it to her so she can put it in her backpack? Thank you

Every day she tells me how tired she is when i have my leave for the baby i plan on keeping her home she is not getting enough food for her weight in between meals its unhealthy she is wearing herself out and shouldnt have to because the school doesnt have naptime she is too small to not be able to rest or eat between long days

Sep 24, 2019

said they keep giving her milk at school she cannot drink cows milk please make sure they know this no doctors note needed cows milk is only for cows

Hope you got all the apples

Sep 25, 2019

Morgan is her name. A girl said she pulls her around and hits her not sure if she is telling the truth or what but thought id tell you so you can keep an eye.

Sep 26, 2019

Erin Boyett: fall conference is scheduled for Tuesday, October 22nd at 8:55am. If this doesn't work please call the main office to reschedule.



COUNTY SUPERIOR COURT  ZAYAS

8:55am. If this doesnt work please call the main office to reschedule.

(419) 482-1194 • Sep 26, 2019

woke up at 4am extremely tired id like to pick her up if i could from class today? Can you keep her with you and not send her to daycare? Thank you

7am would be better or 4pm any day

Sep 27, 2019

https://m.youtube.com/watch?feature=youtu.be&v=h3c_D0s391Q

Oct 1, 2019

Mrs. Boyett's Kind: Our class will have a substitute teacher Friday. Please talk with your kiddo about good behavior while I am gone. I will return Monday.

(419) 482-1194 • Oct 1, 2019

She is likely starving and tired up at 5am

Oct 1, 2019

She has left every single coat she owns at school we have absolutely no coats at home.

Oct 2, 2019

leeps every day from 410pm to 5am she does not stay awake after class at all. By the time she gets home she is so angry and tired that she goes right to sleep. I told her she is allowed to ask for a nap and i know she probably is not eating lunch at all unless it is cake. The nurse left me a vm about her concern 4 her sleep believe me im concerned too all she does is sleep when she gets home



about her concern 4 her sleep believe me im concerned too all she does is sleep when she gets home

Oct 3, 2019

Erin Boyett: [redacted]onference will be Monday October 21st at 4:15pm

(419) 482-1194 · Oct 7, 2019

So cool yes!!!

Oct 7, 2019

Mrs. Boyett's Kind: Lost and Found is overflowing! Please be sure to check to see if your child has items waiting for them.
-
Text back to reply

(419) 482-1194 · Oct 7, 2019

Mrs. Boyett's Kind: Soon we will be doing a rock painting project, please help us collect rocks. They should be no bigger than the palm of your hand.

Mrs. Boyett's Kind: Our class loved having fresh apples for snack. If you would like to send in some fresh fruit or veggies for snack, the kids would love it!

(419) 482-1194 · Oct 14, 2019

[redacted]pink jacket possibly still in lost and found! 😄

I keep telling her to pick up she may even have left blue and pink jacket can bring veggies wednesday no problem!

Oct 14, 2019

Can you remind amiya to get her jackets out of lost and found



grandfather who was in vietnam army 25 years of service

For veterans assembly

Oct 18, 2019

did not want to keep you waiting can we reschedule im atill at doctors

Oct 21, 2019

Erin Boyett: My open times are very limited, would you like to schedule a phone conference?

Erin Boyett: Or I can send the paperwork home with Amiya and you can message me with any questions or concerns you may have.

Erin Boyett: She is doing quite well in class, she has really made progress since the first week of school continues to work on appropriate ways to express her thoughts and feelings and I am very proud of her hard work. She can be a great helper in class and that opportunity motivates her to stay on task. I am excited to see how much progress she makes this school year!



4[redacted]4 KING COUNTY SUPERIOR COURT [redacted]AYAS [redacted]

Erin Boyett: What was Amiya's grandfather's name? For our Veteran's Day PP?

(419) 482-1194 · Oct 23, 2019

Benjiman zayas

Benjiman L Zayas served in vietnam

Retired after 25 years

By the way I just wanted to thank you for being a [redacted] teacher and I know you put up with a lot having that many kids and I know it's stressful. I hope that people are grateful to you I know I am thanks again.

Oct 24, 2019

[redacted] running a fever of 101.4 so will be resting today she said Freedom may be sick as well, just fyi.

Oct 30, 2019

Erin Boyett: Thank you for letting me know, I hope she feels better soon. Amiya needs to be fever free for 24 hours without the use of medication before she returns to school.

(419) 482-1194 · Oct 30, 2019

ok she really wants to do the halloween thing but if not can she wear her costume on friday?

just an elsa dress

we dont ever use tylenol. just cold wash cloth and rest.

Oct 30, 2019

Oct 30, 2019

Erin Boyett: That is correct

(419) 482-1194 · Oct 30, 2019

i think the government wrote the bible myself i just find it shocking schools run by the government would do away with their own religion yet welcome and allow everyone elses lol. no biggie ill let you teach sorry to bother you!

Oct 30, 2019

Mrs. Boyett's Kind: Please be sure to check your child's folder today rmd.me/wHCIAka6SPM
-
Tap the link above to view attachment

(419) 482-1194 · Oct 30, 2019

Some girl named Fyeeza pulled [redacted] pigtail almost all the way out i guess she kept doing it over and over even though amiya told her to stop. She said you werent there when i asked why the teacher didnt ask what happened to your hair. Just FYI

Nov 7, 2019

amiya would like me to pick her up from school instead of going into the daycare van just fyi i will be at the parent pick up

Nov 12, 2019

Erin Boyett: Will this be everyday or just for today?

(419) 482-1194 · Nov 12, 2019

so from now on I will yes until she gets mad at me for doing it. lol

Nov 12, 2019

Erin Boyett: okay, thank you

(419) 482-1194 · Nov 12, 2019

Mrs. Boyett's Kind: Don't forget to wear red, white and blue for our Veteran's Day assembly today!

-

Text back to reply

(419) 482-1194 · Nov 13, 2019

we dont have many options as far as wardrobe sorry but she has blue

Nov 13, 2019

Mrs. Boyett's Kind: With the changing weather, the class has been using lots of Kleenex. We are running low, if you able to donate some we would appreciate it!

(419) 482-1194 · Nov 14, 2019

I didnt realize does amiya have to change classes completely if she takes the daycare van? Wanted to see if she could try being picked up by the van this week instead of parent pick up. I spoke to the daycare and they said they would keep an eye on her being bullied. See how this works some of the boys on the van were punching her, she said.

Nov 18, 2019

Erin Boyett: We will send her to daycare this week. She just switches classes for the last 5 minutes of the day, as my teammate dismisses all of the school bus and daycare students. The switch allows us to ensure that our kinders always have supervision by a teacher who knows them.

I will be in tomorrow before class to speak with the principal she has been bullied by this girl since day one and nobody is doing anything about it.

That girl grabbed my daughters hair again today this is going to stop i am going to stop it.

Nov 18, 2019

Eli calling [redacted] Stupid and Dummy kicking the back of her desk.

Nov 22, 2019

Eli is calling [redacted] ugly and she was crying so bad she does not want to come back to school and i almost dont mind keeping her home if she feels that horrible about that boy who is bullying her

I was bullied as a child so much i dropped out in the 6th grade and turned to prostitution.I cant let her get bullied.

Nov 25, 2019

Erin Boyett: I will speak with both children, however she child she is referring to isn't a student in our class and doesn't go out to recess with my students so I'm not even sure where they would be interacting.

Erin Boyett: [redacted]d have a tough day, she didn't want to participate in any assignments or activities today. Her response to any direction was to scream or say no and try to hide.

There is a cold going around the class and many of the kids have been out of it today so I figured she just didn't feel good.

She hasn't mentioned any students to me and I've been keeping a close eye on her lately.

(419) 482-1194 · Nov 25, 2019



today so I figured she just didn't feel good.

She hasn't mentioned any students to me and I've been keeping a close eye on her lately.

(419) 482-1194 • Nov 25, 2019

damn daycare probably thanks for letting me know

Nov 25, 2019

Erin Boyett: Thank you for bringing the issues up with me, I definitely don't want any student to feel bullied.

(419) 482-1194 • Nov 25, 2019

she fell asleep right when she walked in the door woke up balling saying some kid is calling her ugly yep its the daycare

she told me her stomach hurt

and wouldnt tell me anything that happened

she hides so much from me i can never tell which way she is headed. and she is always so tired we dont even talk anymore she always goes straight to sleep

thank you for letting me know she wouldnt tell me anything

Nov 25, 2019

I will pick [redacted] up from school for the rest of this week.

Nov 27, 2019

Erin Boyett: Today is her last day of school for the week, I will bring her to parent pick up



419) [redacted] KING COUNTY SUPERIOR COURT [redacted] AYAS [redacted]

or half day

Nov 27, 2019

Erin Boyett: Full day

(419) 482-1194 • Nov 27, 2019

ok

Thank you thank you thank you!

Nov 27, 2019

[redacted] can go on daycare van this week i have doctors appt.

Dec 2, 2019

Erin Boyett: For the entire week or just for today?

(419) 482-1194 • Dec 2, 2019

Good question. Lets do just today

Dec 2, 2019

Erin Boyett: Got it! Thanks

(419) 482-1194 • Dec 2, 2019

[redacted] would like to go on the daycare van today I guess we can see how that goes for the rest of the week

I told her we can't keep switching back and forth

Dec 4, 2019

4[redacted]

KING COUNTY SUPERIOR COURT

[redacted]ZAYAS [redacted]

[redacted] 5, 2019

I got voicemail from her one-time

I'm just glad [redacted] has school to go to because otherwise we'd starve

Waiting on unemployment every week they said they're going to give it to me and we still haven't gotten a single check yet

This week they said the same thing and I have still yet to receive any money we've been living off pancakes and Top Ramen

I don't qualify for TANF anymore ran out of that with my other two kids I have three 18 year old kids to that just recently moved out

Give me her number and I'll give her a call I don't think I say that voicemail I thought it was the school calling

It's just hard to look for a job when I'm in my third trimester nobody's going to hire me. but what they don't understand is I need them more now than ever

I told Amiya whatever you can get for lunch see if you can get some extra and put it in your backpack sorry she probably told you that I didn't she she always tells on me

Dec 5, 2019

Erin Boyett: She will call again tomorrow, we want to make sure your family has what they need, especially with the holiday break coming up

(41[redacted] Dec 5, 2019

Dec 5, 2019

said thank you and she wants you to know she loves u

Dec 9, 2019

Mrs. Boyett's Kind: We have had a ton of sick kiddos. If your child has a fever or is vomiting keep them home until they have felt better for at least 24hrs.

Mrs. Boyett's Kind: Thank you for helping us to keep our students healthy and prevent the spread of germs!

-

Text back to reply

(419) 482-1194 · Dec 10, 2019

I put n the school bus i did not know i couldnt

the bus driver yelled at me and said noway this afternoon lol

my car battery died so i had no choice i had no idea she needed a pass

Dec 11, 2019

Erin Boyett: Will she ride the school bus home today?

(419) 482-1194 · Dec 11, 2019

I HOPE SO YES

she wont know which one

Dec 11, 2019

Erin Boyett: we will help her and I'll get her a bus pass

(419) 482-1194

KING COUNTY SUPERIOR COURT ZAYAS

Thank you! I didnt know when i was a kid we always just got on the bus.

do you know what time they drop off i was looking all over website could not find i know today is early

Dec 11, 2019

Erin Boyett: About 2:10

(419) 482-1194 • Dec 11, 2019

ok

Dec 11, 2019

Mrs. Boyett's Kind: We are running low on snacks, by winter break we will be completely out. Please consider sending in snacks for the class to share. Thank you

(419) 482-1194 • Dec 11, 2019

i have a horrid fever do you want me to still send amiya i know she tends to be a great carrier between people just wanted to check with you before i do. she has no fever.

Dec 12, 2019

Erin Boyett: As long as she is fever free she can attend class, if you notice that she seems to be starting to get sick then I'd probably let her rest

(419) 482-1194 • Dec 12, 2019

im sick too sick to get her on the bus

i will call the office



!19) 482-1194
KING COUNTY SUPERIOR COURT

A[redacted]ZAYAS

Dec 13, 2019

Mrs. Boyett's Kind: I hope everyone has rested and is feeling better! If your child will be out sick, please call the office or message me to let us know!

(419) 482-1194 · Dec 15, 2019

WE MISSED THE BUS

she is very upset at me for it

Dec 16, 2019

Mrs. Boyett's Kind: Tomorrow is book character day, I can't wait to see all the awesome costumes!
-
Text back to reply

(419) 482-1194 · Dec 17, 2019

Just woke up will be late

Can she go on daycare van today?

Dec 18, 2019

Erin Boyett: Yup!

Mrs. Boyett's Kind: More kiddos are being sent home sick, please watch for a fever and keep your child home if they have had a fever in the last 24 hours.

(419) 482-1194 · Dec 18, 2019

Daycare for rest of week and I'll send her on bus in the morning

419) 482-1194 KING COUNTY SUPERIOR COURT ZAYAS

Erin Boyett: Got it

(419) 482-1194 • Dec 19, 2019

ok cool

Dec 19, 2019

Your class did not do anything special for the holidays? I saw the older kids bringing in cakes and stuff and thought maybe a snack or something before christmas break? I think its unfair legally we have to allow certian religions to pray even at work and they get to wear their religious uniforms anywhere but we cant even celebrate christmas....strange and depressing if you ask me

Dec 20, 2019

Mrs. Boyett's Kind: It's snowing! Please be sure your child is dressed appropriately for the weather. Thank you!!

-

Text back to reply

(419) 482-1194 • Jan 9, 8:04 AM

At labor and delivery she might be stuck with me for a bit.

Jan 10, 8:26 AM

Mrs. Boyett's Kind: Conference week is February 10th- 14th. Please respond ASAP so we can begin scheduling. rmd.me/9lPsiwYF9IN

-

Text back to reply

(419) 482-1194 • Jan 16, 5:56 PM

Mrs. Boyett's Kind: Erin Boyett sent an attachment. rmd.me/lQv5ZIDedY5

(419) 482-1194 • Jan 16, 5:57 PM

419) 482-1194

KING COUNTY SUPERIOR COURT

YAS

(419) 482-1194 • Jan 16, 5:57 PM

Due date is feb 8th

Jan 16, 6:31 PM

Erin Boyett: No worries! I will send home her materials, just let me know if you have any questions.

(419) 482-1194 • Jan 17, 11:28 AM

Pray that i actually give birth. Yikes thank u. You are quite possibly the best teacher amiya has ever had she tells me she loves you every single day. Lol not in a creepy way of course. She really looks up to you a whole lot.

Jan 17, 11:30 AM

labor day 4 she is with me

Jan 24, 11:18 AM

Mrs. Boyett's Kind: Our class is in need of dry beans, cotton balls and dry macaroni noodles for upcoming activities.

-

Text back to reply

(419) 482-1194 • Jan 26, 5:38 PM

apparently amiya lost her umbrella and said its not in lost and found i will try again tomorrow see if maybe somebody picked up has unicorns all over itm

Jan 28, 4:49 PM

I think the girls name who has [redacted] umbrella is mckenna i over heard her talking to herself about it but she told me she lost it

419) 482-1194

KING COUNTY SUPERIOR COURT AYAS A

Erin Boyett: I checked with the other child's teacher and the recess teachers, so we will see if the umbrella turns up.

(419) 482-1194 • Jan 29, 4:56 PM

thank you so much for playing cop i know its really not your job to do stuff like this i really appreciate it

shes learning one day at a time how to trustand who to trust

Jan 29, 4:58 PM

I was just wondering if Jesse from Ms W class ever brought back amiyas umbrella or not?

Feb 6, 7:20 AM

amiya was told by her sister that she does have the umbrella but that she cannot reach it which i am assuming means her parents may have put it up hopefully?

Feb 6, 7:22 AM

Will you let know she will be on the soccer team this year if there is any openings

Feb 6, 10:48 AM

Mrs. Boyett's Kind: Our valentines party will be next Friday feb 14th, info will come home tomorrow.

-

Text back to reply

Mrs. Boyett's Kind: Students may bring valentines to school, we have 25 students total. Please address the from section only.

-

Feb 13, 8:49 AM

Thats the people who adopted her and [redacted] sick today from partying all weekend at the babysitters.

Feb 13, 8:50 AM

[redacted] ever met the baby just fyi if you ask her anything like did you meet the baby she wont be able to answer

Feb 14, 8:48 AM

[redacted] s a scorching fever and bad cough we will be staying home today

Feb 24, 8:16 AM

Erin Boyett: Thank you for letting me know, I hope she feels better!

419) 482-1194
KING COUNTY SUPERIOR COURT

AS

Erin Boyett: Oh my, I am so sorry to hear that. Do you know what stage you are in? Do you have any friends or family in the area to provide support?

Let me know if you would like our family advocate to reach out.

(419) 482-1194 · Feb 26, 12:33 PM

this is all new to me CPS opened an investigation because of me not having anyone to take her but i have been very cooperative with them

giving them what they want to so they hurry up and leave us alone.

she did get a puppy she is very happy about

Feb 26, 12:35 PM

Mrs. Boyett's Kind: If your child has a fever or a severe cough, please keep them home to prevent the spread of germs. Thank you!
-
Text back to reply

(419) 482-1194 · Mar 1, 4:35 PM

Mrs. Boyett's Kind: Please consider sending your child with their own water bottle to reduce spread of germs through use of the water fountain

(419) 482-1194 · Mar 1, 4:55 PM

Mrs. Boyett's Kind: Folders will go home Thursday this week. Our class will have a sub tomorrow.
-
Text back to reply

(419) 482-1194 · Mar 3, 11:01 AM

(419) 482-1194

KING COUNTY SUPERIOR COURT [redacted] ZAYAS [redacted]

(419) 482-1194 • Mar 3, 11:01 AM

[redacted] started crying says she does not want to go to school tomorrow because a boy named skylar is going to hit her again.

Mar 4, 6:48 PM

Erin Boyett: The students had a sub today, please tell her I will be back at school tomorrow and I will talk through the problem with both students.

Thank you for letting me know!

(419) 482-1194 • Mar 4, 6:49 PM

She said she kicked him in the back

Mar 5, 7:57 PM

[redacted] says she hates going to school because of him

Mar 6, 3:13 PM

Erin Boyett: We had a class discussion about appropriate school behaviors and the consequences of inappropriate physical behaviors. Both students have been talked to. However, I have been watching both students closely. Amiya doesn't sit near the other child and they do not attend recess together. For half of the school day, they aren't even in the same classroom.

Erin Boyett: I will continue to monitor both students behavior and I need Amiya to report any problems she is having. I have been checking in with her multiple times a day and she doesn't report having any problems.

Erin Boyett: This issue will be addressed with administration as well.

(419) 482-1194 • Mar 6, 3:19 PM

(419) 482-1194 • Mar 6, 3:19 PM

Thank you

Mar 6, 3:24 PM

Mrs. Boyett's Kind: If you choose to keep your child home due to the virus going around, please let me know so I can best support your child's learning!

(419) 482-1194 • Mar 11, 5:51 PM

More people die from the flu are you kidding Americans are slow. Sorry this whole thing is insane

Mar 11, 6:24 PM

Mrs. Boyett's Kind: Check your child's backpack for work packets to support learning during our extended break
-
Text back to reply

(419) 482-1194 • Mar 12, 2:34 PM

Mrs. Boyett's Kind: School will be closed until April 27th. Please be careful during this outbreak! Let me know if you have questions!
-
Text back to reply

Mrs. Boyett's Kind: I do not yet know about online learning, please complete iReady reading and math lessons in the meantime. I recommend 20mins each day.

(419) 482-1194 • Mar 12, 5:47 PM

thank you for the food

419) 482-1194
KING COUNTY SUPERIOR COURT

(419) 482-1194 · Mar 12, 5:47 PM

thank you for the food

thank you so much

Mar 12, 6:15 PM

Mrs. Boyett's Kind: Hi everyone, I'm checking in to see how everyone is doing. Let me know if I can help with resources or learning activities! Stay safe!

(419) 482-1194 · Mar 16, 11:30 AM

Mrs. Boyett's Kind: Erin Boyett sent an attachment. rmd.me/KfeuQV5eKgq

(419) 482-1194 · Mar 17, 10:49 AM

Mrs. Boyett's Kind: Here's a fun way to practice addition and subtraction. All you need is paper, pencil & cards or you could roll dice. rmd.me/hOz3HPuU7tR

(419) 482-1194 · Mar 17, 11:22 AM

CPS took

Mar 18, 6:41 PM

Mrs. Boyett's Kind: I hope you all are doing well! I miss my sweet students so much.

-

Text back to reply

(419) 482-1194 · Mar 25, 1:13 PM

She misses you too.

Mar 25, 1:14 PM

*Myriam Zayas* MYRIAM ZAYAS 10/10/2020



FEB
UNITED STATES POSTAL SERVICE
Click-N-Ship®
P
usps.com
$8.45
US POSTAGE
SM Flat Rate Box
9405 5036 9930 0258 1858 48 0084 5000 0819 8101
02/01/2021
Mailed from 98030
062S0000001307
PRIORITY MAIL 1-DAY™
Expected Delivery Date: 02/02/21
MYRIAM ZAYAS
27369 129TH PL SE
KENT WA 98030-8930
0005
C028
SHIP TO: DISTRICT COURT CLERK
20-CV-00747 JCC
700 STEWART ST
SEATTLE WA 98101-4439
USPS TRACKING #
9405 5036 9930 0258 1858 48
Electronic Rate Approved #038555749