FILED
LOGED
RECEIVED

**MAIL**

MAR 0 1 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON STATE

MYRIAM ZAYAS,

PLAINTIFF,

VS.

JUDGE MESSITTE
ANN DANIELI,
DAVID LARAUS,
PAULINE DUKE,
JENNIE COWAN,

*Defendants*

*(Postal mail is late!)*

*20-cv-00747 JCC*

*Reply on Response with Evidence Attached.*
*(Last one!)*

*(Not the Whitneys) for this*

1. Today is February 27th, 2021 and I am in Kent Washington, located in the County of King, I MYRIAM ZAYAS am over the age of 18 I am competent to testify to the contents of this document and am able to certify and declare to it being a true and correct copy,

2. I would like to submit all attachments as "evidence" and/or "exhibits," including this document, as they are directly from the Defendants own discovery, and records provided, written and officially sealed in some cases minus the forged removal order and unfiled dependency petition. These are in the Defendants very own felonious professional narrative. What noway they follow rules?

3. The Plaintiff is in the process of confirming the names of the most felonious Defendants biological mothers so the Plaintiff can sue their mother for giving birth to a kidnapper. Nobody seems to care that a 6-year-old is missing her puppy and they seem to think they

are saving the Plaintiffs child from child abuse; well somebody's Mommy won't be happy to hear these facts.

4. What would happen in a town that is not corrupt, um the judge would go to prison, and all parties would be fired. By the way Danieli should have judicial immunity what's up with that? Um hello its been a year the prosecutor is about to be sued for ignoring a felony. I got all the filing fees to take out the entire town, on March 17th, 2021 my year is up to hang them out to dry.

5. This is not a warning the Plaintiff warned everybody last year, this is just a friendly reminder. After 1 year nobody will care and since the County prosecutor is a crooked at the desk she sits in, that only leaves the Plaintiff to file a writ of mandamus, to make sure it gets done.

6. The Plaintiff is not afraid of the Attorney General sister of CPS baby sellers. The Plaintiffs 6-year-old continues to cry every night because the incompetent hateful Defendant is too scared to sign her own name. So, this means a 6-year-old gets to suffer for it. Great people, real winners you got here.

7. Every single Defendant minus the Whitney's will be prosecuted for felony forgery before the 17th of March 2021 sorry I did not commit the crime this is your bed. It is the prosecutor's duty to prosecute felonies, sorry she does not get to ignore me because I am stupid, stupid has enough money to file until I get it right which is exactly what I plan on doing.

8. Mandamus, prohibition all that if you think I am going to sit here and pick my nose and wait for the supreme court you're out of your mind. Because I can't pass that one-year mark without actual law enforcement events occurring in favor of my 6-year-old. She does not deserve to be held hostage because of this forgery.

9. I tried to be nice and not say anything mean or embarrassing but you know what this is kind of making me a little spastic. My daughter being sad is more important than any amount of

money you don't have anyway, King County is next, then Olive Crest, the other foster parents all foster parents Does 1-5068, MultiCare, UW Medical Center, CASA group. My lawyer, the attorney generals each of them that think they got off scot free, Bailiffs, clerks, all of them, real true down to earth felons.

10. City of Kent, City of Tacoma a municipality following an unwritten policy of allowing felony forgery and not going on the record possibly that entire month of March 2020, who knows how many cases were not heard that month? And you think those peoples cases were not affected by these state officials paranoia? Um hello had to have been, this is a felony maybe um 50+ felony forgeries on the docket? Crooked as hell King County Government, shame on you.

11. Exhibits attached why would these emails even matter if she was not the judge? Judge Messitt ignored the plaintiff for 4 months as all parties did this was intentional, why?? TO BUILD THEIR DEAD CASE of zero child abuse, to "Oh my god we told you she was crazy." Put them in jail not the Whitney's but the others need to be in prison.

12. The court official Defendants sat on the docket and enjoyed the Plaintiffs misery these people are deeply disturbed and possibly mentally retarded to enjoy their actions and then intentionally use it all against the Plaintiff as if she would be happy or excited that they are kidnappers.

13. David Laraus pretended they had no CASA she read the emails they had a CASA the entire time, cut the crap these Defendants are Western State bound. Who loves hurting 5-year old's, who loves driving mourning distraught parents crazy? Dude that's extremely concerning for the public. This can only be defined as hate also known as RACISM. The Defendant has never met these people why else would they hate her and her child? They likely hate all white mothers and are trained this way intentionally.

14. Bailiff Linda Nguyen should be in prison too. They filed these emails because they needed to keep hiding that forgery, nothing better than a parent mourning their 5-year-old they haven't touched in 5 MONTHS. They were like happy with this. This is like watching children cry and enjoying it, but it's not racism, right? .... This is the epidemy of hate.

15. There is nothing funny about what happened to the Plaintiff, apparently the Defendants thought it was very funny that the Plaintiff and her 5-year-old were denied in person visitation for 5 months. This is why the Defendants don't have kids because they do not deserve love. Nobody with that much hate deserves love.

16.  The Defendants who work for the state have violated the Plaintiffs first amendment right to be with her child, substantive due process and procedural due process, by allowing the deliberate continued avoidance of court dates and meeting altogether simply so they could hide their felony forgery. It takes a special kind of state official to intentionally hurt a child for many months.

17. Exhibit 51 was after 1 month straight of absolutely no contact with the Plaintiffs child, Julie Decamp absolutely refused a simple phone call to her daughter stating the visit needed to be monitored. Julie Decamp also covered the forgery and intentionally with held visits for over a month.

18. Exhibit 58 more intentional torture to them its nothing, the Plaintiff can not even read this still. Her child did not deserve this she cried every day for hours screaming the Whitney's know how much my daughter hurt. She still cries today these people are sick and all of them will be in jail I will make sure of it.

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this response: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the response otherwise complies with the requirements of Rule 11.

Respectfully submitted,

Dated:    02-25-2021

Name:
Title:    Pro Se Plaintiff

360-602-1444

Myriam Zayas

## CERTIFICATE OF SERVICE

I, MYRIAM ZAYAS, do hereby certify that I have this day mailed, U.S. Mail Certified, postage prepaid, a true and correct copy of the above and foregoing to at the following address also send an email to the email listed:

THIS the 25th day of February 2021.

Sign:

FILED
2020 APR 09
KING COUNTY
SUPERIOR COURT CLERK

CASE #: ████████-0 KNT

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

In re the Dependency of:

████████ Zayas

NO. ██████████-0 KNT

**Email Correspondence dated 4/7/20 from Mother, Myriam Zayas is attached.**

(They use this to Keep her
★ longer. Petty emails)

**Exhibit 51**

**Court, Messitt**

| | |
|---|---|
| **From:** | myriam zayas <marandjazzmom@live.com> |
| **Sent:** | Tuesday, April 7, 2020 2:19 PM |
| **To:** | Court, Messitt |
| **Subject:** | 20-7-00666-0 CPS HAS TAKEN ALL 4 OF MY CHILDREN |

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachm...

Over the past 20 years CPS has taken all 4 of my kids thats what they do they target me for money because they know I am stupid and poor. Dont let them take my baby please she is my last baby please dont let them get away with this I didnt do anything wrong. I aam in compliance they had no reason for this and now i cant even see her because of this lockdown..

They  never gave me my due process, they kidnapped my daughter for no reason please help me.
Myriam Zayas

1

**Court, Messitt**

| | |
|---|---|
| **From:** | myriam zayas <marandjazzmom@live.com> |
| **Sent:** | Tuesday, April 7, 2020 3:03 PM |
| **To:** | Court, Messitt |
| **Subject:** | You signed an order to have my child taken. |

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

For no reason I need to know why you took my child if there was no abuse.
Your signature was on the order
Myriam Zayas
3606021444
case #20-7-00666-0



KING COUNTY WASHINGTON

APR 1 4 2020

SUPERIOR COURT CLERK
BY Ramona Harkins
DEPUTY

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

**In re the Dependency of:**

**Zayas**

NO.                -0 KNT

**Email Correspondence dated 4/9/20 is attached.**

**Exhibit 58**

Caseflow/gr14coversheet

**Court, Messitt**

| | |
|---|---|
| **From:** | myriam zayas <marandjazzmom@live.com> |
| **Sent:** | Thursday, April 9, 2020 11:00 PM |
| **To:** | Court, Messitt |
| **Subject:** | You violated my civil rights to procedural due process |

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

By signing that order to remove my child while we were already on COVID-19 lock down you knew I would not even get any court dates anytime soon, you and your CPS besties knew this but you signed it anyway. Now I cant even fight for my daughter until June and you knew that when you signed it. I have not even had a single visit and you knew this but you let them take her anyway, I know you did not even read it cause there is no abuse written on that entire thing. You are a judge and you violated my civil rights worse than anyone has in my entire life.

Myriam Zayas
20-          ) KNT

1

FILED
2020 APR 09
KING COUNTY
SUPERIOR COURT CLERK

CASE #: ▇▇▇▇▇▇-0 KNT

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

**In re the Dependency of:**

▇▇▇▇▇▇-**Zayas**

NO.   ▇▇▇▇▇▇-**0 KNT**

**Email Correspondence dated 4/2/20 from Mother, Myriam Zayas is attached.**

**Exhibit 56**

Caseflow/gr14coversheet

**Court, Messitt**

| | |
|---|---|
| **From:** | M Zayas <rentmefee@gmail.com> |
| **Sent:** | Thursday, April 2, 2020 2:51 PM |
| **To:** | Court, Messitt |
| **Subject:** | Re: Question |

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

can you give me the phone number of your boss

On Thu, Apr 2, 2020 at 2:50 PM M Zayas <rentmefee@gmail.com> wrote:
she blocked me

On Thu, Apr 2, 2020 at 12:49 PM Court, Messitt <Messitt.Court@kingcounty.gov> wrote:

Hello, Ms. Zayas —

Please be advised all communications to the court must go through your attorney, Ms. Hannah Gold, and not directly to the court.

Thank you,

**Linda Nguyen**

Bailiff to the Honorable Judge Annette M. Messitt

King County Superior Court | Dept 36 | Courtroom RJC-1L

☎ (206) 477-1543 | ✉ messitt.court@kingcounty.gov

**From:** M Zayas <rentmefee@gmail.com>
**Sent:** Thursday, April 2, 2020 1:35 AM
**To:** Court, Messitt <Messitt.Court@kingcounty.gov>
**Subject:** Question

What time was the Kent RJC court house close on Marche 16th 2020

If I was served an order none of the papers were stamped at all, some were not even signed at the end?

Maybe because the courts were closed?

To the rest of the world this is
nothing right? I had not
touched my daughter it
→ would be 4 months until
July 2020
Yes they all knew

2

## Court, Messitt

| | |
|---|---|
| **From:** | M Zayas <rentmefee@gmail.com> |
| **Sent:** | Thursday, April 2, 2020 2:50 PM |
| **To:** | Court, Messitt |
| **Subject:** | Re: Question |

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

she blocked me

On Thu, Apr 2, 2020 at 12:49 PM Court, Messitt <Messitt.Court@kingcounty.gov> wrote:

Hello, Ms. Zayas —

Please be advised all communications to the court must go through your attorney, Ms. Hannah Gold, and not directly to the court.

Thank you,

Linda Nguyen

Bailiff to the Honorable Judge Annette M. Messitt

King County Superior Court | Dept 36 | Courtroom RJC-1L

☎ (206) 477-1543 | ✉ messitt.court@kingcounty.gov

**From:** M Zayas <rentmefe @gmail.com>
**Sent:** Thursday, April 2, 2020 1:35 AM
**To:** Court, Messitt <Messitt.Court@kingcounty.gov>
**Subject:** Question

What time was the Kent RJC court house close on Marche 16th 2020

If I was served an order none of the papers were stamped at all, some were not even signed at the end?

1

Maybe because the courts were closed?

FILED
2020 APR 09
KING COUNTY
SUPERIOR COURT CLERK

CASE # ████████ 0 KNT

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

In re the Dependency of:

████████ Zayas

NO. ████████ 0 KNT

**Email Correspondence dated 4/6/20 from Mother, Myriam Zayas is attached.**

**Exhibit 54**

Caseflow/gr14coversheet

## Court, Messitt

| | |
|---|---|
| **From:** | myriam zayas <marandjazzmom@live.com> |
| **Sent:** | Monday, April 6, 2020 12:01 PM |
| **To:** | Court, Messitt |
| **Subject:** | I reported this to Kent police |
| **Attachments:** | 20200406_112131.jpg; 20200406_114954.jpg; 20200406_115007.jpg; 20200406_115015.jpg; 20200406_115024.jpg; 0.jpg; nopagenumber.jpg |

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

Its the signature on the one labelled nopagenumber the police called CPS and CPS told the police I was crazy and suicidal. cuz they know...

Myriam Zayas
360-602-1444

1

**Court, Messitt**

| | |
|---|---|
| **From:** | Court, Messitt |
| **Sent:** | Monday, April 6, 2020 11:22 AM |
| **To:** | Gold, Hannah |
| **Subject:** | FW: Hello |
| **Attachments:** | 20200405_051948 (1).jpg; 20200405_052232.jpg |

Hi Hannah,

I think this communication might be your client writing from a different email address.

Thank you,

**Linda Nguyen**
Bailiff to the Honorable Judge Annette M. Messitt
☎ (206) 477-1543 | ✉ messitt.court@kingcounty.gov

**From:** myriam zayas <marandjazzmom@live.com>
**Sent:** Monday, April 6, 2020 10:57 AM
**To:** Court, Messitt <Messitt.Court@kingcounty.gov>
**Subject:** Hello

[EXTERNAL Email Notice!] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

Did you sign this order? I just had a question if so.

myriam

1

☐ King West   ☐ OICW
☐ West Seattle   ☐ MLK
☐ King East   ☒ King South/East
☐ King South/West
☐ Adoption   ☐ S

| | |
|---|---|
| **SUPERIOR COURT OF WASHINGTON COUNTY OF KING, JUVENILE COURT** | |
| Dependency of: **Curnal-Zayas, Amiya** dob: 07/06/2014 <br><br> Minor Child(ren). | No: 20-7-00666-0 KNT <br><br> **Amended Notice and Summons/Order: Dependency (NTSM)** |

**State of Washington To:**
Name:  MOTHER: Myriam Zayas
        FATHER: ~~Jermaine Curnal (alleged);~~ Unknown

## I. Notice of Hearing

1.1   You are notified that a petition, a copy of which is attached, was filed with this court alleging that:

<u>Dependency:</u> the above named child is dependent.  A Dependency Petition begins a judicial process which, if the court finds the child dependent, could result in substantial restriction or permanent loss of your parental rights.

**Notice:** If your child is placed in out-of-home care, you may be held responsible for the support of the child.

1.2   The court has scheduled the following hearings:

**72 Hour Shelter Care Hearing  Date: 3/17/2020  Time: 8:00 a.m.**
At: ☒ Regional Justice Center, Room 1-L, 401 Fourth Ave N, Kent, WA 98032
    ☐ King County Courthouse, E-854, 516 Third Avenue, Seattle, WA 98104

**30 Day Shelter Care Hearing   Date: 4/14/2020  Time: 8:00 a.m.**
At: ☒ Regional Justice Center, Room 1-L, 401 Fourth Ave N, Kent, WA 98032
    ☐ King County Courthouse, E-854, 516 Third Avenue, Seattle, WA 98104

FILED
2020 APR 09
KING COUNTY
SUPERIOR COURT CLERK

CASE #: ████████ 0 KNT

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

In re the Dependency of:

████████ Zayas

NO. ████████ 0 KNT

**Email Correspondence dated 4/7/20 from Mother, Myriam Zayas is attached.**

**Exhibit 52**

Caseflow/gr14coversheet

## Court, Messitt

| | |
|---|---|
| **From:** | myriam zayas <marandjazzmom@live.com> |
| **Sent:** | Tuesday, April 7, 2020 2:19 PM |
| **To:** | Court, Messitt |
| **Subject:** | 20-7-00666-0 CPS HAS TAKEN ALL 4 OF MY CHILDREN |

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments .

Over the past 20 years ... has take. i all 4 of my kids thats what they do they target me for money because they know I am stupid and poor. Dont let them take my baby please she is my last baby please dont let them get away with this I didnt do anything wrong. I aam in compliance they had no reason for this and now i cant even see her because of this lockdown..

They  never gave me my due process, they kidnapped my daughter for no reason please help me.
Myriam Zayas

## Court, Messitt

| | |
|---|---|
| **From:** | myriam zayas <marandjazzmom@live.com> |
| **Sent:** | Tuesday, April 7, 2020 3:03 PM |
| **To:** | Court  Messitt |
| **Subject:** | You signed an order to have my child taken. |

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

For no reason I need to know why you took my child if there was no abuse.
Your signature was on the order .
Myriam Zayas
3606021444
case #2███████0

1

FILED
2020 APR 09
KING COUNTY
SUPERIOR COURT CLERK

CASE #: ▓▓▓▓▓-0 KNT

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

In re the Dependency of:

▓▓▓▓▓ **Zayas**

NO. ▓▓▓▓▓ **0 KNT**

**Email Correspondence dated 4/6/20 from Mother, Myriam Zayas is attached.**

**Exhibit 53**

Caseflow/gr14coversheet

**Court, Messitt**

| | |
|---|---|
| **From:** | Court, Williams |
| **Sent:** | Monday, April 6, 2020 11:40 AM |
| **To:** | Court, Messitt |
| **Subject:** | FW: Do you know who signed this family order? |

fyi

████ | Bailiff to ████ ████
King County Superior Court | MRJC
401 Fourth Ave N. Courtroom 3B | Kent WA 98032-4429
████@kingcounty.gov| 206.477.1573

IMPORTANT: In order to avoid inappropriate ex-parte contact, you are hereby directed to forward this communication to all other counsel not already copied on this e-mail.

**From:** myriam zayas <marandjazzmom@live.com>
**Sent:** Monday, April 06, 2020 11:39 AM
**To:** ████████████@kingcounty.gov>
**Subject:** Re: Do you know who signed this family order?

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

taking a child that is 5 without a court order is kidnapping. Its ok hun I am happy in about 3 years ill be rich. I love suing people...

**From:** Court, ████
**Sent:** Monday, April 6, 2020 11:37 AM
**To:** myriam zayas <marandjazzmom@live.com>
**Subject:** RE: Do you know who signed this family order?

Ms. Zayas,

I am sorry but I won't be able to help you.  Our court handles criminal matters.

Thank you for understanding.

████ Bailiff to ████
King County Superior Court | MRJC
401 Fourth Ave N. Courtroom 3B | Kent WA 98032-4429
williams.court@kingcounty.gov| 206.477.1573

IMPORTANT: In order to avoid inappropriate ex-parte contact, you are hereby directed to forward this communication to all other counsel not already copied on this e-mail.

1

**From:** myriam zayas <marandjazzmom@live.com>
**Sent:** Monday, April 06, 2020 11:34 AM
**To:** Court, ███████████ @kingcounty.gov>
**Subject:** Re: Do you know who signed this family order?

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

**From:** ███████████ @kingcounty.gov>
**Sent:** Monday, April 6, 2020 11:22 AM
**To:** myriam zayas <marandjazzmom@live.com>
**Subject:** RE: Do you know who signed this family order?

You should contact Judge Messitt's court and they can answer the question for you.  Messitt.Court@kingcounty.gov

Lisa Zimnisky | Bailiff to Judge Matthew Williams
King County Superior Court | MRJC
401 Fourth Ave N. Courtroom 3B | Kent WA 98032-4429
williams.court@kingcounty.gov | 206.477.1573

IMPORTANT:  In order to avoid inappropriate ex-parte contact, you are hereby directed to forward this communication to all other counsel not already copied on this e-mail.

**From:** myriam zayas <marandjazzmom@live.com>
**Sent:** Monday, April 06, 2020 10:58 AM
**To:** Court, Williams <Williams.Court@kingcounty.gov>
**Subject:** Re: Do you know who signed this family order?

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

CPS is above the law I went to the cops and they told the police I was crazy and I probably made it myself. Thanks anyway.

**From:** Co███████████ @kingcounty.gov>
**Sent:** Monday, April 6, 2020 8:50 AM
**To:** myriam zayas <marandjazzmom@live.com>
**Subject:** RE: Do you know who signed this family order?

Hello,

I am sorry but you are contacting the wrong judge. Judge Messitt is who signed the order and who you should be contacting.

 | Kent WA 98032-4429
206.477.1573

IMPORTANT: In order to avoid inappropriate ex-parte contact, you are hereby directed to forward this communication to all other counsel not already copied on this e-mail.

From: myriam zayas <marandjazzmom@live.com>
Sent: Sunday, April 05, 2020 7:34 AM
Subject: Do you know who signed this family order?

[EXTERNAL Email Notice] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

Of course I assume the worst. Is this your signature?
If it is do you know why there is not date or stamp on the top
page of the order that was connected,
there was no stamp on any of the paper work or the front page?
This date the Kent Courthouse was closed?
I had a few questions for the judge that approved this order but to
me looks like someone dragged and dropped it
without printing the judges name on purpose so I would not know who?
CPS used this order to kidnap my 5 year old sister just making sure they are legit?
Wondering what made this an emergency thats what governor said if you take kids it better be serious abuse
this was a dirty ua?
Thank you so much.
Marcel


Case #20-7-00666-0 KNT
FAMILY LAW

3

FILED
2020 APR 09
KING COUNTY
SUPERIOR COURT CLERK

CASE # ██████████ 0 KNT

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

In re the Dependency of:

██████████-Zayas

NO. ██████████ 0 KNT

**Email Correspondence dated 4/1/20 from Mother, Myriam Zayas is attached.**

**Exhibit 57**

Caseflow/gr14coversheet

**Court, Messitt**

From:
Sent:                    Wednesday, April 1, 2020 2:09 PM
To:                      ████████ourt, Messitt
Subject:                 Stacy this is the response I got ! I am sending you the second one as well.

The email cause# has changed from the prior emails.
However, the previous# was 20-7-00666 , not enough numbers



*Shelia D. Rogers*
MRJC Dependency Court Program Tech
Court Hours 8:00 – 4:00 pm
Monday – Friday
Court Phone# 206-477-2563
Office Phone# 206-477-2757

From: M Zayas <amiya.ar▒▒@gmail.com>
Sent: Wednesday, April 1, 2020 1:38 PM
To: ████████████@kingcounty.gov>
Subject: Re: 20-0-12050-5_Emergency Order 5.pdf

[EXTERNAL Email Notice] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

WOW YOU GUYS ONLY HAVE 3 DEPENDENCY CASES?!  Noway and he called them out no fucking way. NO wonder they stole my children. YOUR DEPARTMENT IS BROKE

On Wed, Apr 1, 2020 at 1:12 PM ████████████████kingcounty.gov> wrote:

1

**Court, Messitt**

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮ |
| **Sent:** | Wednesday, April 1, 2020 2:11 PM |
| **To:** | ▮▮▮▮▮▮Court, Messitt |
| **Subject:** | FW: 20-0-12050-5_Emergency Order 5.pdf |

This is the second response.



*Shelia D. Rogers*
MRJC Dependency Court  Program Tech
Court Hours 8:00 – 4:00 pm
Monday – Friday
Court Phone# 206-477-2563
Office Phone# 206-477-2757

**From:** M Zayas <amiya.angel@gmail.com>
**Sent:** Wednesday, April 1, 2020 1:20 PM
**To:** ▮▮▮▮▮▮▮▮▮▮@kingcounty.gov>
**Subject:** Re: 20-0-12050-5_Emergency Order 5.pdf

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

Way to go I have not seen my child or spoken to my child in a week because of this and I cannot speak to my child because I do not have a camera thank you so much for taking my child from me now I will go kill myself and you will think I died from covid-19

On Wed, Apr 1, 2020, 1:12 °M ▮▮▮▮▮▮▮▮▮▮▮▮@kingcounty.gov> wrote:

# P

**UNITED STATES POSTAL SERVICE®**    **Click-N-Ship®**

usps.com
**$7.95**
**US POSTAGE**
Flat Rate Env

9405 5036 9930 0292 0468 15 0079 5000 0819 8101

02/27/2021        Mailed from 98030        062S000000311

## PRIORITY MAIL 1-DAY™

MYRIAM ZAYAS
27369 129TH PL SE
KENT WA 98030-8930

Expected Delivery Date: 03/01/21

**0005**

C028

SHIP
TO: DISTRICT COURT CLERK
20-CV-00747 JCC
700 STEWART ST
## SEATTLE WA 98101-4439

### USPS TRACKING #



**9405 5036 9930 0292 0468 15**

Electronic Rate Approved #038555749