

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON STATE

| | |
|---|---|
| MYRIAM ZAYAS, <br>         PLAINTIFF, <br><br> vs. <br><br> DAVID LARAUS, <br> ANNETTE MESSITT, <br> ANN DANIELI, <br> PAULINE DUKE, <br> AMBER WHITNEY, <br> JEFFREY WHITNEY, <br> JENNIE COWAN, <br><br>         DEFENDANTS, | case **20-cv-00981 JLR-TLF** <br><br> FINAL RESPONSE ON ORDER TO DISMISS |

My name is MYRIAM ZAYAS I am above the age of 18 and competent to testify to the facts stated herein. This court is governed by the laws of the state of Washington city of Kent, I certify and declare under penalty of perjury that the following statements are true and correct, submitting the links listed as evidence:

1. The following link leads to proof that the social workers do play matching games by race with the intent to permanently sell children for adoption assistance:

   https://1drv.ms/u/s!AmhsgRs52qWXqRJzPjC9rN7eL63_?e=OXoQqe

2. The following link leads to the fake audio for the Shelter Care Hearing that was added 5 months after it should have occurred, listen for the file cabinet drawer slamming shut and only the Plaintiff echoes. (you will need to download a For the Record player):

https://1drv.ms/u/s!AmhsgRs52qWXoBrvHRGM2MB4suai?e=ukythM

3. The following link is to the court hearing where the AAG tries to convince the Plaintiff that Ann Danieli was I fact the judge 05/18/2020 and 06/09/2020:

https://1drv.ms/u/s!AmhsgRs52qWXiDMHavtmimS--UiX?e=UN7ylz

4. Let's just say everything they are accusing the Plaintiff of is true, she is crazy (true), she is on drugs(true at times but not that time that was medication, the Plaintiff would never give them dirty pee deliberately she did not know it was dirty), she asked the school teacher for food(true), her child misbehaved in class(lie), her child was not dressed for the weather(lie), so where is the required child abuse? CPS does not even test for weed, that's proof they don't care about drugs. Their concern for the Plaintiffs child gives them no right to traumatize her child and until her child is abused, they broke, and are breaking the law when they removed her child and continue to hold her hostage hoping the Plaintiff will be stupid enough to sign their trap they call a dependency order (they only make Caucasian parents sign) under Deprivation of Rights of Rights under the color of law.[1]

5. This federal court house was created for the Plaintiff if a state official violates the federally protected rights of the Plaintiff she can and has a right to redress her government under the first amendment. She also can ask this court to strike any RCW they chose to use against her and they know these violate the rights of the Plaintiff.

6. The Attorney General, Commission of Judicial Conduct, King County Prosecuting Attorney, Kent Police, and the Ombudsman of Washington state are public servants,

---

[1] https://www.justice.gov/crt/deprivation-rights-under-color-law

they are there to serve the Plaintiff, they are not supposed to ignore the Plaintiffs complaints no matter how stupid or crazy they think she sounds. These government agencies were created so that the Plaintiff could remedy her problems prior to having to sue or pay for a lawyer in federal court.

7. These government agencies named in number 3 have likely hundreds of letters and emails from the Plaintiff since 2011, none of them have ever made an attempt to remedy the problems, stop the crimes that are continuing in the name of a 5-year-old child. Most recently the commission of judicial conduct has contacted her and stated that the current judge by committing felony forgery did not violate any of the "canons" of judicial conduct.

8. If Superior court judges are permitted to committing forgery on the job and in their administrative position instruct those they administer to follow suit, then why do they even need Ann Danieli to cover for them, pull someone in for a felony charge that has nothing to do with the case?

9. The King County prosecuting attorney ha told the Kent police detective not investigate the forgery.

10. Upon further information and belief no removal order exists for the removal of the Plaintiffs 6- and 8-year-old child from 2009, also for 2014, and for 2020. This means no oath or affirmation was ever given. No judge signed for, or approved these removals. The 2020 removal was "rubber stamped." There exists no oath or affirmation given on the actual official record that states the reason for the removal, which is required by law and is a violation of the Plaintiff and her children all of their fourth amendment rights to be free from government intrusion absent probable cause, and the required oath and affirmation.

11. In the related case 20-cv-00981 Zayas vs Department et al' the AAG still has not provided 1 clean UA from the man that was favored in 2009 and in 2019, not one sliver of proof he completed the required court ordered services to receive custody of the Plaintiffs son at all. He has not provided proof that the other father who is also African American had a drug assessment as required per court order 2009-2015. He has not provided 1 child abuse finding despite being investigated by the police for sexual misconduct against the Plaintiffs 12-year-old child. He also has not provided one child abuse finding for the other African American father for abandoning his 14-year-old son. This matters in proving that the but for cause remains race and the state official Defendants in this case are supporting this discrimination by neglecting to prevent its reoccurrence. The judge knows her son is still on her lease and does not believe that racism is the reason they unlawfully removed him in 2019. The Plaintiff has the restraining orders and the proof of current child support paid to her.

12. The Defendants, the AAG on their behalf has not provided these removal warrants and the ones he has provided are lacking one important requirement "oath or affirmation" on the docket, no minutes exist on the docket in 2009, 2014, or 2020.

13. That is 2 fourth amendment violations, they will never be able to prove they had probable cause because they lack the required evidence on the official record in order to prove these facts. The Plaintiff argues she has the burden of proof they have yet to prove anything, she has triable issues lacking probable cause is required for a section 1983 claim.[2] Public Disclosure has failed to provide these warrants but have provided everything else in the Plaintiffs children's names 2009-2020.

---

[2] the burden of proof has two components, the burden of production (the obligation to produce evidence on an issue) and the burden of persuasion or risk of non-persuasion (the obligation to convince the factfinder that one's version of the facts is more likely true). All federal circuits place the burden of persuasion on the plaintiff, so although this Comment may refer generally to the burden of proof, it is the burden of production that is truly at issue.

14. The 2020 removal of the Plaintiffs 5-year-old was completed using a federal felony and the Plaintiff can prove the intent to defraud in that they ignored and avoided her for many months hoping she would never find that forgery. Their intent was to defraud their own employer and to defraud the Plaintiff. The Defendants get no immunity committing felony's, and misdemeanors to violate the rights of a 5-year-old child and the Plaintiff.

15. The 2020 removal also occurred in violation of Emergency order 6 (which is a crime under RCW) if the Defendants truly believed she abused her child they would not have been afraid to sign as themselves.

16. The foster parents have violated the rights of the Plaintiff in that they forced her 5-year-old into Christianity and they accepted placement for adoption on day one, if this is child welfare policy this policy is a violation of the Plaintiffs civil rights. These foster parents still insist on being called Mommy and Daddy. It takes a willing participant such as these foster parents for the corrupt social workers to complete their unlawful tasks after kidnapping her child. Without them the social workers would have no where to place her child. Their desire to unlawfully force ASFA funding, these foster parents know reasonable efforts could not have been made upon day one, yet still accept these funds beginning on day one.

17. The Plaintiff argues the but-for cause of all the decisions made against her by CPS were made because of the Plaintiffs race and for no other reason. She has the proof, the Plaintiff has witness's and victims, in some states like Wisconsin the social workers also target minority children. There are minority foster homes in other states but in Washington there are not many minority foster parents. Therefore, Caucasian children with blonde hair blue eyes under the age of 5 remain CPS number one target and their entire caseload even in Kent which is a city of 50% minorities, you will not find any African American children under age 5 in the Kent office. Not in foster homes those are

reserved for the "white slaves." Reverse racism is so much worse because they say white people deserve it. The Plaintiff was not born in the US and neither were either of her parents therefore this is not her karma. But she firmly believes this is her punishment for having children with a black man.

18. The foster parents can and will also be charged in parental kidnapping when they miss court ordered visitation for many weeks. They also do not get to force her child who has no other parent but the Plaintiff, they cannot force her child into any religion that is not the Plaintiffs religion. They do not get to decide if they want to "adopt" her child with no child abuse finding on forged court orders, these are all valid reasons to go to trial.

19. The state of Washington does not get to steal her child for "no reason" having zero child abuse findings, and then hold her child hostage for years without any legal documentation to do so, without her signature and without the signature of a judge at all, hoping that she comply with their unwarranted harassment of her and her child.

20. The police cannot take people to jail and force them onto probation without "probable cause." The state judges do not get to uphold unsigned, or forged removal orders, this is the state officials breaking the law, and clearly violating the Plaintiffs constitutional rights to remain government free. Complying with their demands would defeat the purpose of why she is suing the social workers they do not get to bully her because she is white and they think she will be afraid of them sorry does not work like that. They have now reassigned the racist social worker to be her worker again because they are mad she is about to win her appeal.

21. Beginning at 13:00 minutes in the following recording the Plaintiffs child can be found arguing with her mother the Plaintiff regarding her mothers lack of knowledge about "God.":

https://drive.google.com/file/d/15IeZR-PPf0yTJeWRAsleik8FFAr0bC41/view?usp=sharing

22. The Plaintiff has hundreds of pages of proof that her race is the cause in her past dependency's the social workers enjoyed writing these facts it was part of how they discriminated against her, they wanted the Plaintiff to read and know they were playing favorites. This is part of their sickness, and this was intentionally written I order to cause pain, similar to the actions the social workers continue today in their court reports. Even the court reports depicting her children were being abused by these African American men they favored, the social workers wrote these so the Plaintiff could and would get upset that was their intention. To get a reaction from the Plaintiff and to satisfy their disturbing sickness.

23. This court shocked? Of course not, has anyone ever read the constitution. Why would anyone of the oppressed population follow such an atrocity? The US government should have redacted and deleted more than half of it many moons ago, yet their intention is to cause pain and then use that pain as a tool to their benefit.

24. The people in charge of those who racially discriminated against the Plaintiff John March, Jody Becker, they know what they are doing. They too will be held accountable for their intentional and deliberate actions, ignoring the Plaintiff, and continuing to allow the with holding of the Plaintiffs child, lacking any form of legal documentation. They know what is happening, and do nothing to remedy the Defendants unlawfulness. They know about the forgery, and hope the Plaintiff will just give up without a paid attorney on her side. But they forget this court was made for the Plaintiff.

25. The Plaintiff does not need to provide proof her medication causes dirties because the contents of her pee do not make her a child abuser and it is their job to prove she used and to prove it was not her medication not her job because she already provided the letter from her doctor. That and they must prove it was contributing factor to her abusing her child.

26. Why aren't these state officials in jail yet? Where they belong?

## CERTIFICATION AND CLOSING

*Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this reply: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the reply otherwise complies with the requirements of Rule 11.*

Dated: 4/20/21

Respectfully submitted,

Name: *[signature]*
Title: Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I, MYRIAM ZAYAS, do hereby certify that I have this day mailed, U.S. Mail Certified, postage prepaid, a true and correct copy of the above and foregoing to at the following address also send an email to the email listed:

THIS the 20th day of April 2021.

Page **8 of 8**

