The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MYRIAM ZAYAS,

    Plaintiff,

v.

ANNETTE MESSITT et al.,

    Defendants.

NO. 2:20-cv-00747 JCC

[PROPOSED] ORDER GRANTING DEFENDANTS JEFF WHITNEY, AMBER WHITNEY AND DAVID LA RAUS' MOTION FOR SUMMARY JUDGMENT

THIS MATTER coming on for hearing on Defendants JEFFREY WHITNEY, AMBER WHITNEY and DAVID LA RAUS (collectively, "Defendants") Motion For Summary Judgment, said Defendants appearing by and through their attorneys, BRENDAN M. LENIHAN and PETER E. KAY, Assistant Attorneys General, and Plaintiff, appearing pro se, and the court having considered the records and files herein, including:

1.     Defendants' Motion for Summary Judgment;

2.     Declaration of Brendan M. Lenihan in Support of Defendants' Motion for Summary Judgment;

3.     Declaration of Amber Whitney in Support of Defendants' Motion for Summary Judgment;

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
- NO. 2:20-cv-00747 JCC

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

4. Declaration of Ronda Haun in Support of Defendants' Motion for Summary Judgment;

5. Declaration of Jeff Whitney in Support of Defendants' Motion for Summary Judgment;

6. Declaration of David La Raus in Support of Defendants' Motion for Summary Judgment;

7. Declaration of Rachel Lighthill in Support of Defendants' Motion for Summary Judgment;

8. Declaration of Janelle Serrao in Support of Defendants' Motion for Summary Judgment;

9. Plaintiff's Response to Defendant's Motion for Summary Judgment (if any);

10. Defendants' Reply in Support of Defendants' Motion for Summary Judgment (if any);

11. _____

12. _____

13. _____

and being fully advised; now, therefore,

IT IS HEREBY ORDERED that

Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's complaint is hereby dismissed with prejudice against Defendants Jeff Whitney, Amber Whitney and David La Raus.

DATED this _____ day of _____, 2021.

_____
John C. Coughenour
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
- NO. 2:20-cv-00747 JCC

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/ Brendan M. Lenihan*
BRENDAN M. LENIHAN, WSBA No. 56066
Assistant Attorney General
Attorney for Defendants

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT
- NO. 2:20-cv-00747 JCC

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300