The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNETTE MESSITT, JEFFREY WHITNEY, AMBER WHITNEY<br><br>    Defendants. | NO. 2:20-cv-00747 JCC<br><br>NOTICE OF PHYSICAL FILING |

The attached thumb drive contains an audio file, which should be inserted into the following declaration exhibits:

- **LaRaus Declaration, Exhibit 1**
- **Lenihan, Exhibit 9**
- **Lighthill, Exhibit 3**
- **Serrao, Exhibit 3**

DATED this 5th day of August 2021.

ROBERT W. FERGUSON
Attorney General

*/s/ Brendan M. Lenihan*
*/s/ Peter Kay*
BRENDAN M. LENIHAN, WSB No. 56066

NOTICE OF PHYSICAL FILING
No. 2:20-cv-00747 JCC

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

| | |
|---|---|
| 1 | PETER KAY, WSB No. 24331 |
| 2 | Assistant Attorneys General |
|   | Attorneys for Defendants |
| 3 | Washington State Attorney General's Office |
|   | P.O. Box 40126 |
| 4 | Olympia, WA  98504-0126 |
|   | (360) 586-6419 |
| 5 | Brendan.Lenihan@atg.wa.gov |
|   | Peter.Kay@atg.wa.gov |

NOTICE OF PHYSICAL FILING              2              ATTORNEY GENERAL OF WASHINGTON
No. 2:20-cv-00747 JCC                                              Torts Division
                                                         7141 Cleanwater Drive SW
                                                              PO Box 40126
                                                         Olympia, WA  98504-0126
                                                              (360) 586-6300