1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable John C. Coughenour

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

MYRIAM ZAYAS,

                Plaintiff,

    v.

ANNETTE MESSITT, JEFFREY
WHITNEY, AMBER WHITNEY, et al.,

                Defendants.

NO. 2:20-cv-00747 JCC

DECLARATION OF AMBER
WHITNEY

Amber Whitney hereby declares as follows:

    1.    I am over the age of 18 and am competent to testify about the matters stated herein. I make this declaration based on my personal knowledge and the records in this case.

    2.    My husband and I have served as foster parents for more than five years. Between March 17, 2020 and July 26, 2020, we served as foster parents for ACZ, who is the daughter of Myriam Zayas. I did not receive any adoption assistance money for temporarily fostering ACZ.

    3.    While fostering ACZ, Myriam Zayas attempted to find out where we lived. We also learned from social workers that Myriam Zayas believed we had kidnapped her child. On June 24, 2020, I received a call from Department of Children, Youth and Families social

DECLARATION OF AMBER
WHITNEY
NO. 2:20-cv-00747 JCC

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

worker Jamaal Magee. Mr. Magee notified us that Ms. Zayas had threatened to confront my children and tell them they had been kidnapped by me and my spouse. Mr. Magee also told us that Ms. Zayas had threatened to come to our house and hold signs to let all of our neighbors know we are kidnappers. After my husband and I talked it over with the social workers, we all agreed that it was not safe for us or ACZ for ACZ to remain in our home. On July 26, 2020, ACZ was taken to a new foster home, which was difficult and sad for her and for our family.

4.    After ACZ left our home, Ms. Zayas continued to threaten and harass my family. At that point, I felt I had no choice other than to file for a harassment protection order to protect myself and my family from Ms. Zayas (attached as Exhibit 1 to this Declaration). On August 14, 2020, we obtained a harassment protection order against Ms. Zayas (Attached as Exhibit 2 to this declaration).

5.    *Exhibit 1* of this declaration is a true and correct copy of the Declaration of Amber Whitney in Support of Petition for Anti-Harassment Order, filed on August 14, 2020 in King County District Court.

6.    *Exhibit 2* of this declaration is a true and correct copy of the court's "Order for Protection – Harassment" filed against Myriam Zayas on August 31, 2020 in King County District Court.

I declare under penalty of perjury of law under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED in [city], Washington on this 29th day of July, 2021.

AMBER WHITNEY

DECLARATION OF AMBER WHITNEY
NO. 2:20-cv-00747 JCC

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# EXHIBIT 1

CERTIFICATION – State of Washington, County of King
The undersigned, duly authorized clerk of the King County District
Court, Washington, hereby certifies this document is a true and correct
copy of the original filed in the Court.

Dated _____ 9|1|2020 _____

Court Clerk: _____ ABD _____

**FILED**

AUG 3 1 2020

KCDC - We~ ~ivision
Seattle Courthouse

**STATE OF WASHINGTON**
**King County District Court**
**West Division, Seattle Courthouse**

| | |
|---|---|
| WHITNEY, AMBER <br><br> Petitioner, <br><br> vs. <br><br> ZAYAS, MYRIAM <br> Respondent. | No. ___205-01474___ <br> **Order for Protection -** <br> **Harassment** (ORAH) <br> Court Address: <br><br> Seattle Courthouse <br> 316 3rd Ave <br> Seattle, WA 98104 <br><br> Telephone Number: **(206)205-9200** <br> (Clerk's action required) |

**Warning to the Respondent**: Violation of the provisions of this order with actual notice of its terms is a criminal offense under RCW 10.14 and will subject a violator to arrest. Willful disobedience of the terms of this order may also be contempt of court and subject you to penalties under RCW 7.21.

1. Full Faith and Credit: The court has jurisdiction over the parties, the minors and the subject matter. This order is issued in accordance with the Full Faith and Credit provisions of VAWA.18 U.S.C. § 2265.

2. Notice of this hearing was served on the respondent by ☑ personal service ☐ service by publication pursuant to court order ☐ other _____.

3. Minors addressed in this order:

| Name (First, Middle Initial, Last), Age, Race, Sex |
|---|
| A.T.W, 9 Y/O, WHITE, MALE |
| R.E.W, 6 Y/O, WHITE, MALE |
| Q.O.W, 3 Y/O, WHITE, MALE |
| J.G.W, 1 Y/O, White, MALE |

Based upon the petition, testimony, and case record, the court finds that the respondent committed unlawful harassment, as defined in RCW 10.14.080, and was not acting pursuant to any statutory authority, and **it is therefore ordered that**:

☑ **No-Contact**: Respondent is **restrained** from making any attempts to contact Petitioner and any minors named in the table above. Includes No 3rd Party or Electronic Contact

Or for Protection (Harassment) (ORAH) – Page 1 of 4
UH-04.0500 (07/2019) - RCW 10.14.080 (4), RCW 9.41.800

*205-01474*

☑ **Surveillance**: Respondent is **restrained** from making any attempts to keep under surveillance Petitioner and any minors named in the table above.

☑ **Stay Away**: Respondent is **restrained** from entering or being within _~~500~~_ (distance) of Petitioner's ☑ residence ☑ place of employment ☐ other:

22344  122nd Ave. SE tent, WA
98031

☐ The address is confidential. ☐ Petitioner waives confidentiality of the address which is:

☐ **Other**:

☐ **Pay Fees and Costs**: judgment is granted against Respondent in favor of
_____ in the amount of $ _____ for costs incurred in bringing the action and $ _____ for attorneys' fees.

**Notice: Petitioner, you must fill out and file a completed form WPF UH 04.0700, Judgment Summary**.

The court has granted judgment against the respondent in the amount of $ _____ for administrative court costs and service fees. A Judgment Summary, form WPF UH 04.0700, must be completed and filed.

☐ **Prohibit Weapons and Order Surrender**

The Respondent must:

- not access, possess or obtain any firearms, other dangerous weapons, or concealed pistol licenses; and
- comply with the *Order to Surrender Weapons* filed separately.

(*Note: Also use form All Cases 02.050.*)

**Findings** – The court *(check all that apply):*

☐ **must** issue the orders referred to above because the court finds by clear and convincing evidence that the respondent:

    ☐ has used, displayed, or threatened to use a firearm or other dangerous weapon in a felony; or

    ☐ is ineligible to possess a firearm under RCW 9.41.040.

☐ **may** issue the orders referred to above because the court finds by a preponderance of evidence, the respondent:

    ☐ presents a serious and imminent threat to public health or safety, or the health or safety of any individual by possessing a firearm or other dangerous weapon; or

    ☐ has used, displayed or threatened to use a firearm or other dangerous weapon in a felony; or

    ☐ is ineligible to possess a firearm under RCW 9.41.040.

---

### Washington Crime Information Center (WACIC) Data Entry

**It is further ordered** that the clerk of the court shall forward a copy of this order, and any order to surrender weapons, on or before the next judicial day

_____SEATTLE_____, **where Petitioner lives** and shall enter it into WACIC.

### Service

☐ The clerk of the court shall also electronically forward a copy of this order, and any order to surrender weapons, on or before the next judicial day to:

_____KENT_____, **where Respondent lives** which shall personally serve the respondent with a copy of this order and shall promptly complete and return to this court proof of service.

☐ Respondent appeared and was informed of the order by the court; further service is not required.

Or ☐ (*Only if surrender of weapons not ordered*) Petitioner has made private arrangements for service of this order.

Or ☐ Respondent did not appear. The restraint provisions in this order are the same as those in the temporary order. The court is satisfied that the respondent was personally served with the temporary order. Further service is not required.

This Anti-harassment protection order expires on _____ 8/31/21 _____.

If the duration of this order exceeds one year, the court finds that Respondent is likely to resume unlawful harassment of the petitioner when the order expires.

Or for Protection (Harassment) (ORAH) – Page 3 of 4
UH-04.0500 (07/2019) - RCW 10.14.080 (4), RCW 9.41.800                    *205-01474*

**01010245**

Other:

Dated __8/31/2020__ at _____9:46 am____

Judge GREGG HIRAKAWA

I acknowledge receipt of a copy of this Order:

_____
Signature of Respondent/Lawyer WSBA No.

_____
Signature of Petitioner/Lawyer          WSBA No.

_____
Print Name                                     Date

_____Jeff Whitney_____          9/1/2020
Print Name                                     Date

**Petitioner or Petitioner's Lawyer must complete a Law Enforcement Information Sheet (LEIS).**

**Petitioner**: The law allows you to register for certain notifications regarding this protection order and its status. Visit www.RegisterVPO.com or call 1-877-242-4055 for more information, or to sign up. If you feel that you are in danger, call 9-1-1 immediately.

CERTIFICATION – State of Washington, County of King
The undersigned, duly authorized clerk of the King County District
Court, Washington, hereby certifies this document is a true and correct
copy of the original filed in the Court.

Dated: _7/1/2020_

Court Clerk _ABB_

**FILED**

AUG 3 1 2020

KCDC - West Division
Seattle Courthouse

**STATE OF WASHINGTON**
**King County District Court**
**West Division, Seattle Courthouse**

WHITNEY, JEFFREY

_____
Petitioner,

vs.

ZAYAS, MYRIAM
_____
Respondent.

No. ___205 01474___
**Order for Protection -**
**Harassment** (ORAH)
Court Address:

Seattle Courthouse

316 3rd Ave

Seattle, WA 98104

Telephone Number: **(206)205-9200**
(Clerk's action required)

**Warning to the Respondent**: Violation of the provisions of this order with actual notice of its terms is a criminal offense under RCW 10.14 <u>and will subject a violator to arrest</u>. Willful disobedience of the terms of this order may also be contempt of court and subject you to penalties under RCW 7.21.

1. Full Faith and Credit:  The court has jurisdiction over the parties, the minors and the subject matter.  This order is issued in accordance with the Full Faith and Credit provisions of VAWA. 18 U.S.C. § 2265.

2. Notice of this hearing was served on the respondent by ☑ personal service ☐ service by publication pursuant to court order ☐ other _____.

3. Minors addressed in this order:

| Name (First, Middle Initial, Last), Age, Race, Sex |
|---|
| A.T.W, 9 Y/O, WHITE, MALE |
| R.E.W, 6 Y/O, WHITE, MALE |
| Q.O.W, 3 Y/O, WHITE, MALE |
| J.G.W, 1 Y/O, White, MALE |

Based upon the petition, testimony, and case record, the court finds that the respondent committed unlawful harassment, as defined in RCW 10.14.080, and was not acting pursuant to any statutory authority, and **it is therefore ordered that**:

☑ **No-Contact**:  Respondent is **restrained** from making any attempts to contact Petitioner and any minors named in the table above. _Includes No 3rd Party or Electronic Contact_

Or for Protection (Harassment) (ORAH) – Page 1 of 4
UH-04.0500 (07/2019) - RCW 10.14.080 (4), RCW 9.41.800

_205-01474_

**01010247**

☑ **Surveillance**: Respondent is **restrained** from making any attempts to keep under surveillance Petitioner and any minors named in the table above.

☑ **Stay Away**: Respondent is **restrained** from entering or being within ___500'___ (distance) of Petitioner's ☑ residence ☑ place of employment ☐ other:

☐ The address is confidential. ☑ Petitioner waives confidentiality of the address which is:

22344  122nd Ave. SE  Kent, WA 98032

☐ **Other**:

☐ **Pay Fees and Costs**: judgment is granted against Respondent in favor of _____ in the amount of $ _____ for costs incurred in bringing the action and $ _____ for attorneys' fees.

**Notice: Petitioner, you must fill out and file a completed form WPF UH 04.0700, Judgment Summary**.

The court has granted judgment against the respondent in the amount of $ _____ for administrative court costs and service fees. A Judgment Summary, form WPF UH 04.0700, must be completed and filed.

**Or for Protection (Harassment)** (ORAH) – Page 2 of 4
UH-04.0500 (07/2019) - RCW 10.14.080 (4), RCW 9.41.800          *205-01474*

**01010248**

☐ **Prohibit Weapons and Order Surrender**

The Respondent must:

- not access, possess or obtain any firearms, other dangerous weapons, or concealed pistol licenses; and
- comply with the ***Order to Surrender Weapons*** filed separately.

*(Note: Also use form All Cases 02.050.)*

**Findings** – The court *(check all that apply):*

☐ **must** issue the orders referred to above because the court finds by clear and convincing evidence that the respondent:

☐ has used, displayed, or threatened to use a firearm or other dangerous weapon in a felony; or

☐ is ineligible to possess a firearm under RCW 9.41.040.

☐ **may** issue the orders referred to above because the court finds by a preponderance of evidence, the respondent:

☐ presents a serious and imminent threat to public health or safety, or the health or safety of any individual by possessing a firearm or other dangerous weapon; or

☐ has used, displayed or threatened to use a firearm or other dangerous weapon in a felony; or

☐ is ineligible to possess a firearm under RCW 9.41.040.

---

**Washington Crime Information Center (WACIC) Data Entry**

**It is further ordered** that the clerk of the court shall forward a copy of this order, and any order to surrender weapons, on or before the next judicial day
_____SEATTLE_____, **where Petitioner lives** and shall enter it into WACIC.

**Service**

☐ The clerk of the court shall also electronically forward a copy of this order, and any order to surrender weapons, on or before the next judicial day to:

_____KENT_____, **where Respondent lives** which shall personally serve the respondent with a copy of this order and shall promptly complete and return to this court proof of service.

☐ Respondent appeared and was informed of the order by the court; further service is not required.

Or ☑ *(Only if surrender of weapons not ordered)* Petitioner has made private arrangements for service of this order.

Or ☐ Respondent did not appear. The restraint provisions in this order are the same as those in the temporary order. The court is satisfied that the respondent was personally served with the temporary order. Further service is not required.

**This Anti-harassment protection order expires on** ___8/31/21_____.

If the duration of this order exceeds one year, the court finds that Respondent is likely to resume unlawful harassment of the petitioner when the order expires.

**Or for Protection (Harassment)** (ORAH) – Page 3 of 4
UH-04.0500 (07/2019) - RCW 10.14.080 (4), RCW 9.41.800          *205-01474*

**01010249**

Other:

Dated    8/31/2020   at    9:46 am

Judge GREGG HIRAKAWA

I acknowledge receipt of a copy of this Order:

_____
Signature of Respondent/Lawyer WSBA No.

_____
Signature of Petitioner/Lawyer        WSBA No.

Print Name                                                Date

Jeff Whitney                              9/1/20
Print Name                                                Date

**Petitioner or Petitioner's Lawyer must complete a Law Enforcement Information Sheet (LEIS).**

**Petitioner**: The law allows you to register for certain notifications regarding this protection order and its status. Visit www.RegisterVPO.com or call 1-877-242-4055 for more information, or to sign up. If you feel that you are in danger, call 9-1-1 immediately.

**Or for Protection (Harassment)** (ORAH) – Page 4 of 4
UH-04.0500 (07/2019) - RCW 10.14.080 (4), RCW 9.41.800          *205-01474*

**01010250**

**LAW ENFORCEMENT INFORMATION** *Do NOT serve or show this sheet to the restrained person! Do NOT FILE in the court file. Give this form to law enforcement.*

### Type or print clearly!
This completed form is **required** by law enforcement. This information is **necessary** to serve, enforce, and enter your order into the statewide law enforcement computer. Fill in the following information as completely as possible.

| Court:<br>King County District Court | Case Number:<br>20S-01474 |
|---|---|

- [ ] Domestic Violence
- [x] Unlawful Harassment
- [ ] Sexual Assault
- [ ] Dissolution/Separation/Invalidity/Non-parental Custody/Paternity
- [ ] Vulnerable Adult
- [ ] Stalking

### Restrained Person's Information
(This is the person that you want the court to restrain.)

| **Name:** First | Middle | Last | Nickname | Relationship to Protected Person |
|---|---|---|---|---|
| Myriam Zayas | | | | parent of foster child |

| Date of Birth | Sex<br>F | Race<br>hispanic | Height | Weight | Eye Color | Hair Color<br>dark | Skin Tone<br>tan | Build<br>medium |
|---|---|---|---|---|---|---|---|---|

| Last Known Address<br>Street: 27369 129th Place SE<br>City: Kent        State: WA  Zip: 98030 | Phone(s) w/Area Code<br>360-602-1444 | Need Interpreter?<br>Yes or **No**  no<br>Language: |
|---|---|---|

Email address: amiya.angel@gmail.com

| Employer | Employer's Address | WORK<br>Hours:<br>Phone: |
|---|---|---|

| Vehicle License Number | Vehicle Make and Model<br>Escalade | Vehicle Color<br>cream | Vehicle Year | Drivers License or ID number | State<br>WA |
|---|---|---|---|---|---|

Does the restrained person have a **disability, brain injury, or impairment requiring special assistance** when law enforcement serves the order? [x] No  [ ] Yes. If yes, describe (continue on back, if needed):

**Hazard Information** Restrained Person's History Includes:
- [ ] Involuntary/Voluntary Commitment
- [x] Suicide Attempt or Threats
- [ ] Assault
- [ ] Assault with Weapons
- [ ] Alcohol/Drug Abuse
- [x] Other: threats to bomb buildings and kill social workers

**Weapons:** [ ] Handguns  [ ] Rifles  [ ] Knives  [ ] Explosives  [ ] Other: unknown
**Location of Weapons:** [ ] Vehicle  [ ] On Person  [ ] Residence   Describe in detail:
unknown

### Current Status (Circle Yes, No or N/A.)

Is the restrained person a current or former cohabitant as an intimate partner? Y (N)
Are you and the restrained person living together now? Y (N)
Does the restrained person know he/she may be moved out of the home? Y  N (N/A)
Does the restrained person know you're trying to get this order? Y (N)
Is the restrained person likely to react violently when served? Y (N)

**FILED**

AUG 17 2020

KCDC - West Division
Seattle Courthouse

## Protected Person's Information
(This is the person you want the court to protect.)

| Name: | First | | Middle | | | Last | | | |
|-------|-------|--|--------|--|--|------|--|--|--|
| Jeffrey Scott Whitney | | | | | | | | | |

| Date of Birth | Sex | Race | Height | Weight | Eye Color | Hair Color | Skin Tone | Build |
|---------------|-----|------|--------|--------|-----------|------------|-----------|-------|
| | M | W | 6'0" | 184 | hazel | dark blonde | fair | fit |

If your information *is not confidential*, you must enter your address and phone number(s) below.

| Current Address Street: City: | State: | Zip: | Phone(s) w/Area Code | Need interpreter? Yes or No  Language: no |
|---|---|---|---|---|

Email address:

If your information *is confidential*, you must provide the name, address, and phone number of someone willing to be your "contact."

| Contact Name | Contact Address | Contact Phone |
|--------------|-----------------|---------------|
| Robert Miller | 920 5th Ave, suite 3300, Seattle, WA 98104 | 206-757-8508 |

If you filed for someone else, list your name, phone number, and address:

## Minor's Information

| Name: First  Middle  Last | Sex | Race | Birth date | Resides With |
|---|---|---|---|---|
| ATW | M | W | | protected persons |
| REW | M | W | | protected persons |
| QOW | M | W | | protected persons |
| JGW | M | W | | protected persons |

Below, describe the minor's relationship to the protected or restrained person using terms such as: child, grandchild, stepchild, nephew, none.

| Name: First  Middle  Last | Minor's Relationship to Protected Person | Minor's Relationship to Restrained Person |
|---|---|---|
| same as above | Biological child | none |
| | Biological child | none |
| | Biological child | none |
| | Biological child | none |

## Victim's Household Members or Adult Children Protected

| Name: Amber Whitney | birth date |
|---|---|
| Name: | birth date: |
| Name: | birth date: |
| Name: | birth date: |

## Protected Person's Information
### (This is the person you want the court to protect.)

| Name: | First | | Middle | | | Last | | | |
|-------|-------|---|--------|---|---|------|---|---|---|
| Amber Janelle Whitney | | | | | | | | | |

| Date of Birth | Sex | Race | Height | Weight | Eye Color | Hair Color | Skin Tone | Build |
|---------------|-----|------|--------|--------|-----------|------------|-----------|-------|
| ▮ | F | W | 5'6" | 122 | brown | brown | tan | thin |

If your information *is not confidential*, you must enter your address and phone number(s) below.

| Current Address Street: City: | | State: | Zip: | Phone(s) w/Area Code | Need interpreter? Yes or No  Language: no |
|---|---|---|---|---|---|

Email address:

If your information *is confidential*, you must provide the name, address, and phone number of someone willing to be your "contact."

| Contact Name | Contact Address | Contact Phone |
|--------------|-----------------|---------------|
| Robert Miller | 920 5th Ave, suite 3300, Seattle, WA 98104 | 206-757-8508 |

If you filed for someone else, list your name, phone number, and address:

## Minor's Information

| Name: First    Middle    Last | Sex | Race | Birth date | Resides With |
|-------------------------------|-----|------|------------|--------------|
| ▮ATW▮ | M | W | ▮ | protected persons |
| ▮REW▮ | M | W | ▮ | protected persons |
| ▮QOW▮ | M | W | ▮ | protected persons |
| ▮JGW▮ | M | W | ▮ | protected persons |

Below, describe the minor's relationship to the protected or restrained person using terms such as: child, grandchild, stepchild, nephew, none.

| Name: First    Middle    Last | Minor's Relationship to Protected Person | Minor's Relationship to Restrained Person |
|-------------------------------|------------------------------------------|-------------------------------------------|
| same as above | Biological child | none |
| | Biological child | none |
| | Biological child | none |
| | Biological child | none |

## Victim's Household Members or Adult Children Protected

| Name: Jeffrey Whitney | birth date: ▮ |
|------------------------|---------------|
| Name: | birth date: |
| Name: | birth date: |
| Name: | birth date: |

**STATE OF WASHINGTON**
**KING COUNTY DISTRICT COURT**
**WEST DIVISION, Seattle Courthouse**

Whitney, Jeffrey Scott

Petitioner

vs.

Zayas, Myriam

Respondent

NO.   205-01474

**Return of Service -**
**Harassment**
(RTS)

**Identification of server:**

1.   My name is _____.  I am ☐ a peace officer ☐ 18 years of age or older and not the petitioner or the respondent.

**Able to serve:**

2.   ☐ I served Zayas, Myriam (name of person served)

on _____ (date) at _____ (time) at this address:

_____,

with the documents checked in paragraph 4.

**Not able to serve:**

3.   ☐ I was unable to make personal service on the respondent. ☐ I notified the petitioner that respondent was not served.

☐ I was unable to make personal service on the petitioner. ☐ I notified the respondent that petitioner was not served.

☐ Personal service was attempted on the following date(s)_____

_____
_____.

☐ No service was attempted because _____

_____
_____
_____.

☐ I mailed a copy of the documents checked in paragraph 4 to the respondent at his or her last known address: _____
_____

☐ I did not mail the documents checked in paragraph 4 to the respondent, because I do not know the respondent's last known address.

**List of documents:**

4.  I served the:

☐ Petition for an Order for Protection

☐ Temporary Order for Protection/Notice of Hearing

☐ Reissuance of Temporary Order for Protection and Notice of Hearing

☐ Order for Protection  - Harassment

☐ Order to Surrender Weapons Issued without Notice

☐ Order to Surrender Weapons

☐ Motion to Modify/Terminate Order for Protection

☐ Other:_____
_____
_____

5.  **Other:**

_____
_____
_____
_____.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated: _____ at _____, Washington.

Fees:  Service _____
       Mileage _____

       _____
       Signature of Server

       _____
       Print or Type Name

       Total   _____
       _____
       Law Enforcement Agency

Return this form to the location below:

King County District Court - Seattle
516 3rd Ave, Seattle, WA 98104
FAX:  (206)296-0910

<table>
<tr><td>

STATE OF WASHINGTON<br>
KING COUNTY DISTRICT COURT<br>
**WEST DIVISION, Seattle Courthouse**
</td><td></td></tr>
</table>

STATE OF WASHINGTON
KING COUNTY DISTRICT COURT
**WEST DIVISION, Seattle Courthouse**

Whitney, Amber Janelle

Petitioner

vs.

Zayas, Myriam
Respondent

NO.  205-01474

**Return of Service - Harassment**
(RTS)

**Identification of server:**

1. My name is _____. I am ☐ a peace officer ☐ 18 years of age or older and not the petitioner or the respondent.

**Able to serve:**

2. ☐ I served _Zayas, Myriam_ (name of person served)

   on _____ (date) at _____ (time) at this address:

   _____,

   with the documents checked in paragraph 4.

**Not able to serve:**

3. ☐ I was unable to make personal service on the respondent. ☐ I notified the petitioner that respondent was not served.

   ☐ I was unable to make personal service on the petitioner. ☐ I notified the respondent that petitioner was not served.

   ☐ Personal service was attempted on the following date(s)_____

   _____
   _____.

   ☐ No service was attempted because _____
   _____
   _____
   _____.

☐ I mailed a copy of the documents checked in paragraph 4 to the respondent at his or her last known address: _____
_____.

☐ I did not mail the documents checked in paragraph 4 to the respondent, because I do not know the respondent's last known address.

**List of documents:**

4.  I served the:

☐ Petition for an Order for Protection

☐ Temporary Order for Protection/Notice of Hearing

☐ Reissuance of Temporary Order for Protection and Notice of Hearing

☐ Order for Protection - Harassment

☐ Order to Surrender Weapons Issued without Notice

☐ Order to Surrender Weapons

☐ Motion to Modify/Terminate Order for Protection

☐ Other:_____

_____

_____

5.  **Other:**

_____
_____
_____
_____.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated: _____ at _____, Washington.

Fees:  Service _____

       Mileage _____

_____
Signature of Server

_____
Print or Type Name

       Total _____

_____
Law Enforcement Agency

Return this form to the location below:

King County District Court - Seattle
516 3rd Ave, Seattle, WA 98104
FAX: (206)296-0910