The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS, | NO. 2:20-cv-00747 JCC |
| Plaintiff, | DECLARATION OF RONDA HAUN |
| v. | |
| ANNETTE MESSITT, JEFFREY WHITNEY, AMBER WHITNEY, et al., | |
| Defendants. | |

Ronda Haun hereby declares as follows:

1. I am over the age of 18 and am competent to testify about the matters stated herein. I make this declaration based on my personal knowledge and the records in this case.

2. I am the Risk Management Office Chief for the Washington State Department of Children, Youth, and Families (DCYF).

3. On March 17, 2020, Myriam Zayas's child (herein referred to by her initials "ACZ"), was placed in the temporary foster home of Jeff and Amber Whitney. Jeff and Amber Whitney received basic foster care payments from DCYF for their temporary fostering of ACZ. Jeff and Amber Whitney did not receive adoption assistance funds from DCYF for their temporary fostering of ACZ.

DECLARATION OF RONDA HAUN  
NO. 2:20-cv-00747 JCC

1

ATTORNEY GENERAL OF WASHINGTON  
Torts Division  
7141 Cleanwater Drive SW  
PO Box 40126  
Olympia, WA 98504-0126  
(360) 586-6300

I declare under penalty of perjury of law under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED in Seattle, Washington on this 29 day of July 2021.

*Ronda Haun*
RONDA HAUN

DECLARATION OF RONDA HAUN
NO. 2:20-cv-00747 JCC

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300