

The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

MYRIAM ZAYAS,

                Plaintiff,

    v.

ANNETTE MESSITT, JEFFREY
WHITNEY, AMBER WHITNEY, et al.,

                Defendants.

NO. 2:20-cv-00747 JCC

DECLARATION OF JEFF
WHITNEY

Jeff Whitney hereby declares as follows:

    1.     I am over the age of 18 and am competent to testify about the matters stated herein. I make this declaration based on my personal knowledge and the records in this case.

    2.     My wife and I have served as foster parents for more than five years. Between March 17, 2020 and July 26, 2020, we served as foster parents for ACZ, who is the daughter of Myriam Zayas. I did not receive any adoption assistance money for temporarily fostering ACZ.

    3.     In June and July of 2020, I learned that Ms. Zayas had been attempting to find out where we lived and had made threatening statements about my family. After my wife and I talked it over with the social workers, we all agreed that it was not safe for us or ACZ for

DECLARATION OF JEFF WHITNEY
NO.  2:20-cv-00747 JCC

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

ACZ to remain in our home. On July 26, 2020, ACZ was taken to a new foster home, which was difficult and sad for her and for our family.

4.    On August 12, 2020, I logged into my LinkedIn account that I use for work, and I found a threatening message from Myriam Zayas. I took a screenshot of the message, which is attached to this Declaration as Exhibit 1.

5.    For all the reasons my wife Amber Whitney explained in her declaration (Attached as Exhibit 2 to this Declaration), I seriously feared for the safety of my family if Myriam Zayas was not prevented from contacting us or coming near us. At that point, my wife and I felt no choice other than to file for a harassment protection order (Attached as Exhibit 3 to this Declaration) to protect our family from Ms. Zayas. On August 14, 2020, we obtained a harassment protection order against Ms. Zayas (Attached as Exhibit 4 to this declaration).

6.    *Exhibit 1* of this declaration is a true and correct copy of the August 12, 2020 screen shot of a message from Myriam Zayas to Jeff Whitney on LinkedIn.

7.    *Exhibit 2* of this declaration is a true and correct copy of the Declaration of Amber Whitney in Support of Petition for Anti-Harassment Order, filed on August 14, 2020 in King County District Court.

8.    *Exhibit 3* of this declaration is a true and correct copy of the Declaration of Jeff Whitney in Support of Petition for Anti-Harassment Order, filed on August 14, 2020 in King County District Court.

9.    *Exhibit 4* of this declaration is a true and correct copy of the court's "Order for Protection – Harassment" filed against Myriam Zayas on August 31, 2020 in King County District Court.

I declare under penalty of perjury of law under the laws of the State of Washington that the foregoing is true and correct.

DECLARATION OF JEFF WHITNEY          2          ATTORNEY GENERAL OF WASHINGTON
NO.  2:20-cv-00747 JCC                                                    Torts Division
                                                                   7141 Cleanwater Drive SW
                                                                          PO Box 40126
                                                                   Olympia, WA 98504-0126
                                                                         (360) 586-6300

1

2   EXECUTED in [city], Washington on this 29th day of July 2021.
        Kent

3

4

5   JEFF WHITNEY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JEFF WHITNEY                3        ATTORNEY GENERAL OF WASHINGTON
NO. 2:20-cv-00747 JCC                                         Torts Division
                                                        7141 Cleanwater Drive SW
                                                              PO Box 40126
                                                        Olympia, WA 98504-0126
                                                            (360) 586-6300

# EXHIBIT 1



**Jeff Whitney** ████████████████

## ACZ
1 message

**M Zayas** <messages-noreply@linkedin.com>                    Wed, Aug 12, 2020 at 5:07 PM
To: Jeff Whitney ████████████████



Jeff Whitney 

Dear Jeffrey & Amber Whitney: 08/10/2020
My name is Myriam Zayas and I am the biological mother of A**** C*****-Z****. I
was informed on July 27th that you have taken my child on a "Daddy daughter date
"the week prior. She commonly refers to you and your wife as Foster Mom
and Foster Dad, from the looks of your Facebook page you seem to commonly
refer to foster
children as "your own." I regret to inform you but the agency you are dealing
with has illegally obtained my child using forgery and perjury. I have filed 4 lawsuits
on 7 social workers and 1 judge now we sit here going on 5 months and everyone
is so afraid of their felonies they will not even speak to me. Because of this fact my
efforts in her return home are delayed. I never agreed to put her in any kind of
adoption situation CPS was legally not even allowed to remove her during a
mandated lock down which is why they never
went on the record and forged the court order for her removal. They are being
held accountable and I will stop at nothing to make sure of it. I never abused my
child; she was stolen, so was my 16-year-old son in 2019 both without a court
order. However, since you are calling yourself her father and she has no father
listed on her birth certificate, I do believe you should pay back child
support for the last 6 years of her life to me. This is my intent to sue letter to you.

| Reply | Not interested |
|---|---|

⌖ View M's LinkedIn profile

Unsubscribe  |  Help

This email was intended for Jeff Whitney (Business Administrator at Transformative
Wave Technologies). Learn why we included this.

**Linked** in

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

# EXHIBIT 2

<table>
<tr><td>

CERTIFICATION – State of Washington, County of King
The undersigned, duly authorized clerk of the King County District
Court, Washington, hereby certifies this document is a true and correct
copy of the original filed in the Court.

Dated ___9\1\2020___

Court Clerk: ___ABB___

</td><td>

**FILED**

AUG 3 1 2020

KCDC - We    Division
Seattle Courthouse

</td></tr>
</table>

**STATE OF WASHINGTON**
**King County District Court**
**West Division, Seattle Courthouse**

| | |
|---|---|
| WHITNEY, AMBER | No. ___205-01474___ |
| | **Order for Protection -** |
| Petitioner, | **Harassment** (ORAH) |
| vs. | Court Address: |
| | Seattle Courthouse |
| ZAYAS, MYRIAM | 316 3rd Ave |
| Respondent. | Seattle, WA 98104 |
| | |
| | Telephone Number: **(206)205-9200** |
| | (Clerk's action required) |

**Warning to the Respondent**: Violation of the provisions of this order with actual notice of its terms is a criminal offense under RCW 10.14 and will subject a violator to arrest. Willful disobedience of the terms of this order may also be contempt of court and subject you to penalties under RCW 7.21.

1. Full Faith and Credit: The court has jurisdiction over the parties, the minors and the subject matter. This order is issued in accordance with the Full Faith and Credit provisions of VAWA.18 U.S.C. § 2265.

2. Notice of this hearing was served on the respondent by ☐ personal service ☐ service by publication pursuant to court order ☐ other _____.

3. Minors addressed in this order:

| Name (First, Middle Initial, Last), Age, Race, Sex |
|---|
| A.T.W, 9 Y/O, WHITE, MALE |
| R.E.W, 6 Y/O, WHITE, MALE |
| Q.O.W, 3 Y/O, WHITE, MALE |
| J.G.W, 1 Y/O, White, MALE |

Based upon the petition, testimony, and case record, the court finds that the respondent committed unlawful harassment, as defined in RCW 10.14.080, and was not acting pursuant to any statutory authority, and **it is therefore ordered that**:

☑ **No-Contact**: Respondent is **restrained** from making any attempts to contact Petitioner and any minors named in the table above. Includes No 3rd Party or Electronic Contact

**Or for Protection (Harassment)** (ORAH) – Page 1 of 4
UH-04.0500 (07/2019) - RCW 10.14.080 (4), RCW 9.41.800

205-01474

**01010243**

☒ **Surveillance**:  Respondent is **restrained** from making any attempts to keep under surveillance Petitioner and any minors named in the table above.

☒ **Stay Away**:  Respondent is **restrained** from entering or being within _500_ (distance) of Petitioner's ☒ residence ☒ place of employment ☐ other:

> 22344  122nd Ave. SE tent, WA
> 98031

☐ The address is confidential. ☐ Petitioner waives confidentiality of the address which is:

☐ **Other**:

☐ **Pay Fees and Costs**:  judgment is granted against Respondent in favor of
_____ in the amount of $ _____ for costs incurred in bringing the action and $ _____ for attorneys' fees.

**Notice: Petitioner, you must fill out and file a completed form WPF UH 04.0700, Judgment Summary**.

The court has granted judgment against the respondent in the amount of $ _____ for administrative court costs and service fees.  A Judgment Summary, form WPF UH 04.0700, must be completed and filed.

☐ **Prohibit Weapons and Order Surrender**

The Respondent must:

- not access, possess or obtain any firearms, other dangerous weapons, or concealed pistol licenses; and
- comply with the *Order to Surrender Weapons* filed separately.

(*Note: Also use form All Cases 02.050.*)

**Findings** – The court *(check all that apply):*

☐ **must** issue the orders referred to above because the court finds by clear and convincing evidence that the respondent:

    ☐ has used, displayed, or threatened to use a firearm or other dangerous weapon in a felony; or

    ☐ is ineligible to possess a firearm under RCW 9.41.040.

☐ **may** issue the orders referred to above because the court finds by a preponderance of evidence, the respondent:

    ☐ presents a serious and imminent threat to public health or safety, or the health or safety of any individual by possessing a firearm or other dangerous weapon; or

    ☐ has used, displayed or threatened to use a firearm or other dangerous weapon in a felony; or

    ☐ is ineligible to possess a firearm under RCW 9.41.040.

---

**Washington Crime Information Center (WACIC) Data Entry**

**It is further ordered** that the clerk of the court shall forward a copy of this order, and any order to surrender weapons, on or before the next judicial day

_____SEATTLE_____, where **Petitioner lives** and shall enter it into WACIC.

**Service**

☐ The clerk of the court shall also electronically forward a copy of this order, and any order to surrender weapons, on or before the next judicial day to:

_____KENT_____, where **Respondent lives** which shall personally serve the respondent with a copy of this order and shall promptly complete and return to this court proof of service.

☐ Respondent appeared and was informed of the order by the court; further service is not required.

Or ☐ (*Only if surrender of weapons not ordered*) Petitioner has made private arrangements for service of this order.

Or ☐ Respondent did not appear. The restraint provisions in this order are the same as those in the temporary order. The court is satisfied that the respondent was personally served with the temporary order. Further service is not required.

This Anti-harassment protection order expires on _____8/31/21_____.

If the duration of this order exceeds one year, the court finds that Respondent is likely to resume unlawful harassment of the petitioner when the order expires.

Or for Protection (Harassment) (ORAH) – Page 3 of 4
UH-04.0500 (07/2019) - RCW 10.14.080 (4), RCW 9.41.800                    *205-01474*

**01010245**

Other:

Dated __8/31/2020__ at ___9:46 am___

Judge GREGG HIRAKAWA

I acknowledge receipt of a copy of this Order:

Signature of Respondent/Lawyer WSBA No.

Print Name       Date

Signature of Petitioner/Lawyer    WSBA No.

Print Name   _Jeff Whitney_    9/1/2020

Print Name       Date

Petitioner or Petitioner's Lawyer must complete a Law Enforcement Information Sheet (LEIS).

**Petitioner**: The law allows you to register for certain notifications regarding this protection order and its status. Visit www.RegisterVPO.com or call 1-877-242-4055 for more information, or to sign up. If you feel that you are in danger, call 9-1-1 immediately.

CERTIFICATION – State of Washington, County of King
The undersigned, duly authorized clerk of the King County District
Court, Washington, hereby certifies this document is a true and correct
copy of the original filed in the Court.

Dated: 7/1/2020

Court Clerk: ABB

**FILED**

AUG 3 1 2020

KCDC - West Division
Seattle Courthouse

**STATE OF WASHINGTON**
**King County District Court**
**West Division, Seattle Courthouse**

WHITNEY, JEFFREY

Petitioner,

vs.

ZAYAS, MYRIAM

Respondent.

No. ___205 01474___
**Order for Protection -**
**Harassment** (ORAH)
Court Address:

Seattle Courthouse

316 3rd Ave

Seattle, WA 98104

Telephone Number: **(206)205-9200**
(Clerk's action required)

> **Warning to the Respondent**: Violation of the provisions of this order with actual notice of its terms is a criminal offense under RCW 10.14 and will subject a violator to arrest. Willful disobedience of the terms of this order may also be contempt of court and subject you to penalties under RCW 7.21.

1. Full Faith and Credit:  The court has jurisdiction over the parties, the minors and the subject matter.  This order is issued in accordance with the Full Faith and Credit provisions of VAWA. 18 U.S.C. § 2265.

2. Notice of this hearing was served on the respondent by ☒ personal service ☐ service by publication pursuant to court order ☐ other _____.

3. Minors addressed in this order:

| Name (First, Middle Initial, Last), Age, Race, Sex |
|---|
| A.T.W, 9 Y/O, WHITE, MALE |
| R.E.W, 6 Y/O, WHITE, MALE |
| Q.O.W, 3 Y/O, WHITE, MALE |
| J.G.W, 1 Y/O, White, MALE |

Based upon the petition, testimony, and case record, the court finds that the respondent committed unlawful harassment, as defined in RCW 10.14.080, and was not acting pursuant to any statutory authority, and **it is therefore ordered that**:

> ☒ **No-Contact**:  Respondent is **restrained** from making any attempts to contact Petitioner and any minors named in the table above. Includes No 3rd Party or Electronic Contact

Or for Protection (Harassment) (ORAH) – Page 1 of 4
UH-04.0500 (07/2019) - RCW 10.14.080 (4), RCW 9.41.800

205-01474

**01010247**

**Surveillance**: Respondent is **restrained** from making any attempts to keep under surveillance Petitioner and any minors named in the table above.

☑ **Stay Away**: Respondent is **restrained** from entering or being within ___500 ft___ (distance) of Petitioner's ☑ residence ☑ place of employment ☐ other:

☐ The address is confidential. ☑ Petitioner waives confidentiality of the address which is:

22344 122nd Ave. SE Kent, WA 98037

☐ **Other**:

☐ **Pay Fees and Costs**: judgment is granted against Respondent in favor of _____ in the amount of $ _____ for costs incurred in bringing the action and $ _____ for attorneys' fees.

**Notice**: **Petitioner, you must fill out and file a completed form WPF UH 04.0700, Judgment Summary**.

The court has granted judgment against the respondent in the amount of $ _____ for administrative court costs and service fees. A Judgment Summary, form WPF UH 04.0700, must be completed and filed.

☐ **Prohibit Weapons and Order Surrender**

The Respondent must:

- not access, possess or obtain any firearms, other dangerous weapons, or concealed pistol licenses; and
- comply with the ***Order to Surrender Weapons*** filed separately.

(*Note: Also use form All Cases 02.050.*)

**Findings** – The court *(check all that apply):*

☐ **must** issue the orders referred to above because the court finds by clear and convincing evidence that the respondent:

☐ has used, displayed, or threatened to use a firearm or other dangerous weapon in a felony; or

☐ is ineligible to possess a firearm under RCW 9.41.040.

☐ **may** issue the orders referred to above because the court finds by a preponderance of evidence, the respondent:

☐ presents a serious and imminent threat to public health or safety, or the health or safety of any individual by possessing a firearm or other dangerous weapon; or

☐ has used, displayed or threatened to use a firearm or other dangerous weapon in a felony; or

☐ is ineligible to possess a firearm under RCW 9.41.040.

---

**Washington Crime Information Center (WACIC) Data Entry**

**It is further ordered** that the clerk of the court shall forward a copy of this order, and any order to surrender weapons, on or before the next judicial day

_____SEATTLE_____, **where Petitioner lives** and shall enter it into WACIC.

**Service**

☐ The clerk of the court shall also electronically forward a copy of this order, and any order to surrender weapons, on or before the next judicial day to:

_____KENT_____, **where Respondent lives** which shall personally serve the respondent with a copy of this order and shall promptly complete and return to this court proof of service.

☐ Respondent appeared and was informed of the order by the court; further service is not required.

Or ☑ (*Only if surrender of weapons not ordered*) Petitioner has made private arrangements for service of this order.

Or ☐ Respondent did not appear. The restraint provisions in this order are the same as those in the temporary order. The court is satisfied that the respondent was personally served with the temporary order. Further service is not required.

This Anti-harassment protection order expires on _____8/31/21_____.

If the duration of this order exceeds one year, the court finds that Respondent is likely to resume unlawful harassment of the petitioner when the order expires.

**Or for Protection (Harassment)** (ORAH) – Page 3 of 4
UH-04.0500 (07/2019) - RCW 10.14.080 (4), RCW 9.41.800                    *205-01474*

**01010249**

Other:

Dated  8/31/2020  at  9:46 am

Judge GREGG HIRAKAWA

I acknowledge receipt of a copy of this Order:

_____
Signature of Respondent/Lawyer WSBA No.

_____
Signature of Petitioner/Lawyer    WSBA No.

Print Name                    Date

Jeff Whitney              9/1/20
Print Name                    Date

**Petitioner or Petitioner's Lawyer must complete a Law Enforcement Information Sheet (LEIS).**

**Petitioner**: The law allows you to register for certain notifications regarding this protection order and its status. Visit www.RegisterVPO.com or call 1-877-242-4055 for more information, or to sign up. If you feel that you are in danger, call 9-1-1 immediately.

**Or for Protection (Harassment)** (ORAH) – Page 4 of 4
UH-04.0500 (07/2019) - RCW 10.14.080 (4), RCW 9.41.800          *205-01474*

**01010250**

| **LAW ENFORCEMENT INFORMATION** | *Do NOT serve or show this sheet to the restrained person! Do NOT FILE in the court file. Give this form to law enforcement.* |
|---|---|

**Type or print clearly!**
This completed form is **required** by law enforcement. This information is **necessary** to serve, enforce, and enter your order into the statewide law enforcement computer. Fill in the following information as completely as possible.

| Court: King County District Court | Case Number: 20S-01474 |
|---|---|

- [ ] Domestic Violence
- [x] Unlawful Harassment
- [ ] Sexual Assault
- [ ] Dissolution/Separation/Invalidity/Non-parental Custody/Paternity
- [ ] Vulnerable Adult
- [ ] Stalking

### Restrained Person's Information
(This is the person that you want the court to restrain.)

| **Name:** First | Middle | Last | Nickname | Relationship to Protected Person |
|---|---|---|---|---|
| Myriam Zayas | | | | parent of foster child |

| Date of Birth | Sex | Race | Height | Weight | Eye Color | Hair Color | Skin Tone | Build |
|---|---|---|---|---|---|---|---|---|
| | F | hispanic | | | | dark | tan | medium |

| Last Known Address Street: 27369 129th Place SE City: Kent    State: WA  Zip: 98030 | Phone(s) w/Area Code 360-602-1444 | Need Interpreter? **Yes** or **No**  no Language: |
|---|---|---|

Email address: amiya.angel@gmail.com

| Employer | Employer's Address | WORK Hours: Phone: |
|---|---|---|
| | | |

| Vehicle License Number | Vehicle Make and Model | Vehicle Color | Vehicle Year | Drivers License or ID number | State |
|---|---|---|---|---|---|
| | Escalade | cream | | | WA |

Does the restrained person have a disability, brain injury, or impairment requiring special assistance when law enforcement serves the order? [x] No [ ] Yes. If yes, describe (continue on back, if needed):

_____

_____

**Hazard Information** Restrained Person's History Includes:
- [ ] Involuntary/Voluntary Commitment
- [x] Suicide Attempt or Threats
- [ ] Assault
- [ ] Assault with Weapons
- [ ] Alcohol/Drug Abuse
- [x] Other: threats to bomb buildings and kill social workers

**Weapons:** [ ] Handguns [ ] Rifles [ ] Knives [ ] Explosives [ ] Other: unknown
**Location of Weapons:** [ ] Vehicle [ ] On Person [ ] Residence  Describe in detail:
unknown

**Current Status** (Circle Yes, No or N/A.)

Is the restrained person a current or former cohabitant as an intimate partner? Y (N)

Are you and the restrained person living together now? Y (N)

Does the restrained person know he/she may be moved out of the home? Y  N (N/A)

Does the restrained person know you're trying to get this order? Y (N)

Is the restrained person likely to react violently when served? Y (N)

**FILED**

AUG 17 2020

KCDC - West Division
Seattle Courthouse

## Protected Person's Information
(This is the person you want the court to protect.)

| Name: | First | | Middle | | | Last | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jeffrey Scott Whitney | | | | | | | | | |

| Date of Birth | Sex | Race | Height | Weight | Eye Color | Hair Color | Skin Tone | | Build |
|---|---|---|---|---|---|---|---|---|---|
| ▮ | M | W | 6'0" | 184 | hazel | dark blonde | fair | | fit |

If your information *is not confidential*, you must enter your address and phone number(s) below.

| Current Address Street: City: | State: | Zip: | Phone(s) w/Area Code | Need interpreter? Yes or No Language: no |
|---|---|---|---|---|

Email address:

If your information *is confidential*, you must provide the name, address, and phone number of someone willing to be your "contact."

| Contact Name | Contact Address | Contact Phone |
|---|---|---|
| Robert Miller | 920 5th Ave, suite 3300, Seattle, WA 98104 | 206-757-8508 |

If you filed for someone else, list your name, phone number, and address:

## Minor's Information

| Name: First    Middle    Last | Sex | Race | Birth date | Resides With |
|---|---|---|---|---|
| ATW | M | W | ▮ | protected persons |
| REW | M | W | ▮ | protected persons |
| QOW | M | W | ▮ | protected persons |
| JGW | M | W | ▮ | protected persons |

Below, describe the minor's relationship to the protected or restrained person using terms such as: child, grandchild, stepchild, nephew, none.

| Name: First    Middle    Last | Minor's Relationship to Protected Person | Minor's Relationship to Restrained Person |
|---|---|---|
| same as above | Biological child | none |
| | Biological child | none |
| | Biological child | none |
| | Biological child | none |

## Victim's Household Members or Adult Children Protected

| Name: Amber Whitney | birth date ▮ |
|---|---|
| Name: | birth date: |
| Name: | birth date: |
| Name: | birth date: |

## Protected Person's Information
### (This is the person you want the court to protect.)

| Name: | First | | Middle | | Last | | | |
|-------|-------|--|--------|--|------|--|--|--|
| Amber Janelle Whitney | | | | | | | | |

| Date of Birth | Sex | Race | Height | Weight | Eye Color | Hair Color | Skin Tone | Build |
|---------------|-----|------|--------|--------|-----------|------------|-----------|-------|
| | F | W | 5'6" | 122 | brown | brown | tan | thin |

If your information *is not confidential*, you must enter your address and phone number(s) below.

| Current Address Street: City: | | State: | Zip: | Phone(s) w/Area Code | Need interpreter? Yes or No   Language: no |
|--|--|--|--|--|--|

Email address:

If your information *is confidential*, you must provide the name, address, and phone number of someone willing to be your "contact."

| Contact Name | Contact Address | Contact Phone |
|--------------|-----------------|---------------|
| Robert Miller | 920 5th Ave, suite 3300, Seattle, WA 98104 | 206-757-8508 |

If you filed for someone else, list your name, phone number, and address:

## Minor's Information

| Name: First   Middle   Last | Sex | Race | Birth date | Resides With |
|------------------------------|-----|------|------------|--------------|
| ATW | M | W | | protected persons |
| REW | M | W | | protected persons |
| QOW | M | W | | protected persons |
| JGW | M | W | | protected persons |

Below, describe the minor's relationship to the protected or restrained person using terms such as: child, grandchild, stepchild, nephew, none.

| Name: First   Middle   Last | Minor's Relationship to Protected Person | Minor's Relationship to Restrained Person |
|------------------------------|------------------------------------------|-------------------------------------------|
| same as above | Biological child | none |
| | Biological child | none |
| | Biological child | none |
| | Biological child | none |

## Victim's Household Members or Adult Children Protected

| Name: | Jeffrey Whitney | birth date: |
|-------|-----------------|-------------|
| Name: | | birth date: |
| Name: | | birth date: |
| Name: | | birth date: |

| STATE OF WASHINGTON | |
| KING COUNTY DISTRICT COURT | |
| WEST DIVISION, Seattle Courthouse | |

| Whitney, Jeffrey Scott | NO.  205-01474 |
| Petitioner | Return of Service - |
| vs. | Harassment |
| Zayas, Myriam | (RTS) |
| Respondent | |

**Identification of server:**

1.  My name is _____.  I am ☐ a peace officer ☐ 18 years of age or older and not the petitioner or the respondent.

**Able to serve:**

2.  ☐ I served _Zayas, Myriam_ (name of person served)

   on _____ (date) at _____ (time) at this
   address:

   _____,
   with the documents checked in paragraph 4.

**Not able to serve:**

3.  ☐ I was unable to make personal service on the respondent. ☐ I notified the petitioner that respondent was not served.

   ☐ I was unable to make personal service on the petitioner. ☐ I notified the respondent that petitioner was not served.

   ☐ Personal service was attempted on the following date(s)_____

   _____
   _____.

   ☐ No service was attempted because _____

   _____
   _____
   _____.

☐ I mailed a copy of the documents checked in paragraph 4 to the respondent at his or her last known address: _____

_____.

☐ I did not mail the documents checked in paragraph 4 to the respondent, because I do not know the respondent's last known address.

**List of documents:**

4. I served the:

☐ Petition for an Order for Protection

☐ Temporary Order for Protection/Notice of Hearing

☐ Reissuance of Temporary Order for Protection and Notice of Hearing

☐ Order for Protection - Harassment

☐ Order to Surrender Weapons Issued without Notice

☐ Order to Surrender Weapons

☐ Motion to Modify/Terminate Order for Protection

☐ Other:_____

_____

_____

5. **Other**:

_____

_____

_____

_____.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated: _____ at _____, Washington.

Fees:   Service _____

        Mileage _____

_____

Signature of Server

_____

Print or Type Name

        Total   _____

_____

Law Enforcement Agency

Return this form to the location below:

King County District Court - Seattle
516 3rd Ave, Seattle, WA 98104
FAX: (206)296-0910

STATE OF WASHINGTON
KING COUNTY DISTRICT COURT
WEST DIVISION, Seattle Courthouse

Whitney, Amber Janelle

_____
Petitioner
                    vs.
Zayas, Myriam_____
Respondent

NO.   205-01474

Return of Service -
Harassment
(RTS)

**Identification of server:**

1.   My name is _____. I am ☐ a peace officer ☐ 18 years of age or
     older and not the petitioner or the respondent.

**Able to serve:**

2.   ☐ I served Zayas, Myriam  (name of person served)

     on _____ (date) at _____ (time) at this
     address:

     _____,

     with the documents checked in paragraph 4.

**Not able to serve:**

3.   ☐ I was unable to make personal service on the respondent. ☐ I notified the petitioner that
        respondent was not served.

     ☐ I was unable to make personal service on the petitioner. ☐ I notified the respondent that
        petitioner was not served.

     ☐ Personal service was attempted on the following date(s)_____

     _____

     _____.

     ☐ No service was attempted because _____

     _____

     _____

     _____.

☐ I mailed a copy of the documents checked in paragraph 4 to the respondent at his or her last known address: _____

☐ I did not mail the documents checked in paragraph 4 to the respondent, because I do not know the respondent's last known address.

**List of documents:**

4.   I served the:

☐ Petition for an Order for Protection

☐ Temporary Order for Protection/Notice of Hearing

☐ Reissuance of Temporary Order for Protection and Notice of Hearing

☐ Order for Protection - Harassment

☐ Order to Surrender Weapons Issued without Notice

☐ Order to Surrender Weapons

☐ Motion to Modify/Terminate Order for Protection

☐ Other:_____

_____

_____

5.   **Other**:

_____

_____

_____

_____

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated: _____ at _____, Washington.

Fees:  Service _____

       Mileage _____          _____

                                      Signature of Server

                                      _____

                                      Print or Type Name

       Total   _____          _____

                                      Law Enforcement Agency

Return this form to the location below:

King County District Court - Seattle
516 3ʳᵈ Ave, Seattle, WA 98104
FAX:  (206)296-0910