M. Zayas
+13606021444
amiya.angel@hotmail.com

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

MYRIAM ZAYAS,

PLAINTIFF,

v.

ANNETTE MESSITT,
ANN DANIELI,
DAVID LARAUS,
PAULINE DUKE,
JENNIE COWAN,
AMBER WHITNEY,
JEFFREY WHITNEY,

DEFENDANT(S).

Case No.: 20-cv-00747 JCC

RESPONSE TO REQUEST FOR SUMMARY JUDGEMENT

No immunity for regulating my fetus, RCW only covers child, so Brendan continued reference to my unborn child is a violation of my 14th amendment right since he does not harass women who murder their fetus, calling them abusive. Below is nationwide child welfare policy, Brendan should read child welfare policy before he accuses me of being abusive based on me abusing my fetus. The Dependency petition and Dr. Kelsey Owens refer to "unborn victim" many times, yet they forgot the 50 million unborn victims in the dumpster behind planned parenthood. RCW 26.44, and 13.34 does not contain the word fetus nor does it grant immunity to people who harass the fetus. So, go ahead and remove half the reason they took my kid. A dirty UA when I had a fetus which is my body part, and not a child.

> - <u>Gather safety related information.</u> Always ask the family what their plan is for the baby. Do not assume that the family's plan is inadequate. Any gaps in the family's plan will provide information on a parent's ability to protect and may assist the worker in identifying where intervention is needed.
> - <u>Disposition.</u> When determining the disposition, the CPS worker and CPS supervisor must not make a dispositional finding related to abuse or neglect of a fetus. Regardless of the behavior of an expectant mother or potentially abusive partner, a child victim is required for all dispositions.

This Court House and all the judges in it know that Ann Danieli is not a Pro Tem commissioner, she is also not a judge for King County anymore has not been since 2008. They see the crime they see the forgery, and I am pretty sure she lacks immunity out right and any judgment should definitely go in my favor not the Defendants. Of course, they're not getting titled funding because I pay child support which is over 150 bucks a week. No title funding for them, I'm getting unemployment and I also called them out right away for forcing foster placement, so they likely will not try to force federal funding.

I know this court knows what's going on, I know the Supreme Court of Washington and the appeals court know what's going on. Because they see the parents who come in and out of these courtrooms, they see all of them. Even though the cases are sealed, all state officials see the nationality of the parents coming in and out of family court. Who gets their kids and who is forced into "licensed" foster placement for title funding.

I didn't see the discrimination for 15 years, because I don't see all the parents who go in and out of family courts. I only see myself, and I only go nuts by myself. This is a racially motivated movement and its happening in prisons also, corrections officers and more. This is not just black against white it's all against white, in the state of Washington there are not many other options for foster placement.

The social workers do not have to be black to discriminate against these parents, they're all nationalities trained this way on purpose. To serve the hopeful

PAGE 2 OF 10
CIVIL RIGHTS COMPLAINT

adopting parents who request Caucasian children only. This should end now SINCE RACE SHOULD NEVER MATTER IF ITS TEMPORARY PLACEMENT RIGHT?

My children have suffered all of them because of this favoring. From my personal experience with CPS, social workers in Washington state never have probable cause, very rarely, they also never have a proper warrant. They never ask a judge for permission; they always go out and just do it. Because they would rather do that, and instead just hope you don't find out. The Defendants don't want to put on the official record that they don't have probable cause, so of course they're not going to have a hearing. Why would they have a hearing then they would just be telling themselves?

There are no removal orders 2009-2020 for any of my children.

I had no clue that the reason my children were taken was because I was white and had black children. I complained about Judge Grant in 2011, but I did not think I would be treated the same if not worse by a whole different set of social workers in a completely different county, over a decade later. The Defendants do not know each other.

Both Jamia McRae and Shea Hopfauf(20-cv-00981) refused to brush my children's hair for many months. Jamia from 2009-2012 and Shea from 2020 to 2021. Different office locations, different times, and different children. SAME exact child abuse, in the same way. Yes, it is their job to make sure it is done. I understand they don't have to themselves brush her hair, but when I ask for something that simple and easy to be done I really should not have to ask its common basic hygiene.

Jamia and Shea know this is frustrating for me instead of fixing it, they make it worse. I mean dead dried bugs in her hair, lint, string, and so many knots she would scream and cry for hours as I tried to detangle them. I have the videos, photos, I even found the hair dresser from 2012 at the Great Clips in Tacoma that spent 4 hours with me trying to save my oldest daughters hair. BOTH OF MY DAUGHTERS suffered one will never be the same because of it.

The Defendants in this case support this type of strange intentional child abuse at all times relevant to this case I have sent Pauline Duke, Jennie Cowan and

CIVIL RIGHTS COMPLAINT

Laraus countless photos of my child suffering they ignore me and do nothing because they hate my child. Judge Messitt, Judge Ramseyer, all Defendants have to hate my children otherwise they would not allow them to be hurt this way.

*What is the definition of hating a person without knowing them? DISCRIMINATION.*

I knew the second I found that forgery in July 2020, that was part of the reason why the Defendants were ignoring me and not giving me my proper visitation, as well as intentionally trying to torture me to try to build their dead case.

Below is Amber Whitney doing as she is told by Jamaal Magee Defendant in 20-cv-0746 JCC:

> FP texted this SW this messaged;
> "Ok, Hahha. I was just going to add that ▮▮▮ started to tell me that her dad had spanked her before when she stayed with him once a bunch of times and I asked if her mom spanked her and she said "no my mom just hits me all the time" and when I tried to ask more, like with her hand opened or closed, she just backtracked and said "no she doesn't do that she doesn't do that "and wouldn't talk about it anymore. She has started to open up a couple times and then practically ran the other direction. So that is so helpful for me to know why!"

Below is Amber Whitney again, the declaration she made for the restraining order, even she likes making up lies, my child does not even talk this way, she is 5 "threw against a wall" is something an adult would say. Nice try though:

> 4.   When A.C.Z. first arrived, I told her that I was a foster parent, and I could tell she was terrified. Eventually though she warmed up and became attached to our family. She told me "I wish I had a mom like you," and when I asked why, she said "I can't tell you." But she did tell me that her mom threw her against a wall. And she told me that her mom had told her CPS kidnaps and sells kids to "foster" families. In fact, the social workers told me that

This court docket is the one and only piece of official evidence that matters, proof there was no hearing prior to or after my childs removal. Does not matter who swears there was a hearing, all that matters is what is on the official record period. None of the Defendants or myself can ever prove why my child was removed, whether they had probable cause or even that there was a hearing at all. That is a clear as day

fourth amendment violation



Brendan thinks that the following traits mean you abused your child:

1. parental substance abuse,

2. prostitution,

3. not having food,

4. domestic violence,

5. me being erratic,

6. me telling all state officials to jump off a cliff.

PAGE 5 OF 10

CIVIL RIGHTS COMPLAINT

7. me getting high or drunk.
8. me smoking weed.
9. me suing all of them.
10. Me acting crazy

Mr. Lenihan has not provided any other removal orders from any time in my entire life for any of my children, he has provided a list of named exhibits yet still cannot find the actual removal orders from 2009, or 2020, he cannot find proof author affirmation was ever given in either case. He has not provided proof that any of the African American male parents involved in my dependency actually completed a single drug screen that was clean. There is not one in existence for my sons father. He lacks any such proof that they completed any other court ordered required services in order to regain custody of my children whom they did regain custody of followed by abandoning and molesting them less than 24 months after. This is a violation of my 14th amendment rights under the Equal Protection Clause, to be treated equally under the law.

I think it's hilarious that the Defendants have people swearing under oath that Ann Danieli was there that day, because she was not. She does not even have any type of immunity either.

*I also think that the defendants do not know the current law* they cannot take children because a parent does drugs, clearly they highlighted the reason in there dependency petition. They do not arrest people for robbing banks unless that person has money from the bank. Clearly they don't know what child abuse is, and are attempting to regulate my parental conduct. Which is none of their business, and they're not my probation officer. I could do what I want, until I abuse my child they cannot touch my child. I don't care if they're scared, I don't care if they predict the future, I don't care if they have a crystal ball, they cannot touch my child unless I abuse my child. That is the requirement under the law under the constitution under common sense.

CIVIL RIGHTS COMPLAINT

The Defendants have been attempting to regulate my drug use since 2009 and they can't do that. I can use drugs if I want to. Yes I can, its actually legal to possess and kind of drug in this state under a gram. I could smoke crack everyday if I want to, I could shoot heroin everyday if I want to. They do not take children from parents who get speeding tickets under the assumption that parent might kill their child next time they go for a ride, just because speeding may end in a car accident. So then why the f*** do they think they are a drug intervention task force? They will steal your kid and force you to comply or lose your kids for good. I am sorry their simply is not enough data that there is a need for pee police who steal children when they find dirty pee. There are not enough prostitute, drug using, child serial killers to make their "concerns" valid. Based on statistics there is a 0.002% chance that I ever abused my child. They cannot sit there in wonder if I am abusing my child, because I do drugs that is none of their business. It's beginning to look really obvious that they're obsessed with me and that's kind of gross because I'm not gay

<u>If my kid goes to school every day and she's on time, happy, clean, not abused they cannot touch my child. No matter what, they're not anybody's probation officer and they cannot tell anyone how to live. I don't care how it looks to them from the outside until my child is hurt by me, they lack jurisdiction completely, and they're breaking the law</u>

## LAWS BROKEN

a. <u>RCW 13.34.110 (3)(a)</u>[1]
    i. The Defendant Judge Messitt forced the Dependency Order by defaulting to "Unknown."
    ii. They never even told me about this August 25th, 2020, court hearing.

---

[1] Any stipulated or agreed order of dependency or disposition must be signed by the parent, guardian, or legal custodian and his or her attorney, unless the parent, guardian, or legal custodian has waived his or her right to an attorney in open court, and by the petitioner and the attorney, guardian ad litem, or court-appointed special advocate for the child, if any.

      iii. I have never signed anything for CPS since the year 2014, yet more recently they lie and say I signed all over the place I have yet to see my signature.

b. RCW 26.44.015 [2]

      i. Drug addiction is a disability according to the ADA.

      ii. No parent can be deemed abusive due to their disability alone.

      iii. The Defendants take children from parents who use drugs, but not from parents who go to the bar or smoke weed.

      iv. Since Snoop Dogg smokes weed its cool they let people certain drugs but not others.

      v. CPS does not hang out after the club and chase parents' home to take their kids for being drunk.

      vi. This is how you know drugs is never the real reason, its always because they hate the parent for other reasons.

c. RCW 13.34.065 (1)(a) [3]

      i. No SCH exists on the official docket in case 20-7-00666-0 KNT

      ii. This hearing is required by law to happen within 72 hours of a childs removal.

d. RCW 13.34.069 (1) [4]

      i. Pauline and Jennie Cowan were well aware of my childs attendance in school.

      ii. CPS is required by law to collect my childs education records on day one which they did in fact. Do.

---

[2] Limitations of chapter. (3) No parent or guardian may be deemed abusive or neglectful solely by reason of the parent's or child's blindness, deafness, developmental disability, or other disability.
[3] When a child is taken into custody, the court shall hold a shelter care hearing within seventy-two hours, excluding Saturdays, Sundays, and holidays.
[4] Provide the department or other *supervising agency with the right to inspect and copy all health, medical, mental health, and education records of the child;

PAGE **8** OF **10**
CIVIL RIGHTS COMPLAINT

e. RCW 9A.60.020 Forgery[5]
   i. Defendant Ann Danieli lacks any type of immunity.
   ii. The word commissioner is in the handwriting of Kelsey Owens who likely also signed the SCHO for Judge Messitt.
   iii. Judge Messitt seemed very fond of Kelsey maybe they date each other.

f. RCW 9A.72.090 Bribing a witness[6]
   i. Influence the testimony of that person; or
   ii. Induce that person to refrain from reporting information relevant to a criminal investigation or the abuse or neglect of a minor child. Bribing a witness is a class B felony.
   iii. At the trial David, Jennie, and Pauline pretended they did not already have my childs school records.
   iv. Jennie and Pauline told my childs teacher to lie under oath, and say that my child had bad attendance.
   v. Jennie and Pauline told my childs teacher to state under oath that my child had behavior issues.
   vi. The court official Defendants actions and crimes prompted case (21-cv-0581 RSM Zayas vs. Boyett.)

---

[5](b) He or she possesses, utters, offers, disposes of, or puts off as true a written instrument which he or she knows to be forged. (a) He or she falsely makes, completes, or alters a written instrument or;

[6]The legislature finds, therefore, that tampering with and/or intimidating witnesses or other persons with information relevant to a pres... for future criminal or child dependency proceeding are grave offenses which adversely impact the state's ability to promote public safety and prosecute criminal behavior." [ 1994 c 271 § 201.]

PAGE 9 OF 10
CIVIL RIGHTS COMPLAINT

## RIGHTS VIOLATED

g. **Article VI:** This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the ***Judges in every State*** shall be bound thereby, any Thing in the Constitution or Laws of any state to the Contrary notwithstanding.\

h. **Amendment IV (1791) :** The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

i. **Amendment XIV (1868):** Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

In my mind I am my 7-year-old child she is innocent and continues to suffer I believe she will prevail the Defendants are adults who need to take responsibility for their felonies and stop abusing my daughter.

*My name is Myriam Zayas I am above the age of 18 and am competent to testify to the facts of this case I do certify and declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge. This court is governed by the laws of the state of Washington.*
*Today's date is 7th of August 2021. This was signed in Kent Washington, US.*

Plaintiff Signature: _/s/ Myriam Zayas_

CIVIL RIGHTS COMPLAINT



MS.
MYRIAM ZAYAS
27369 129TH PLACE SE
KENT WA 98030-8930

US POSTAGE AND FEES PAID
2021-08-07
98030
C1136760
Retail $1.11
3.5 OZ LTR

0901000003115

SEATTLE WA 980
PM 4 L

FEDERAL COURTHOUSE
DISTRICT CLERK
700 STEWART ST
20-CV-00747 JCC
SEATTLE WA 98101-4439

OrangeMailer.co
Printed by Orange Mailer