FILED
LODGED
RECEIVED    MAIL

AUG 13 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

M. Zayas
+13606021444
amiya.angel@hotmail.com

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Case No.: 20-cv-00747 JCC

MYRIAM ZAYAS,

PLAINTIFF,

v.

ANNETTE MESSITT,
ANN DANIELI,
DAVID LARAUS,
PAULINE DUKE,
JENNIE COWAN,
AMBER WHITNEY,
JEFFREY WHITNEY,

DEFENDANT(S).

RESPONSE TO REQUEST FOR
SUMMARY JUDGEMENT
DECLARATION FROM THE PLAINTIFF

In 2023 the laws in the state of Washington are going to change which is unfortunate for us parents who have had to suffer the past few decades due the RCW that is in place now stating that all social workers are required to have to remove a child is a "reasonable cause to believe" that the child is in danger. In 2023 it changes to the social workers must have "probable cause." If this is not a red flag that they have been stealing our children unlawfully for many years then I don't know what is. According to 4th amendment probable cause is a requirement no matter what. The Defendants involved in the state case of the Plaintiff were at all times relevant, purporting to act in their official duty. By creating this massive testimony, they must also have created a huge amount of "acting under the color of state law," since they are abusing their authority and immunity granted to them, by the state of Washington.

PAGE 1 OF 10

CIVIL RIGHTS COMPLAINT

**Sec. 4.**   RCW 26.44.056 and 1983 c 246 s 3 are each amended to read as follows:

(1) An administrator of a hospital or similar institution or any physician, licensed pursuant to chapters 18.71 or 18.57 RCW, may detain a child without consent of a person legally responsible for the child whether or not medical treatment is required, if ((~~the circumstances or conditions of the child are such that the detaining individual has reasonable cause to believe that permitting the child to continue in his or her place of residence or in the care and custody of the parent, guardian, custodian or other person legally responsible for the child's care would present an imminent danger to that child's safety~~)) <u>there is probable cause to believe that detaining the child is necessary to prevent imminent physical harm to the child due to child abuse or neglect, including that which results from sexual abuse, sexual exploitation, or a pattern of severe neglect, and the child would be seriously injured or could not be taken into custody if it were necessary to first obtain a court order under RCW 13.34.050</u>: PROVIDED, That such administrator or physician

The Plaintiff does not have many witnesses that are not the Defendants themselves but she does have one witness that is so solid and better than any of their sworn testimony , because this witness can never change and this witness is part of the official record. This witness the Plaintiff has is the official docket under case 20-7-00666-0 KNT and changed to SEA. This docket proves that the Plaintiff did not have a hearing, it proves that they lack probable cause. They should have made oath or affirmation at the time her child was removed. That never happened so nobody truly knows the reason why her child was taken, since nobody testified under oath. Filing a bunch of documents just tells you the social worker needs to take a spelling class it does not prove anything and anyone could have filed it. Below is the official docket and the missing "Minutes" are clear as day.

CIVIL RIGHTS COMPLAINT

1   fourth amendment violation



Even more telling is that when the Plaintiff realized that the minutes were missing, everyone scrambled and added these minutes to the docket 5 months later. David LaRaus tried to convince the Plaintiff that the March hearing showing up in August was perfectly normal. Followed by filing the dependency order to the unknown as you can see below. The Plaintiff never did attend the August 25th, 2020, court date where supposedly the "Unknown" signed and consented to her childs Dependency. Since the Plaintiff will never sign anything for them.

CIVIL RIGHTS COMPLAINT

| | | | | | |
|---|---|---|---|---|---|
| ☐ | 257 | | 8/4/2020 | Affidavit / Declaration / Certificate Of Service | 1 |
| ☐ | 258 | | 8/5/2020 | Notice of Withdrawal of Attorney | 2 |
| ☐ | 259 | | 3/17/2020 | Minutes Sheltercare contested hearing | 2 |
| ☐ | 260 | | 8/13/2020 | Declaration - OF MOTHER, MYRIAM ZAYAS | 26 |
| ☐ | 261 | | 8/13/2020 | Affidavit / Declaration / Certificate Of Service | 2 |
| ☐ | 262 | | 8/13/2020 | Attachment - TEXT MESSAGE | 22 |
| ☐ | 263 | | 8/13/2020 | Affidavit / Declaration / Certificate Of Service | 2 |
| ☐ | 264 | | 8/13/2020 | Affidavit of Publication | 2 |
| ☐ | 265 | | 8/14/2020 | Motion and Affidavit / Declaration - AND ORDER FROM THE DEFENDANT MYRIAM ZAYAS FOR PLAINTIFF TO PROVIDE THE REQUIRED SOCIAL WORKER LICENSE NUMBER | 3 |
| ☐ | 266 | | 8/14/2020 | Affidavit / Declaration / Certificate Of Service | 1 |
| ☐ | 268 | | 8/14/2020 | Affidavit / Declaration / Certificate Of Service | 1 |
| ☐ | 269 | | 8/14/2020 | Motion for Default - AND ORDER OF DEFAULT AS TO THE UNKNOWN | 10 |

According to the law and child welfare policy, hearings that happen prior to or after a childs removal must be audio recorded and or transcribed, this is the only form of judicial determination that federal funding is allowed to accept. Judge Messitt held the Dependency order hearing without inviting the Plaintiff, she did not know about nor did she attend this hearing, she also did not know that Unknown was her childs father. This order below is the only order holding her child hostage right now and it expired on March 19th, 2021. Since that time Judge Ramseyer has removed the signature line of the Plaintiff, yet has not filed these illegal orders to the Plaintiffs docket at any of her review hearings.

Note both Jennie Cowan and Pauline Duke gave testimony in their exhibits and neither of them were in attendance at the August 25th, 2020, Fact Finding Hearing below, where Judge Messitt defaulted to the "Unknown" father. Both of them claim to have worked in their official position for almost 10 years and yet somehow neither of them knew that Ann Danieli was not a pro tem commissioner in that teeny tiny court house in Kent Washington? Which consists of maybe 2-5 dependency judges period at any point in time. . The Plaintiff sued Judge Messit in May 2020 the summons took a month to be mailed back and it was filed in June 2020, Judge Messitt did not recuse herself until September, and before she left she held a secret fact-finding hearing

CIVIL RIGHTS COMPLAINT

where she defaulted the dependency to the "Unknown" father. She had to do this,
since the Plaintiff refused to sign. Under RCW 13.34.110 (3)(a) states that "any"
dependency order must be signed by the parent. Unless that parent committed a
felony against the child and/or was in prison for the same, that is the only time the
Defendants are permitted to escaping attaining a parents signature. The problem is
unknown is not capable of consenting to that signature she claims to having attained
at that hearing on August 25th, 2020. Any "person" who signs a court document must
also be able to consent to that signature and know they are not signing under duress.

| | | | | | |
|---|---|---|---|---|---|
| ☐ | 293 | 🖹 | 8/24/2020 | Attachment - EMAIL FROM MOTHER ZAYAS DATED 8/24/20 | 2 |
| ☐ | 294 | 🖹 | 8/25/2020 | Minutes Fact finding and disposition hearing | 1 |
| ☐ | 295 | 🖹 | 8/25/2020 | Order of Dependency Father - & ORDD / UNKNOWN FATHER | 8 |
| ☐ | 296 | 🖹 | 8/25/2020 | Order of Default - AS TO UNK FATH | 1 |
| ☐ | 297 | 🖹 | 8/26/2020 | Faulty Document Notice | 1 |
| ☐ | 298 | 🖹 | 8/28/2020 | Witness List - PETITIONER'S SECOND AMENDED / & EXHIBIT LIST | 14 |

The Plaintiff thought the fact finding was on the 24th of August she can't even
remember attending a hearing in August 2020 at all. But according to the order below
there had to have been a hearing on the 24th and 25th of August of which the Plaintiff
does not believe she attended otherwise she would have met "Unknown."

| | | | | | |
|---|---|---|---|---|---|
| ☐ | 288 | 🖹 | 8/24/2020 | Minutes Pre-trial motion hearing - O/S | 2 |
| ☐ | 289 | 🖹 | 8/24/2020 | Order on Pre-Trial Conference | 4 |
| ☐ | 292 | 🖹 | 8/24/2020 | Attachment - EMAIL FROM MOTHER ZAYAS DATED 7/20/20 | 4 |
| ☐ | 293 | 🖹 | 8/24/2020 | Attachment - EMAIL FROM MOTHER ZAYAS DATED 8/24/20 | 2 |
| ☐ | 294 | 🖹 | 8/25/2020 | Minutes Fact finding and disposition hearing | 1 |
| ☐ | 295 | 🖹 | 8/25/2020 | Order of Dependency Father - & ORDD / UNKNOWN FATHER | 8 |
| ☐ | 296 | 🖹 | 8/25/2020 | Order of Default - AS TO UNK FATH | 1 |

That was Judge Messitt telling her bailiff to file the Plaintiffs emails to the docket to
use for evidence against me.

Below you will find several of the emails that Judge Messitt thought would be
good evidence to use against the Plaintiff later on at her trial in order to try to
permanently take her child from her.

This is EXHIBIT #58, Davis La Raus created this email exhibit below to use
against the Plaintiff. The state official Defendants must have thought that if they
claimed the Plaintiff she was crazy for accusing them of violating her rights, that she
would soon think they were right and stop accusing them of it, they also used her
misery as a tool to keep the Plaintiffs child away from her longer:

CIVIL RIGHTS COMPLAINT

**Court, Messitt**

| | |
|---|---|
| From: | myriam zayas <marandjazzmom@live.com> |
| Sent: | Thursday, April 9, 2020 11:00 PM |
| To: | Court, Messitt |
| Subject: | You violated my civil rights to procedural due process |

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

By signing that order to remove my child while we were already on COVID-19 lock down you knew I would not even get any court dates anytime soon, you and your CPS besties knew this but you signed it anyway. Now I cant even fight for my daughter until June and you knew that when you signed it. I have not even had a single visit and you knew this but you let them take her anyway, I know you did not even read it cause there is no abuse written on that entire thing. You are a judge and you violated my civil rights worse than anyone has in my entire life.

Myriam Zayas
20-7-00666-0 KNT

Judge Messitt was so confident she would not get caught that she filed the Plaintiffs claims of forgery to the docket as evidence against the Plaintiff below is EXHIBIT #145 created and submitted by David LaRaus:

**Court, Messitt**

| | |
|---|---|
| From: | M Zayas <amiya.angel@gmail.com> |
| Sent: | Monday, July 20, 2020 7:18 AM |
| To: | Court, Messitt |
| Subject: | You email address is publicly listed |
| Attachments: | danieli 20-7-00666-0 KNT.pdf |

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

I made those communications to her under the impression that she was Ann Danielli because I was tricked.

Judge Messitt is not a party to the case as you can see Ann Danielli is a party to the case. Unless she is Ann Danielli? I am unsure but forgery is a felony even if a state official does it. A felony which was completed long before I communicated with anyone.

18 U.S. Code § 505.Seals of courts; signatures of judges or court officers

Covering for forgery is a felony as well.

--
M Zayas

This is who Judge Messitt really is a child abuser what kind of person uses a parents misery and complaints of being a victim of her crime, against them as evidence to

CIVIL RIGHTS COMPLAINT

permanently break the bond between that parent and their child? Judge Messitt could not find "child abuse" as required by law? No even her bailiff emailed the Plaintiff and said, "you better be careful or I will file these emails to the docket." Excuse me hello? The Defendants committed a federal felony to take the Plaintiffs kid during lockdown when each of them knew they could not legally remove her but did anyway? Then they tell the Plaintiff to be careful?

The Plaintiff always believed during the lockdown as she sat there with no visits, being tortured by these angry spiteful social workers who hate her white children, mad about slavery which the Plaintiff has nothing to do with; that the police would bring her child back one day, and arrest all of the Defendants one by one. That was truly what she thought would happen, in a perfect world it would. Even though the police told her "This is not a crime against you..." when she did try calling them, she still had hope that somebody would investigate and see this is a crime. They would see that the Plaintiffs drug screen was clean on the day her child was taken, removing their probable cause completely, but that never happened. Instead, here we sit almost 2 years in and Judge Ramseyer is now about to be sued for that same forgery, the Plaintiff has until 1 year after September 21,2020 to sue her for the same crime. They seem to think the Plaintiff will just stop suing or suddenly believe their lies. The Plaintiff may very well be nobody special and has no money but her child was 5 when this happened and that toxic document they have been torturing the Plaintiff for is in her childs name, making this a crime against a child. This entire case in her childs name so no matter how you try and pick it apart the Defendants committed a federal felony against a 5-year-old during a mandated lockdown, and all those who support them should be ashamed of themselves. If the Plaintiff truly abused her child Judge Messitt would have signed with her own name and not someone else's. She would not be afraid of the consequences if she truly had probable cause to begin with, but we will never know since no hearing exists on the official record, which is required by the fourth amendment. No warrant shall issue but upon probable cause, oath or affirmation.

CIVIL RIGHTS COMPLAINT

1
2          The other 2 pieces of evidence ignored by the Defendants are the letters from
3    both of her doctors. These letters explained the possibility of the Plaintiff's urine
4    showing as an illegal substance. This evidence is also official and from a licensed
5    professional that under RCW state officials are required believe a doctor.
6
7
8
9    **UW Medicine**
10   UNIVERSITY OF WASHINGTON
     MEDICAL CENTER
11
12   March 23, 2020
13
     Ms. Myriam Zavas
14
     RE: Myriam Zayas
15   DOB: 11/5/1980
16   Dear Ms. Myriam Zayas:
17   We are writing the following letter at your request: Patient reported recently having a urine drug screen that
     was positive for amphetamines outside of our hospital system. She reports also having taken a blood
     pressure medication she was recently prescribed (labetalol) and denies any use of methamphetamines or
18   illicit drugs.
19   There has been at least one case report of 3 patients who were on labetalol that were believed to have
     urine drug tests that tested falsely positive for amphetamines.
20   We cannot, however, make any statement as to whether the positive result referenced by the patient was a
     false positive or indeed a true positive result. Urine drug screen was obtained today after patient was seen
21   in clinic with pending results
22   Sincerely,
23
     Electronically signed by
24   Alyssa K Kosturakis, MD
25
26
27
28

CIVIL RIGHTS COMPLAINT

May 3, 2021

Ms. Myriam Zayas

RE: Myriam Zayas
DOB: 11/5/1980

Dear Ms. Myriam Zayas:

This letter is to confirm what I believe that you already know, which is that labetolol, which you have been taking for blood pressure, may cause false positive test toxicology results for amphetamine and methamphetamine.

This has been known since 1985, and is due to some of the metabolic products of labetolol being so similar chemically and they are cross-reactive with the tests. An article reviewing this is "False-positive amphetamine toxicology screen results in three pregnant women using labetalol" Yee & Wu in Obstetrics and Gynecology 2011 117(2 Pt 2):503-506.

I hope that this is helpful.

Sincerely,

Electronically signed by
David T Linker, MD

None of the state official Defendants believed the Plaintiff nor did they care what the doctors said. Instead, they continued to order her to go to drug treatment and she even tried several times. Inpatient drug treatment centers like Swedish for pregnant women, told the Plaintiff that she needed to be on real drugs, and she needed to be an admitting addict ready to change, otherwise they legally were not allowed to accept her. She did inform all state official Defendants many months ago of this issue and that she would not be able to complete the services they required, since she was not on drugs. The Defendants also required that she provide clean drug screens. Due to her medication the Plaintiff never knows when they will be clean, that's not something she can tell. Yet judge Ramseyer still today refuses to change the case plan because then her friend judge Messitt will not be able to say she had probable cause, and that is more important to them than the Plaintiffs bond with her child. Judge Messitt got the letter from her doctor not even 1 week after her childs removal none of them have attempted to return her child to her, apologize for their mistake or anything. They should all go to jail for this.

CIVIL RIGHTS COMPLAINT

1

2

3      *My name is Myriam Zayas I am above the age of 18 and am competent to testify to the facts of this case I do certify and declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge. This court is governed by the laws of the state of Washington.*

4      *Today's date is 12th of August 2021. This was signed in Kent Washington, US.*

5

6      Plaintiff Signature: *Myriam Zayas*

7                                                        amiya.angel@hotmail.com

8                   08.12.2021

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAGE **10** OF **10**

CIVIL RIGHTS COMPLAINT



**UNITED STATES POSTAL SERVICE** ® **Click-N-Ship**®

usps.com    9405 5036 9930 0469 8371 61 0079 5000 0819 8101
$7.95
US POSTAGE
Flat Rate Env
**U.S. POSTAGE PAID**

08/10/2021    Mailed from 98030    10001000

## PRIORITY MAIL 1-DAY™

MYRIAM ZAYAS
27369 129TH PL SE
KENT WA 98030-8930

Expected Delivery Date: 08/11/21

**0005**

C028

SHIP
TO: DISTRICT COURT CLERK
700 STEWART ST
SEATTLE WA 98101-4439

### USPS TRACKING #

9405 5036 9930 0469 8371 61

Electronic Rate Approved #038555749