

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

PLAINTIFF:

MYRIAM ZAYAS

VS.

ANNETTE MESSITT,

ANN DANIELI,

DAVID LARAUS,

AMBER WHITNEY,

DEFENDANTS,

Case No.: 20-cv-00747 JCC

REPLY TO DISMISSAL

If judge Coughenour did care about my constitutional rights he would have told me the first time I amended the complaint, that I only had one time to amend the complaint. But what does he do? He allows me to amend the complaint 55,000 times over a massively long period of 1 years. He says nothing, and is able to go to sleep every night knowing, that I'm doing everything wrong. That I'm going to lose anyway, Judge Coughenour does not care that I have an open case in District Court that's draining money from the public since I don't have any money. Draining money from his bosses account since he's not supposed to do that anyway. It is in a judges job description to get rid of cases quickly and efficiently, so that they don't waste money. So even though he knew from day one that he was going to dismiss because I amended the complaint so many times, and because I marked that she was in her official capacity in one of the very first complaints. which was my biggest mistake.

Did Judge Coughenour bother to send me a letter and say hey "Here's a few of the rules since I know you're not a lawyer and even though I say I will read your complaint as if you are not a lawyer. I will still treat you like one at the end and dismiss everything because of mistakes that you made that are obviously because you're not a lawyer........" Did he read my complaint as if I were not an attorney? No this is where he's not treating me like I am a pro se litigant and he is not protecting my civil rights, because he sees my rights were violated clear as day, he sees the felony forgery clear as day but he still is able to dismiss this based on mistakes that I made since I'm not a lawyer and I don't know what the hell I'm doing. He's allowed to violate my rights based on me not being a lawyer. Me being poor basically is why I will never get justice for my daughter.

Don't forget when you sue a judge do it in their <u>individual capacity not their official capacity like I did,</u> and you will not have this problem. I'm glad to be of service to the public for this and will not make the same mistake next time when I sue the next judge. Who is this judge confiding in, the attorney general who has a criminal record with an assault charge. No wonder they don't care about my civil rights for my 5 year old daughters.

*My name is Myriam Zayas I am above the age of 18 and am competent to testify to the facts of this case I do certify and declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge. This court is governed by the laws of the state of Washington.*

*Today's date is 21th of August 2021. This was signed in Kent Washington, US.*

Plaintiff Signature: *Myriam Zayas*

I will not waste my time with an appeal because I have a bad feeling that there may be a judge even higher that doesn't give a **** about my civil rights similar to all the judges below him/her. Because I know they see what I see, the intentional racial discrimination that is happening in child welfare practiced by the social workers and approved by their boss in order to force the adoption of white children only across all 50 states in the United States not just Washington. They are likely in the population of people who cannot have children and would love nothing more than to adopt a child that was never abused, while at the same time force that child into the opposite religion of his/her parents.

# Criminal Records

DISCLAIMER: The criminal record information contained in our reports may not be 100% accurate or complete. This is because the information is pulled from records maintained by government agencies and the information contained in those records may not be 100% accurate or complete. Please use this information as a starting point for your own due diligence and investigation.

## Likely Criminal Records

### Brendan Michael Lenihan

Match Rating Based On:
First Name, Middle Name, Last Name, Date Of Birth, Age

| Offense Date | Source |
|---|---|
| Oct 31, 2009 | PIMA COUNTY - JUSTICE COURTS (Arizona) |

## Personal Details

| First Name | Middle Name | Last Name | Age | Date of Birth |
|---|---|---|---|---|
| Brendan | Michael | Lenihan | 37 | Nov 24, 1983 |

| Drivers License Number |
|---|
| AZ-D05470955 |

## Oct 31, 2009 - Offense -

| Offense Date | Charges Filed Date | Crime Location | Crime Classification | Offense Code |
|---|---|---|---|---|
| Oct 31, 2009 | Nov 5, 2009 | Pima, AZ | Misdemeanor | 13-1602A1 |

| Offense Description | Counts | Case Number | Court Name | Disposition |
|---|---|---|---|---|
| Assault-knowingly Causing Injury | 02 | CR09-921577A-LENBRE19831124 | Pima Justice Court | Dism |

| Disposition Date |
|---|
| Dec 22, 2009 |

## Oct 31, 2009 - Offense -

| Offense Date | Crime Location | Crime Classification | Offense Code | Offense Description |
|---|---|---|---|---|
| Oct 31, 2009 | Arizona Pima\|Pima, AZ | Misdemeanor | 13-1602A1 | Crim Damage - Defacing Or Damaging |

| Grade of Offense | Case Number | Court Name | Disposition | Disposition Date |
|---|---|---|---|---|
| MISDEMEANOR | CR09 921577A | Pima Justice Court | Dismissed | Dec 22, 2009 |

Ms.
MYRIAM ZAYAS
27309 129TH PLACE SE
KENT WA 98030-8930

FEDERAL DISTRICT COURT
DISTRICT CLERK
700 STEWART ST
20-CV-00747 JCC
SEATTLE WA 98101-4439

SEATTLE WA 980

US POSTAGE AND FEES PAID PM easypost
2021-03-22
99030
C1136760
Retail $1.11
3.5 OZ LTR

0901000003602

FILED
LODGED
RECEIVED

AUG 25 2021

MAIL

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY